# EXHIBIT A



Home > More Gear

# BEST POCKET KNIVES OF 2025

*Last Updated: August 21, 2025*

By Meg Carney

*We independently test everything we recommend.*
*Buying through links on our site supports our work.*



A reliable pocket knife is indispensable for handling daily tasks and a must-have tool on the trail. Whether on a trail needing a dependable blade, opening packages, or facing an emergency, having a trustworthy blade can make all the difference.

Our team tested over 30 pocket knives from brands like Kershaw, Benchmade, Opinel, Gerber, and more, assessing key factors like blade material, build quality, blade retention, ergonomics, locking mechanisms, corrosion resistance, and weight. We evaluated these knives in diverse real-world conditions, from backyard use to applications on lakeshores in MN and backpacking trails in WA, to ensure our recommendations are grounded in thorough, practical experience.

And for more info, check out some of our other popular gear guides:

- Best Backpacking Tents
- Best Backpacking Sleeping Pads
- Best Backpacking Sleeping Bags
- Best Backpacking Backpacks
- Best Hiking Shoes for Men / Best Hiking Shoes for Women



## QUICK PICKS FOR POCKET KNIVES

Check out this quick list of our favorites if you're in a hurry, or continue scrolling to see our full list with in-depth reviews.

**Best Pocket Knife Overall:** Kershaw Leek ($125)
↓ Jump to Review

**Best Premium Pocket Knife:** Spyderco Para Military 2 ($282)

TABLE OF CONTENTS

Quick Picks

What's New

Best Pocket Knives

Product Comparison Table

How We Test & Methodology

Why Trust CleverHiker

Analysis & Results

How to Choose a Pocket Knife

Conclusion

Ex. A, p. 1

Best Premium Pocket Knife: Spyderco Para Military 2 ($165)
↓ Jump to Review

Best Classic Compact Pocket Knife: Buck Knives 55 ($70)
↓ Jump to Review

Best for Extended Use: Kershaw Blur ($115)
↓ Jump to Review

Best Ultralight Pocket Knife: Benchmade Bugout 535 ($180)
↓ Jump to Review

Best Starter Pocket Knife: CRKT Drifter ($60)
↓ Jump to Review

Best Lightweight Budget Pocket Knife: Civivi Yonder G10 ($67)
↓ Jump to Review

Durable & Affordable Pocket Knife: Gerber Paralite ($31)
↓ Jump to Review

Best EDC (Everyday Carry) Pocket Knife: CRKT Squid ($40)
↓ Jump to Review

Best Budget Pocket Knife: Opinel No. 8 ($19)
↓ Jump to Review



## WHAT'S NEW

The Clever Hiker team has been carving, chopping, and splicing with some of the sharpest new pocket knives to hit the market and comparing them against our long-time favorites. As a result, this list has seen some changes:

- New testing metrics were implemented to better compare knives to one another.

- New to the lineup this year is the Buck Knives 55, a classy, compact USA-made option for those who prefer a traditional style, and the

- We also tested the CRKT Drifter, which wowed us for being an affordable, beginner-friendly EDC option.

- The Civivi Yonder G10 unseated some longstanding favorites as well for being an all-around solid EDC that's impressively lightweight yet capable.

## OVERALL TESTING SCORES FOR POCKET KNIVES





KERSHAW LEEK

*Best Pocket Knife Overall*



**CleverHiker Rating:** 4.9/5.0
**Price:** $125
**Measured Weight:** 3 oz.
**Blade Length:** 3 in.
**Overall Length:** 7 in.
**Blade Material:** 14C28N stainless steel

VIEW AT AMAZON

**PROS**
- Very sharp
- Slim and compact
- Easy to open with one hand
- Enhanced safety features
- Secure hand feel

**CONS**
- Blade tip is a bit thin for rugged jobs
- Can develop rust if not well-maintained

**Bottom Line:** Whether you're a knife enthusiast or a novice, the Kershaw Leek will quickly become your favorite pocket knife. It is highly portable, performs well, and is a reasonable price for the quality. With its 3-inch blade crafted from high-performance steel, the Leek is well-suited for general use and specialized applications. Its slim, stainless steel handle contours for a comfortable grip and the assisted opening mechanism ensures that the blade springs into action with a smooth, single-finger flick.

The Tip-Lock system provides added security by keeping the blade safely closed when not in use. The knife's sleek design makes it exceptionally easy to carry, and its razor-sharp blade maintains a durable and easy-to-resharpen edge.

While the Leek is a top performer, minor issues are always possible. For instance, occasional surface rust may develop due to the nature of stainless steel, though it usually cleans off with appropriate maintenance. Additionally, some may experience slight difficulties with the blade lock not fully engaging. However, these minor concerns can be fixed with a few adjustments or maintenance.

If you're seeking a stylish and functional knife that you'll be eager to use daily, the Kershaw Leek is an excellent choice. It is best suited for those who need a reliable, compact knife for everyday tasks like precise cutting and detailed work. It is ideal for both general use and more specialized cutting chores.

**More:** Kershaw Leek Full Review

## SPYDERCO PARA MILITARY 2

*Best Premium Pocket Knife*



**CleverHiker Rating:** 4.8/5.0
**Price:** $265
**Measured Weight:** 3.9 oz.
**Blade Length:** 3.42 in.
**Overall Length:** 8.24 in.
**Blade Material:** CPM S45VN steel

VIEW AT AMAZON    VIEW AT SCHEELS

**PROS**
- Very sharp
- Large hole for easy one-handed open
- Excellent grip
- Ergonomic handle

**CONS**
- Expensive
- Heavier and bulkier than some
- Size isn't inconspicuous

**Ex. A, p. 3**

- Lock keeps fingers clear when closing
- Four position pocket clip
- Unique blade shape

**Bottom Line:** The Spyderco Para Military 2 is a premier choice for enthusiasts seeking a high-performance folding knife. It features a large, sharp blade with exceptional edge retention. The handle has textured black G-10 scales, which provide a uniquely secure, ergonomic grip, and the Compression Lock mechanism is strong and offers a smooth blade operation. The four-position pocket clip adds versatility, allowing users to carry the knife in various orientations for optimal convenience. During testing, the PM2 stood out for its impressive cutting power, easy deployment, and solid build quality.

Its substantial size and weight might be excessive for users who prefer a more compact, lightweight knife for everyday tasks. While strong, the manual opening and locking mechanism can be stiff initially and may require some time to break in. The blade's size and overall bulkiness might be a bit overkill for simpler, everyday cutting needs. Additionally, the pocket clip's placement and the coarse texture of the G-10 handle might not be to everyone's liking, potentially impacting comfort and ease of carry.

Those looking for a more minimalist or discreet knife might find the size and features excessive. However, the Spyderco Para Military 2 is a high-performance knife that excels in demanding situations and offers top-tier functionality. Its superior materials and design are ideal for heavy-duty tasks and tactical applications.

**More:** Spyderco Para Military 2 Full Review



## BUCK KNIVES 55

*Best Classic Compact Pocket Knife*

**CleverHiker Rating:** 4.7/5.0
**Price:** $70
**Measured Weight:** 1.9 oz.
**Blade Length:** 2.4 in.
**Overall Length:** 5.9 in.
**Blade Material:** 420HC stainless steel

[VIEW AT AMAZON]

### PROS

- Classic design with premium materials
- Razor-sharp clip-point blade
- Excellent edge retention for light-duty use
- Compact, pocket-friendly
- Beautiful
- USA made with lifetime warranty

### CONS

- Requires two hands to open
- May feel small for big hands
- No pocket clip

**Bottom Line:** The Buck Knives 55 is a beautiful example of a classic folding pocket knife. It is modeled after the legendary Buck 110 Folding Hunter but scaled down for daily carry. The 55 retains the same clean lines, clip-point blade, and reliable lockback mechanism that made its predecessor famous.

We used the 55 extensively for light-duty camp chores, trail snacks, and gear maintenance on day hikes and overnight trips. Its 2-3/8 inch 420HC stainless steel blade arrived shaving-sharp out of the box and held its edge well through repeated use. The clip-point shape made piercing tasks easy, while the long, sweeping belly of the blade handled slicing and whittling well. It's not a knife meant for actions like batoning or prying, but it excels when trimming

**Ex. A, p. 4**

meant for actions like batoning or prying, but it excels when trimming paracord ends, opening packages, and prepping food in the field.

The genuine ebony handle scales paired with polished brass bolsters add durability and visual appeal. In hand, the 55 feels solid and well-balanced for its size, but it is pretty small, and handling it can be difficult with larger hands. The lockback mechanism is smooth and reliable, and we experienced no blade play or accidental disengagements, even during firm slicing tasks. Though it lacks one-handed opening features standard on modern EDC knives, the traditional nail nick makes deployment straightforward.

Where this knife shines is in its build quality and character. It weighs just 1.9 ounces and has a closed length of 3 3/8 inches. At that size, we easily slid it into any pocket, vest, or pack, but we also often misplaced it because it doesn't have a pocket clip. Too many times did we have to pull out all our things to find it at the bottom of our pack.

The craftsmanship is outstanding for a knife in this price range, with Buck's heat treatment process ensuring edge retention and corrosion resistance for years, requiring minimal maintenance.

The Buck 55 isn't built for tactical use or fast deployment, and those with larger hands may find it slightly cramped. But for anyone seeking a traditionally styled folder for daily chores, light outdoor use, or simply as a beautiful, heirloom-worthy piece, it's a fantastic value.

**More:** Buck Knives 55 Full Review



### KERSHAW BLUR

*Workhorse Pocket Knife with an Ergonomic Handle*

**CleverHiker Rating:** 4.7/5.0
**Price:** $115
**Measured Weight:** 3.9 oz.
**Blade Length:** 3.4 in
**Overall Length:** 7.9 in.
**Blade Material:** 14C28N Stainless

VIEW AT AMAZON    VIEW AT KERSHAW

| PROS | CONS |
|---|---|
| ✔ Large blade | ✖ Expensive |
| ✔ Very sharp | ✖ Havier and bulkier than some |
| ✔ Assisted one-hand open | |
| ✔ Excellent grip | |
| ✔ Ergonomic thumb studs | |
| ✔ Reversible pocket clip | |

**Bottom Line:** The Kershaw Blur is a durable and versatile pocket knife that excels in strength and ease of use. Its wide, Sandvik stainless steel blade holds an exceptionally good edge; it requires little to no sharpening or maintenance, even when used for everyday use at work or in the field. You can expect long-term reliability from this knife even with heavy use.

The handle's design combines comfort and functionality. Made from anodized aluminum with Trac-Tec inserts, it provides an outstanding grip. We thought the grip material would wear with time, but it has yet to wear down at all so far. The knife's well-balanced feel and ergonomic handle are great for larger hands, but the knife is pretty big compared to other everyday carry (EDC) options.

The reversible pocket clip offers flexibility for tip-up or tip-down carry, and the clip being slightly lower on the knife means it sticks out some from your pocket. This could be a pro or con depending on how discrete you like a pocket knife, but we found this makes it easier to pull out of our pocket when wearing gloves.

The feature we liked the most about the Blur is its SpeedSafe assisted opening mechanism, which delivers a quick one-handed deployment. While the thumb

stud is practical, it rubs some and irritates the thumb with repeated use. Additionally, the liner lock mechanism is intuitive and easy to engage, and we can close the knife with one hand. Still, it may fail under extreme pressure, making the knife better suited for light to moderate tasks rather than heavy-duty applications.

The Kershaw Blur is a reliable, high-performing pocket knife that balances strength, comfort, and ease of use. With a range of blade styles and handle colors, it offers the versatility and value needed for EDC and beyond.

**More:** Kershaw Blue Pocket Knife Full Review

## BENCHMADE BUGOUT 535

*Best Ultralight Pocket Knife*



**CleverHiker Rating:** 4.5/5.0
**Price:** $180
**Measured Weight:** 1.9 oz.
**Blade Length:** 3.24 in.
**Overall Length:** 7.46 in.
**Blade Material:** CPM-S30V stainless steel

VIEW AT REI    VIEW AT AMAZON

| PROS | CONS |
|---|---|
| ✓ Very lightweight | ✗ Expensive |
| ✓ Compact design | ✗ Handle is long |
| ✓ Lock keeps fingers clear while closing | |
| ✓ Inconspicuous carrying | |
| ✓ Excellent edge retention | |

**Bottom Line:** The Benchmade Bugout 535 is a high-quality, ultralight pocket knife that excels in functionality and ease of carry. Designed with a drop-point blade, it offers exceptional edge retention and versatility. The blade finish provides a sleek look and adds a layer of durability and corrosion resistance.

One of the Bugout's most notable features is its lightweight construction. The textured handle provides a more comfortable grip and is easy to manage. The manual lock mechanism is secure and ambidextrous, making it user-friendly for left- and right-handed users.

There is a lot to love about this knife, but while testing, we noticed that the pivot was too tight. This can be adjusted for smoother action fairly quickly. The lightweight nature of the knife is a pro for many but makes it less suited for heavy-duty tasks. The pocket clip, while functional, is short and isn't quite as secure as the longer pocket clips tested. However, the oversized lanyard hole and the reversible, deep-carry pocket clip provide versatile carrying options and the potential for a more inconspicuous carry.

The Benchmade Bugout 535 is great for individuals seeking an ultralight, high-performance knife for everyday carry and light-duty tasks.

**More:** Benchmade Bugout 535 Full Review

## CRKT DRIFTER

*Best Starter Pocket Knife*



**CleverHiker Rating:** 4.7/5.0
**Price:** $60
**Measured Weight:** 2.4 oz.
**Blade Length:** 3 in.

Ex. A, p. 6



**Blade Length:** 3 in.
**Overall Length:** 6.5 in.
**Blade Material:** Sandvik 12C27

VIEW AT AMAZON

PROS

- Affordable for the feature set
- Durable micarta handle
- Smooth one-handed opening
- Excellent edge retention
- Cuts rope well
- Compact & easy to carry
- Reliable inner lock mechanism

CONS

- Small for bigger hands
- Stiff pocket clip out of box

**Bottom Line:** Whether you're just starting to build your everyday carry kit or looking for an affordable backup blade, the CRKT Drifter is a capable pocket knife. Originally intended as a budget-friendly promotional knife, the Drifter has garnered a loyal following due to its reliable performance.

The latest version is crafted from 12C27 blade steel, which provides excellent edge retention for daily cutting tasks. It features Veff Serrations that efficiently cut through rope, webbing, and other fibrous materials. Its micarta handle is both durable and comfortable, while the smooth-opening ball-bearing pivot and liner lock system is easy for one-handed use. The Drifter's compact size and portability make it an appealing option for hikers, campers, or anyone seeking a discreet choice.

The tip-down pocket clip might frustrate those who prefer tip-up carry, but we didn't notice a significant difference in this particular design aspect. Its smaller size can feel cramped and negatively impact ergonomics for those with larger hands. The pocket clip is also fairly stiff out of the box, though it may loosen slightly with regular use (it hasn't yet for us, but it can also be loosened manually).

For its price point, the Drifter delivers excellent value, offering features and materials typically found in higher-end knives. It's best suited for light outdoor use and is an affordable entry point for new knife users.

**More:** CRKT Drifter Full Review

### CIVIVI YONDER GIO



*Best Lightweight Budget Pocket Knife*

**CleverHiker Rating:** 4.6/5.0
**Price:** $67
**Measured Weight:** 2.7 oz.
**Blade Length:** 2.88 in.
**Overall Length:** 6.62 in.
**Blade Material:** 14C28N

VIEW AT AMAZON

PROS

- Lightweight & pocket friendly
- Thin, spey-point blade
- Smooth action with solid lock-up
- Comfortable, grippy G10

CONS

- Crossbar lock can create a hotspot
- Pocket clip feels overly tight
- Edge retention could be better

**Ex. A, p. 7**

- ✓ Comfortable, grippy G10 handle
- ✓ Excellent overall value
- ✓ Lefty friendly

**Bottom Line:** The Civivi Yonder G10 Pocket Knife is a well-balanced mix of lightweight portability and everyday durability. We tested this little work pony during paddle camping trips in northern Minnesota and Michigan, short backpacking trips, and daily yard work. It proved to be a reliable, versatile tool.

The thin spey-point blade excels at slicing tasks, from chopping apples and cutting paracord or rope. Its high saber grind provides smooth cuts without binding, even when making tight turns through thick cardboard or green wood. The tip is strong enough for utility work without worrying about the blade snapping.

The crossbar lock is secure in wet conditions, and the caged ceramic pivot bearings make one-handed deployment smooth for both left- and right-handed users. That said, the lock and deep-pocket clip can create minor hot spots on the hand during prolonged use, particularly for those with larger hands.

Weighing just under three ounces, the Yonder seemingly disappears in pockets, yet is responsive during heavier cutting chores. Edge retention is average compared with high-end steels, but the blade resharpens quickly, even when splitting small twigs or cardboard boxes. Considering its performance in both backcountry and everyday scenarios, the Civivi Yonder G10 is an outstanding option for hikers who want the performance and look of a premium pocket knife without the high price tag.

**More:** Civivi Yonder G10 Full Review

## GERBER PARALITE

*Best Durable & Affordable Pocket Knife*



**CleverHiker Rating:** 4.4/5.0
**Price:** $31
**Measured Weight:** 3.4 oz.
**Blade Length:** 3.1 in.
**Overall Length:** 7.3 in.
**Blade Material:** 5Cr13 Stainless Steel

[ VIEW AT AMAZON ]    [ VIEW AT GERBER ]

### PROS
- ✓ Affordable price
- ✓ Long blade
- ✓ Ergonomic handle design
- ✓ Easy to sharpen & maintain
- ✓ Very secure pocket clip
- ✓ Comfortable to carry in pocket
- ✓ Ambidextrous opening

### CONS
- ✗ Can be difficult to close
- ✗ Not the most lightweight
- ✗ Clip can be hard to slide into pocket

**Bottom Line:** The Gerber Paralite is an affordable and durable pocket knife that excels in portability. Its lightweight, skeletal frame and sturdy construction can handle daily tasks while remaining easy to carry in your pocket. The stainless steel blade is sharp and straightforward to maintain, offering dependable performance.

Dual thumb studs allow for ambidextrous opening, and the frame lock facilitates secure, one-handed closure. These features make it practical for quick access and safe handling, whether around a campfire or at a workbench. Additionally, the knife's slim design doesn't take up much space, making it an excellent choice for those who prefer a more compact tool.

**Ex. A, p. 8**

excellent choice for those who prefer a more compact tool.

However, the Gerber Paralite does have a few drawbacks. It lacks a spring-assisted opening mechanism, which could be a minor inconvenience for users who prefer quicker deployment or have limited dexterity. The clip design poses a challenge with some pocket materials, as it may need adjustment to fit securely onto thicker fabrics like jeans.

Overall, the Gerber Paralite is a solid choice for anyone who wants an affordable, durable, easy-to-carry knife. Its strengths in portability and construction outweigh the minor inconveniences, making it a valuable tool for everyday use.

**More:** Gerber Paralite Full Review

## SOG TWITCH II

*Small & Quick-Opening Pocket Knife*



**CleverHiker Rating:** 4.3/5.0
**Price:** $45
**Measured Weight:** 2.6 oz.
**Blade Length:** 2.65 in.
**Overall Length:** 6.2 in.
**Blade Material:** AUS-8 Stainless

VIEW AT AMAZON    VIEW AT CABELA'S

| PROS | CONS |
|---|---|
| ✓ Very sharp | ✗ Small |
| ✓ Slim and compact | ✗ Takes two hands to close |
| ✓ Assisted one-hand open | |
| ✓ Safety lock | |
| ✓ Reversible pocket clip | |
| ✓ Inconspicuous | |

**Bottom Line:** The SOG Twitch II has a lightweight, pocket-friendly design that is perfect for an inconspicuous EDC without sacrificing a performance blade. Measuring just 2.65 inches, the AUS-8 stainless steel blade balances portability and utility. This is a versatile blade, capable of slicing through packaging and durable enough for light-duty outdoor applications.

The one feature you can't ignore on Twitch II is the assisted ambidextrous opening mechanism. The blade quickly deploys with a slight push on one of the thumb studs. While it opens easily, it does require two hands to close, which can be annoying in some work situations. The lockback mechanism keeps the blade securely in place, and for added security, the Twitch II includes a sliding safety lock to prevent accidental deployment.

Its aluminum handle is contoured for a natural grip. The built-in handguard adds a layer of safety by keeping fingers away from the blade. Users with larger hands may find the knife feels cramped, but the overall design remains practical for most users.

Ultimately, the SOG Twitch II delivers excellent value in a small, reliable package. It balances portability, performance, and affordability, making it a solid choice for everyday carry. Its refined design and practical features appeal to professionals or hobbyists who appreciate a knife that gets the job done without drawing too much attention.

**More:** SOG Twitch II Pocket Knife Full Review

## CRKT SQUID

*Best EDC Pocket Knife*



**CleverHiker Rating:** 4.3/5.0
**Price:** $40
**Measured Weight:** 3.5 oz.
**Blade Length:** 2.16 in.
**Overall Length:** 5.7 in.
**Blade Material:** 8Cr14MoV Steel

VIEW AT AMAZON     VIEW AT CRKT

| PROS | CONS |
|------|------|
| ✓ Affordable | ✗ Small |
| ✓ Compact | ✗ Tough to open with one hand |
| ✓ Durable (extra corrosion-resistant steel) | ✗ Slightly heavy for its size |
| ✓ Inconspicuous (deep pocket carry clip) | |
| ✓ Sleek, simple profile | |
| ✓ Thick blade | |

**Bottom Line:** The CRKT Squid is a testament to the idea that good things come in small, sturdy packages. This compact knife punches well above its weight with its robust stainless steel construction and high-quality blade. The Squid features a frame lock for secure operation and an Assisted Opening mechanism for swift deployment. Its blade demonstrated exceptional sharpness and edge retention during testing, effortlessly slicing through tough materials. The ball-bearing pivot has a smooth opening and closing, while the friction grooves on the blade provide a secure grip.

While advantageous for portability, its small size may feel cramped in larger hands, potentially compromising control and comfort. The blade's short length might also limit tasks requiring more reach or leverage. Additionally, while the frame lock is sturdy, it may be challenging to adjust the pivot screw to achieve the perfect balance between smooth operation and blade alignment. Users who need a larger knife for more demanding tasks or prefer a lighter weight might find the Squid less suitable.

The Squid excels as a compact, budget-friendly knife for everyday carry and light to moderate tasks. Its blend of durability, sharpness, and smooth operation makes it a valuable tool for those who appreciate a small but mighty knife.

**More:** CRKT Squid Full Review



*CLEVERHIKER BUDGET BUY*

## OPINEL NO. 8

*Best Budget Pocket Knife*

**CleverHiker Rating:** 4.0/5.0
**Price:** $19
**Measured Weight:** 1.5 oz.
**Blade Length:** 3.25 in.
**Overall Length:** 7.59 in.
**Blade Material:** 12C27 Sandvik stainless steel

VIEW AT REI     VIEW AT AMAZON

| PROS | CONS |
|------|------|
| ✓ Affordable price | ✗ Not as sharp as some |
| ✓ Very lightweight | ✗ Slower two-handed open (nail nick and collar lock) |
| ✓ Secure collar lock | ✗ No pocket clip |
| ✓ Comfortable handle | |

- ✓ Comfortable handle
- ✓ Inconspicuous
- ✓ Customizable engraving available

✗ No pocket clip

**Bottom Line:** The Opinel No. 8 is a budget-friendly, reliable knife with a simple design. Weighing just 1.5 ounces, it is exceptionally lightweight and portable, making it an excellent choice for hiking, foraging, picnicking, and gardening. Its Sandvik 12C27 stainless steel blade is effective for slicing foods like meats, cheeses, and produce – though it is susceptible to corrosion if not cleaned properly after use. The beechwood handle is ergonomically designed, providing a comfortable grip and adding a touch of classic aesthetic appeal.

However, the Opinel No. 8 has its drawbacks. While the knife's blade is sharp and durable, it may require more frequent honing to maintain its edge compared to more modern knives. The blade deployment can be slow due to the manual opening mechanism, and the locking mechanism is a bit stiff initially. Additionally, the blade's lack of a robust lock can make it less suitable for tasks requiring high stability and force, potentially limiting its utility for heavier cutting jobs.

The Opinel No. 8 is best suited for those who appreciate a classic, well-crafted knife at an accessible price point. It excels as a light tool for everyday tasks and outdoor activities.

**More:** Opinel No. 8 Full Review



THE BUCK KNIVES 055 POCKET KNIFE IS ABOUT THE SAME SIZE AS AN AVERAGE BIC LIGHTER. – PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

# PRODUCT COMPARISON TABLE

Reset Sort    Scores for each characteristic (i.e. blade quality, blade retention, corrosion resistance, ergonomics, locking mechanism, weight) are rated on a 5-point score as follows: 4.8 or higher = Exceptional;

| Product ▸ | Price ▸ | Measured Weight ▸ | Blade Length ▸ | Overall Length ▸ | Blade Material ▸ | Build Quality ▸ | Blade Re |
|---|---|---|---|---|---|---|---|
| Kershaw Leek  EDITOR'S PICK<br>View at Amazon | $125 | 3 oz. | 3 in. | 7 in. | 14C28N stainless steel | 4.9 | 4.8 |
| Spyderco Para Military 2<br>View at Amazon   View at Schaefs | $265 | 3.9 oz. | 3.42 in. | 8.24 in. | CPM S45VN steel | 4.8 | 4.8 |
| Kershaw Blur<br>View at Amazon   View at Kershaw | $115 | 3.9 oz. | 3.4 in | 7.9 in. | 14C28N Stainless | 4.8 | 4.6 |
| Benchmade Bugout 535<br>View at REI   View at Amazon | $180 | 1.9 oz. | 3.24 in. | 7.46 in. | CPM-S30V stainless steel | 4.7 | 4.6 |
| Buck Knives 55<br>View at Amazon | $70 | 1.9 oz. | 2.4 in. | 5.9 in. | 420HC stainless steel | 4.8 | 4.6 |
| CRKT Drifter<br>View at Amazon | $60 | 2.4 oz. | 3 in. | 6.5 in. | Sandvik 12C27 | 4.7 | 4.3 |

**Ex. A, p. 11**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Civivi Yonder C10<br>View at Amazon | $67 | 2.7 oz. | 2.88 in. | 6.62 in. | 14C28N | 4.5 | 4.4 |
| Gerber Paralite<br>View at Amazon  View at Gerber | $31 | 3.4 oz. | 3.1 in. | 7.3 in. | 5Cr13 Stainless Steel | 4.7 | 4.6 |
| SOG Twitch II<br>View at Amazon  View at Cabela's | $45 | 2.6 oz. | 2.65 in. | 6.2 in. | AUS-8 Stainless | 4.7 | 4.3 |
| CRKT Squid<br>View at Amazon  View at CRKT | $40 | 3.5 oz. | 2.16 in. | 5.7 in. | 8Cr14MoV Steel | 4.6 | 4.4 |
| Opinel No. 8<br>View at REI  View at Amazon | $19 | 1.5 oz. | 3.25 in. | 7.59 in. | 12C27 Sandvik<br>stainless steel | 4.3 | 4.3 |

← →



SHAVING DOWN A STICK WITH THE OPINEL NO. 8 POCKET KNIFE. – PHOTO CREDIT: ETHAN WIESE (CLEVERHIKER.COM)

## HOW WE TEST & METHODOLOGY

Our testing process involved evaluating each knife in real-world conditions over several weeks of use. Testing was completed in backyards and garages, on the trail, while camping, and during lake days. We subjected the knives to assessments in diverse environments, including exposure to outdoor elements and extended cutting tasks.

### BUILD QUALITY

We evaluated build quality by closely inspecting the knife's craftsmanship, including the materials used and overall construction, when new and also after extended use. We checked for attention to detail in the fit and finish of the knife, looking for any imperfections or signs of poor workmanship. This involved assessing the durability of materials, the alignment of components, and the overall robustness of the knife to ensure it met high standards of durability and quality.

### BLADE RETENTION & STABILITY

We tested how well each knife maintained its sharpness after repeated use to evaluate blade retention and stability. We cut through various materials such as cardboard, rope, paper, and foods (mainly produce) to simulate everyday tasks and assessed how the blade's edge held up under stress. We also tested the blade's stability by applying pressure and observing if there was any noticeable wobbling or movement.

### CORROSION RESISTANCE

We assessed corrosion resistance by exposing each knife to environments that simulate real-world conditions. Each knife was subjected to a saltwater solution to test its resistance to rust and corrosion. After exposure, we inspected the blades and handles for any signs of deterioration, such as rust spots or pitting, to determine how well the knife could withstand moisture and other corrosive elements over time.

### ERGONOMICS & GRIP

We tested ergonomics and grip by handling the knife in various ways, including regular, reverse, and pinch grips. We performed cutting tasks and evaluated the knife's comfort, balance, and control. This involved using the knife for extended periods to simulate real-world use and assessing how well the handle design supported different grips and prevented slipping. We aimed to see if the knife felt comfortable and secure for various hand sizes and handling conditions.

## LOCKING MECHANISM

The locking mechanism was tested for reliability and strength by repeatedly opening and closing the knife under different stress levels. We applied varying amounts of force to assess how well the lock held the blade in place. Additionally, we tested the mechanism's performance in challenging conditions, such as when the knife was dirty or wet, to ensure consistent and safe operation throughout various scenarios.

## WEIGHT

Weight was measured using a digital kitchen scale and compared to the manufacturer's product specs for accuracy. A knife's weight can determine its balance and portability. We also evaluated how the knife felt during use. This testing helped us find a balance between the knife's weight and its functionality.



## WHY TRUST CLEVERHIKER

At CleverHiker, we pride ourselves on delivering expert, trustworthy reviews to help you make informed decisions. Gear Analyst, Meg Carney, brings a wealth of experience to our pocket knife assessments. With over seven years as a freelance writer specializing in outdoor and environmental topics, Meg has honed her expertise through extensive product journalism for respected industry publications.

Meg's hands-on experience evaluating several of the over 30 pocket knives tested by the CleverHiker team backs her credibility. Our testing covered a broad range of real-world conditions, from backyard tasks to hikes in Washington and lakeshore environments in Minnesota. This testing ensures that our recommendations are based on comprehensive, practical insights, reflecting our expertise and quality commitment.



COMPARING THE BLADE SHAPE OF THE BEST POCKET KNIVES ON THE MARKET. – PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

## ANALYSIS & RESULTS

We rate our pocket knives based on specific metrics– blade quality, blade retention/stability, ergonomics and grip, locking mechanism, corrosion resistance, and weight. See how they performed in our real-world testing below.

## VALUE

VALUE

Balancing cost with performance helps us find the best value when selecting a pocket knife. The **Opinel No. 8** is our top budget pick, offering impressive functionality at a low price. Its simple yet effective design delivers reliable cutting power and ease of use. For those willing to invest a bit more, the **CRKT Squid** provides an excellent balance of quality and affordability. Its compact size and solid construction make it ideal for everyday carry, delivering durability and practicality without a hefty price tag. On the higher end, the **Spyderco Para Military 2**, priced at a premium, offers top-tier performance with advanced features and top-of-the-line materials. This knife is for enthusiasts who prioritize superior craftsmanship, precision, and durability.

### Value (Price vs. Overall Score)



BUILD QUALITY

Assessing build quality can help you determine a pocket knife's overall durability and performance. We prioritize knives that showcase durable, long-lasting materials. The **Spyderco Para Military 2** is our premium knife option and has among the best build quality, featuring high-grade materials like a high-carbon stainless steel blade. The **Kershaw Leek** offers a sleek design and sturdy materials for those seeking a reliable and well-constructed knife at a lower price. On a more budget-friendly note, the **Opinel No. 8** provides solid performance and functional design, reflecting a simpler build with more noticeable imperfections. Each knife demonstrates different levels of build quality, catering to various needs and price ranges.

### Build Quality Rating



BLADE RETENTION & STABILITY

We focus on how well a knife maintains its sharpness and stability under real-world conditions to assess blade retention and stability. The **Benchmade Bugout 535** shines in this metric with exceptional blade retention, keeping a sharp edge even after extensive use. The **Kershaw Leek** also performs admirably, with its blade retaining sharpness well and showing stability during use, whether chopping produce or

**Ex. A, p. 14**

sharpness well and showing stability during use, whether chopping produce or
whittling down a stick. It handles continuous cutting tasks without significantly
dulling, requiring less frequent maintenance. The **Opinel No. 8** demonstrates decent
blade retention for its price point but requires more frequent sharpening compared to
higher-end models.



### ERGONOMICS & GRIP

Evaluating ergonomics and grip involves assessing how comfortable and secure a
knife feels during use, considering various hand sizes and handling conditions. The
**Spyderco Para Military 2** excels in ergonomics. Its G-10 textured handle provides an
excellent grip, and its design comfortably supports various hand sizes. It is one of the
largest knives on the list, so users with bigger hands may find it easier to balance and
control.

Similarly, the **Kershaw Leek** also scored well for ergonomics and grip performance. Its
sleek design and contoured handle offer a comfortable grip and prevent slipping. The
**CRKT Squid** provides solid performance for its price but is quite small. Its compact size
and handle design offer a secure grip, though due to its small size, it may not be as
comfortable for extended or for users with larger hands.



### LOCKING MECHANISM

A knife's locking mechanism influences its reliability and strength through repeated
opening and closing. The **Benchmade Bugout 535** has an Axis Lock system that uses a
small, hardened spring-loaded bar you can move back and forth to unlock the knife.
The lock is dependable, but it can be tricky to close it at first. The **Spyderco Para
Military 2** also has a strong, reliable locking mechanism. Its compression lock is on the
back of the handle and uses a rocker arm that pivots at the center. The blade's tang is
engaged with the lug on one end of the arm to lock the blade open.

**Ex. A, p. 15**



**Locking Rating**

**CORROSION RESISTANCE**

The **Benchmade Bugout 535** has a stainless steel blade and performs well under saltwater exposure, showing minimal signs of rust or pitting. The knife's materials and construction effectively resist corrosion, making it a durable choice for various environments, especially outdoors. The **Spyderco Para Military 2** also demonstrates strong resistance to rust and corrosion. The robust construction and protective coating helps maintain the knife's performance and appearance even in challenging conditions.

In contrast, **Opinel No. 8** shows some vulnerability to corrosion. Despite its affordable price, the carbon steel blade is more prone to rust and requires frequent maintenance to prevent deterioration. While it offers good value, its corrosion resistance is less impressive.

**Corrosion Resistance Rating**

**WEIGHT**

We considered how the weight felt during use to find an optimal balance between ease of carry and functionality. The **Benchmade Bugout 535** is only 1.9 oz, making it one of the lightest options on our list. This ultralight design enhances its portability, making it ideal for those who prioritize cutting down ounces on the trail. The **Kershaw Leek**, weighing in at 3 oz, offers a balanced combination of lightness and durability. It provides a comfortable carry experience without feeling overly heavy, making it a versatile choice for everyday use. The heaviest knife featured is the **Spyderco Para Military 2**, which weighs 3.9 oz. While it is heavier, we feel the weight is justified with premium construction and advanced features.

**Weight (Ounces)**

Ex. A, p. 16





SIX OF THE KNIVES TESTED FROM (LEFT TO RIGHT) INCLUDE THE SPYDERCO PARA MILITARY 2, KERSHAW LEEK, CRKT SQUID, OPINEL NO. 8, BENCHMADE BUGOUT 535, AND THE GERBER PARALITE. - PHOTO CREDIT: ETHAN WIESE (CLEVERHIKER.COM)

## HOW TO CHOOSE A POCKET KNIFE

### USE

A good pocket knife comes in handy in all kinds of unexpected situations, but consider what you intend to use your knife for most often. If you see yourself sawing through rope or skinning rabbits, you may want to consider a more specialized blade made for climbing or bushcraft. On this list, we focus mostly on well-rounded pocket knives for everyday carry, whether you're pulling weeds in the garden, repairing gear before a day hike, or starting a fire in the backcountry.





A POCKET KNIFE SHOULD FIT IN WITH YOUR SMALL ESSENTIALS. THE BUGOUT IS AN EXCELLENT CHOICE FOR ACTIVITIES LIKE HIKING & BACKPACKING WHEN SIZE AND WEIGHT MATTER. – PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

### SERRATED VS. PLAIN EDGE

Serrated edges have a series of small, tooth-like ridges that can be particularly useful for tasks involving tougher materials. The design of a serrated blade allows it to cut through fibrous materials such as rope, branches, or even meat more effectively than a plain edge.

However, serrated edges are more challenging to sharpen at home than plain edges. Because the teeth are small and irregular, they require specialized sharpening tools or professional services to maintain their sharpness. Additionally, serrated edges can consume more blade real estate, reducing the length of the plain edge available for slicing tasks. This can make the knife less versatile.

That's why we prefer a simple, plain edge. If you keep it sharp, it will almost always perform better and be more versatile than a serrated one. A well-maintained plain edge can handle a wide range of cutting tasks, from slicing vegetables to cutting paper, and is typically easier to sharpen using household tools or sharpening stones. The uninterrupted cutting surface allows for clean, precise cuts, making it a preferred choice for everyday tasks where versatility and ease of maintenance are essential.



THE CRKT DRIFTER IS AVAILABLE IN A FEW DIFFERENT BLADE STYLES, BUT THE SERRATIONS ARE NICE FOR CUTTING ROPE OR STRAPS. – PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

### LOCK TYPE

A sturdy lock mechanism makes your knife safer to use during cutting tasks. Each lock type has advantages and considerations that influence the knife's performance.

The **frame lock** is a popular choice in high-quality knives. It utilizes a steel lock bar integrated into the handle's frame. As the blade opens, the lock bar shifts into position, securely locking the blade against the handle. This mechanism is strong and simple, but frame locks tend to wear over time, particularly with heavy use.

In contrast, the **liner lock** is built into the knife's liner. When the blade is opened, a portion of the liner slides into a notch on the blade, securing it in place. Liner locks are known for their ease of use and reliability, allowing for smooth, one-handed operation. Despite their advantages, they too can experience wear and may be affected by dirt or debris.

The **compression lock**, favored by brands like Spyderco, operates by compressing a stop pin against the blade tang. This lock offers better security and smoother operation, ensuring the blade remains firmly in place even with heavy use.

Another option is the **detent lock**, which employs a spring-loaded ball bearing that locks into a detent in the blade. This provides a simple, effective lock with secure blade engagement and a lightweight design. However, it might not hold as well or be as strong as other lock types.

The **collar lock**, or ring lock, features a rotating collar that encircles the blade's base when the knife is open, as seen on the Opinel No. 8. This design provides a secure lockup, making it highly reliable for preventing accidental blade closure. It requires more effort than simpler mechanisms but still gives you a secure blade hold.

Lastly, the **back lock** is found in many traditional pocket knives and features a spring-loaded lock at the back of the handle. This lock engages a notch in the blade, holding it securely open. While durable and reliable, back locks typically require two hands for

Ex. A, p. 18

operation—one to hold the handle and the other to release the lock.

All the knives on our list are equipped with strong frames, liners, compression, or collar locks to keep the blades safe and securely fixed in position when open.



THE CRKT DRIFTER POCKET KNIFE HAS A SATISFYING LOCK. - PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

## SIZE & WEIGHT

A pocket knife should be compact and light enough that it won't bother you to carry it in your pocket, but large enough to fit comfortably in your palm and be adequate for the task at hand.

A good guideline for everyday carry (EDC) is that the knife should be around 4 inches long when closed. This size balances portability and usability, making it easy to carry without being overly intrusive. When open, the blade length typically ranges from 2.5 to 3.5 inches, providing enough cutting surface for most daily tasks while remaining manageable.

A desirable weight for EDC knives is about 4 ounces or less. Lighter knives, generally under 3 ounces, are easier to carry and less likely to cause discomfort when kept in your pocket throughout the day. They are ideal for those who value minimalism or ultralight setups. Heavier knives, while potentially offering more durability and a more substantial feel, can become cumbersome if carried for extended periods. They may be preferred for tasks requiring more cutting power or when used in scenarios where extra strength is beneficial.



THE CIVIVI YONDER C10 POCKET KNIFE IS A SMALLER EDC OPTION THAT PROVIDES A VERSATILE YET LIGHTWEIGHT OPTION FOR OUTDOOR AND DAILY USE. - PHOTO CREDIT: ETHAN WIESE (CLEVERHIKER.COM)

## BLADE SHAPE

The knives on our list have a range of blade shapes, but most are some form of the classic **drop-point**, which offers excellent versatility for various cutting and slicing tasks. It features a curved, convex edge that drops towards the tip. The drop-point's tip allows for controlled cutting and piercing, making it a reliable choice for everyday carry.

Another shape is the **clip-point**, which has a concave cut along the blade's top, creating a sharp, pointed tip. The **spear-point** blade is symmetrical with a central point, making it effective for piercing and stabbing. It excels in tactical situations but is less versatile for slicing. The **tanto** blade features a strong, angular tip and flat cutting edge, offering excellent durability and impact resistance, but less suited for general slicing. Finally, the **Wharncliffe** blade has a straight edge with a sharp, curved point, which is perfect for precision cutting but less effective for heavy-duty use.

Each blade shape offers distinct advantages, catering to different needs and preferences. To learn more, check out this Knife Blade Shapes Guide.



THE KERSHAW BLUR (LEFT) & THE SPYDERCO PARA MILITARY 2 (RIGHT). – PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

## BLADE STEEL

Understanding knife blade steel involves grasping five key elements: hardness, toughness, wear resistance, corrosion resistance, and edge retention.

Hardness refers to the steel's ability to maintain its edge, measured on the Rockwell scale; harder steels hold an edge longer but can be more brittle. Toughness indicates how well the steel can withstand impacts and resist chipping. Wear resistance is how well the blade retains sharpness over time, especially with frequent use. Corrosion resistance determines the steel's ability to resist rust and staining, vital for knives exposed to moisture. Lastly, edge retention measures how long the blade stays sharp before needing to be honed. These factors influence the knife's cutting performance, durability, and maintenance needs.

Check out the Essential Guide to Knife Steel if you want to know more about a specific blade.



THE SPYDERCO PARA MILITARY 2 IS A HANDSOME & CAPABLE POCKET KNIFE THAT CAN TAKE ON THE WORLD. PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

## HANDLE MATERIALS

The handle is an integral part of the pocket knife equation: if it is too heavy and bulky,

**Ex. A, p. 20**

the knife is cumbersome, but if it is too light and flimsy, the knife will feel weak. The best knives have ergonomic, comfortable, grippy, and durable handles. G-10, a type of laminate commonly used in knife handles, is a good all-around material for its lightweight and texture, but you might prefer materials like anodized aluminum or wood.



YOU CAN'T BEAT THE AFFORDABILITY & LOW WEIGHT OF THE OPINEL NO. 8 POCKET KNIFE FOR BASIC CUTTING TASKS. - PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

### STYLING

Once you've gone over the considerations above, you can narrow your search to knives that appeal to you aesthetically and fit your style. You might want a tough-looking tactical blade, a sleek knife that won't scare people at the office, or a traditional, old school design.



THE KERSHAW LEEK IS THE PERFECT SIZE FOR MOST TASKS AND FITS COMFORTABLY IN A POCKET. - PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

### POCKET CLIP

Most people carry their knives in their pants pockets. The knife should rest inside the pocket with the closed blade flush with the front or back seam so you can grab the knife easily and prevent the blade from accidentally falling open. Some knives have pre-drilled holes so you can choose the position that suits you best. If you prefer to be inconspicuous and not draw attention to the fact that you're carrying a knife, look for a deep carry pocket clip that keeps the blade hidden – some knives include this.



the knife is cumbersome, but if it is too light and flimsy, the knife will feel weak. The best knives have ergonomic, comfortable, grippy, and durable handles. G-10, a type of laminate commonly used in knife handles, is a good all-around material for its lightweight and texture, but you might prefer materials like anodized aluminum or wood.



YOU CAN'T BEAT THE AFFORDABILITY & LOW WEIGHT OF THE OPINEL NO. 8 POCKET KNIFE FOR BASIC CUTTING TASKS. - PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

## STYLING

Once you've gone over the considerations above, you can narrow your search to knives that appeal to you aesthetically and fit your style. You might want a tough-looking tactical blade, a sleek knife that won't scare people at the office, or a traditional, old school design.



THE KERSHAW LEEK IS THE PERFECT SIZE FOR MOST TASKS AND FITS COMFORTABLY IN A POCKET. - PHOTO CREDIT: MEG CARNEY (CLEVERHIKER.COM)

## POCKET CLIP

Most people carry their knives in their pants pockets. The knife should rest inside the pocket with the closed blade flush with the front or back seam so you can grab the knife easily and prevent the blade from accidentally falling open. Some knives have pre-drilled holes so you can choose the position that suits you best. If you prefer to be inconspicuous and not draw attention to the fact that you're carrying a knife, look for a deep carry pocket clip that keeps the blade hidden – some knives include this.





THE GERBER PARALITE IS A COMFORTABLE KNIFE TO CARRY ALL DAY IN YOUR POCKET, AND THE CLIP STAYS SECURE EVEN ON
LOOSE AND THIN MATERIALS. – PHOTO CREDIT: ETHAN WIESE (CLEVERHIKER.COM)

## CONCLUSION

Choosing the right pocket knife is essential for ensuring you have a reliable tool for
everyday tasks and emergencies. Whether you need a knife for intricate cutting,
heavy-duty use, or everyday carry, factors like blade shape, steel quality, and locking
mechanisms influence performance and safety. With a range of options available, we
hope this guide helps you find the perfect pocket knife to complement your lifestyle
and meet your cutting needs.

## WHY TRUST US?

We understand how tough it is to find trustworthy gear advice, and
that's one of the main reasons we built CleverHiker. We live for outdoor
adventure, and we take these guides very seriously.

- Our recommendations are completely independent and based on hands-on
  experience.
- We test outdoor gear for a living – we've logged over 20,000 trail miles and
  1,000 nights in the wilderness.
- Our team has thru-hiked some of the most iconic long trails, including the
  Continental Divide Trail, Pacific Crest Trail, Appalachian Trail, Colorado Trail,
  Long Trail, Oregon Coast Trail, Arizona Trail, Pinhoti Trail, Superior Hiking Trail,
  as well as extensive peak bagging, and international treks.
- We field test every product we recommend, which is sadly not the norm.
- We travel to industry trade shows to stay up-to-date on product innovations.
- We continuously update our guides throughout the year and when new
  products launch.
- We treat recommendations to our readers as if they were for our family and
  friends.
- We're lifelong learners and we're always open to feedback. If you think we've
  missed a worthy product or got something wrong, we'd love to know about it.

## NEED MORE GEAR ADVICE?

      

BEST HEADLAMPS OF 2025    BEST MULTITOOLS OF 2025    7 BEST GPS WATCHES FOR HIKING & BACKPACKING OF 2025    BEST WATER BOTTLES OF 2025    BEST TREKKING POLES OF 2025    10 BEST FIRST AID KITS FOR HIKING OF 2025

   





GET THE BEST CONTENT FROM
CLEVERHIKER & AROUND THE
BACKPACKING WORLD

*Social media is great, but our bi-weekly newsletter is a much better way to stay in the know.*

Sign up to get our curated emails with the best content from CleverHiker and around the backpacking world. You'll be turned on to new videos, trip reports, gear reviews, inspiring outdoor stories and much more. So get in the mix!

SUBSCRIBE

Email address

Subscribe

## SUBSCRIBE TO OUR NEWSLETTER

Email address

Subscribe

| About | Hiking |
|---|---|
| Contact | Backpacking |
| Top Gear List | Camping |
| Trip Guides | Footwear |
| Tutorials | More Gear |
| Apparel | Blog |

**CLEVER HIKER**

All things backpacking, hiking & camping

CleverHiker.com is a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for us to earn fees by linking to Amazon.com and affiliated sites.

© CleverHiker.com 2025 – Privacy Policy – Terms of Use

Captured by FireShot Pro: 09 December 2025, 12:14:01
https://getfireshot.com

Ex. A, p. 24

Page 1
One of Spyderco's Best Knives Gets a Lighter, More Affordable Edition | Gear Patrol
https://www.gearpatrol.com/outdoors/spyderco-shaman-lightweight/



Home / Outdoors / Camping

# One of Spyderco's Best Knives Gets a Lighter, More Affordable Edition

This highly reputable, robust and capable folder gets some new materials that shave off some weight and a huge chunk of its price.





Spyderco



By Sean Tirman

Published August 21, 2025   ·   Updated November 10, 2025

If you buy from a link, we may earn a commission. Learn more

One of the biggest problems with great EDC knives, especially in this age of tariffs and rising costs, is how expensive they can be.

So, when a brand takes one of its best offerings and figures out a way to shave off some of that cost, it's a boon for knife lovers everywhere — especially those on a budget.



That's precisely what has happened with the Spyderco Shaman Lightweight. This take on the brand's beloved folding knife is much lighter and a whole lot cheaper than ever before.



This take on the Shaman maintains its iconic silhouette but sees a significant material swap.
Spyderco

## Same great silhouette (and more)

At its core, this is still very much a Shaman. This take on the Spyderco classic maintains the same overall size — an 8.25-inch overall length with a 3.58-inch drop point blade.

But there are also some returning features. For instance, the handle still has a lanyard hole toward the butt. More importantly, it still has the same rock-solid Compression Lock — the venerated, robust lock the brand pioneered.







**At its core, this is still very much a Shaman.**

It also still has a four-position reversible pocket clip, so users can carry it left- or right-handed, as well as tip-up or tip-down.

Other, smaller details also remain, like the handle's ergonomics, jimping on the bolster at the spine and finger groove, and more. Perhaps obviously, the knife also has the brand's signature Round Hole for manual deployment.



The knife has a four-position pocket clip, so users can carry it tip-up, tip-down, left-handed and right-handed.
Spyderco

## Going through changes

The biggest changes in this edition of the Shaman can be found in its materials. Both the blade and handle have seen swaps.

The blade is now made from CTS BD1N, instead of the brand's proprietary CPM SPY27. While this technically means the blade is slightly less high-end, it's not a difference most EDC fans will notice in practice.










**A significant amount of weight is shaved off [...] without noticeably impacting its performance or strength.**

BD1N is still relatively high-performance, offering good edge retention, corrosion resistance and more. It's also very easy to maintain and sharpen.

The handle has also been changed from G10 to injection-molded FRN (fiberglass-reinforced nylon). That means a significant amount of weight is shaved off, dropping from 5.2 ounces to 4.8, without noticeably impacting its performance or strength.



The blade steel is swapped from CPM SPY27 to CTS BD1N.
Spyderco

## Pricing and availability

The material swaps have another significant impact on this knife: a massive price reduction. While the standard Shaman starts at an eye-watering $360, the Spyderco Shaman Lightweight is much more affordable at $230.

However, it's even cheaper on Blade HQ, clocking in at just $173 on preorder.







Spyderco

## Spyderco Shaman Lightweight

**LEARN MORE**    ~~$239~~ (25% off)

**About the Author:** Sean Tirman is an associate editor at Gear Patrol who specializes in EDC, cannabis and outdoor gear.

## Stay Sharp

The Best Small Pocket Knives to Carry with You at All Times

The 13 Most Popular Pocket Knife Brands and Their Top Knives

The Ultimate Guide to Knife Blade Shapes and Their Uses

The Complete Guide to Common EDC Knife Locks

The 13 Best Pocket Knives, Tested and Reviewed

The Best Pocket Knife Sharpeners to Give Your Blades a Cutting Edge

Get more stories like this in

**Ex. A, p. 29**

**your inbox daily.**

email     SUBSCRIBE

By continuing, you agree to our *Privacy Policy.*

**Related Topics**

Adventure     Best New Outdoor Products     Camping     Travel

**From Our Partners**






PRESENTED BY ALPHA INDUSTRIES

**Alpha Industries Heritage Collection: Six Decades of Iconic Outerwear**

PRESENTED BY G-SHOCK

**G-SHOCK's G-STEEL GSTB1000 Reimagines a Classic for the Modern Era**

PRESENTED BY FORD

**17 Ski and Snowboard Essentials for Your Next Trip to the Slopes**

PRESENTED BY PANASONIC

**Smart, Sharp, Essential: Panasonic's Best Gifts for the Well-Groomed**

# More from Camping



KNIVES & MULTI-TOOLS

**You Could Save Over $100 on Spyderco's Venerated EDC Knives Ahead of the Holidays**



KNIVES & MULTI-TOOLS

**Buck's Stunning Heritage Knife Merges Iconic American Design with Fan-Favorite Modern Steel**



GP100 2025

**The 100 Most Important Product Releases of 2025 (100 – 81)**

KNIVES & MULTI-TOOLS

**This Formidable Yet Affordable New EDC Knife Proves Pink Can Be Just as Badass as Any Other Color**

KNIVES & MULTI-TOOLS

**A Beloved, Defunct EDC Brand's Best Knife Returns in All Its Former Glory (and Then Some)**

KNIVES & MULTI-TOOLS

**Civivi's Latest Affordable Folder Revives One of the Most Important Heirloom EDC Knives**



## GEAR PATROL

Founded in 2007, Gear Patrol is the definitive buying guide for enthusiasts. Our independent experts test the best in cars, tech, home, outdoors, style and watches. We combine hands-on testing, decades of experience and original photography to craft reports, reviews and guides. Why? Because we believe everyone deserves the best product.

**NEWS**
Home Page
Audio
Cars
Deals
Drink
Fitness
Food
Grooming
Home
Motorcycles
Outdoors
Style
Tech
Watches

**FEATURES**
Buying Guides
Gift Guides
How-Tos & Explainers
Interviews
Profiles & Features
Reviews
Videos

**GUIDES**
Best New Gear
Counterpoint
Today's Best Deals
Further Details
Kind of Obsessed
Product Support
Today in Gear
Watches You Should Know

**EDITOR'S PICKS**
The Fitness Awards
The Outdoor Awards
The Style Awards
The Tech Awards
The GP100
This Year in Gear

**SUBSCRIBE**
Gear Patrol Newsletters
DPReview Newsletters

**ABOUT**
Masthead
Work With Us
Advertise
Licensing and Accolades
How We Test Products
Press Room
Pitch a Product

Gear Patrol Studios

Work with our award-winning creative services studio and advertising agency to bring your brand or product story to life. *Learn more.*

**Our Publications**   Gear Patrol   DPReview

**Follow us**   Instagram   YouTube   Facebook   Flipboard   TikTok   RSS

© 2025 GPS Media - Guides, Products, Services | For Life's Pursuits™

Contact Us   Accessibility   Privacy Policy   Report a Bug   v1.0.0

Information from your device can be used to personalize your ad experience. *Do not sell or share my personal information.*

Captured by FireShot Pro: 09 December 2025, 12:15:00
https://getfireshot.com

Page 1
The 8 Best Spyderco Pocket Knives For The Money | HiConsumption
https://hiconsumption.com/gear/best-spyderco-knives/

☰    GEAR   TECH   WATCHES   MOTORS   STYLE   VICES   BUYERS GUIDES                    NEWSLETTER  🔍

# HICONSUMPTION

HOME  ›  GEAR  ›  KNIVES & MULTI-TOOLS

Our editors carefully select every product we recommend. We may earn a commission from these links. Learn more

## The Best Spyderco Knives For Everyday Carry




WE USE COOKIES


ADVERTISEMENT

**Built**Different

LEATHERMAN   SHOP NOW


By: Tim Huber
Published: Jul 13, 2023

Since the debut of its first-ever blade in 1981, Spyderco has become an increasingly revered name in the pocket knife space, with an expansive and illustrious history that's included the introduction of a slew of noteworthy innovations and just as many legendary fixed blades and folders. As one of the most eminent knife outfits currently in operation, Spyderco's catalog is currently comprised of some of the most popular and sought-after blades on the market. This includes a plethora of models that are highly conducive to everyday carry duties — blades that we'll be highlighting today in this guide to the best Spyderco knives for everyday carry. Alongside our picks for the Colorado company's best everyday carry folders, we'll also be delving into the history of the brand, what makes it so special, and what sets it apart from other leading competitors.

### THE BEST SPYDERCO KNIVES FOR EDC



BEST AFFORDABLE/ENTRY-LEVEL PICK

**SPYDERCO TENACIOUS**

READ MORE

AMAZON: $58

BEST COMPACT PICK

**Ex. A, p. 31**

**SPYDERCO DRAGONFLY 2**
READ MORE

AMAZON: $73

BEST CLASSIC PICK
**SPYDERCO DELICA 4**
READ MORE

AMAZON: $79

BEST OVERALL EDC KNIFE
**SPYDERCO PARA 3**
READ MORE

BLADE HQ: $130

BEST WORKHORSE PICK
**SPYDERCO MANIX 2**
READ MORE

AMAZON: $148

SHOW MORE ^

## THE WEB OF TIME

A Condensed History Of The Spyderco Brand

Before we go any further, we should first unpack the history of Spyderco. Spyderco's story begins in 1976 in Redding, California, when husband and wife Sal and Gail Glesser first conjured up their inaugural invention known as the "Portable Hand." Designed to securely hold small objects in place when performing intricate tasks, the Portable Hand was comprised of a weighted base equipped with four arms, each of which culminated in an alligator clip. This would ultimately afford the Glessers experience in designing and prototyping products, which they would harness to create Spyderco's first official product with the Tri-Angle Sharpmaker in 1978 — the same year the husband and wife packed up and relocated to Golden, Colorado, where the company remains to this day. Primarily sold at fairs, knife expos, and trade shows, this multi-rod sharpener still remains in production today (albeit in a modernized form).

On the heels of his work-stand and sharpener, Sal would ultimately unveil Spyderco's very first knife in 1981 with what was christened the "C01 Worker." Produced until 2001, the C01 Worker was a legitimately game-changing, watershed knife that represented a slew of significant industry firsts — many of which have become common practice today. On top of being Spyderco's first knife, the C01 Worker was also the first-ever tactical pocket knife, the first one-handed-opening pocket knife, the firs thumb-hole-opened blade, and the first folding pocket knife to feature a pocket clip. This knife also boasted a myriad of design elements that are now recognized as Spyderco hallmarks such as its overall handle profile, thumb-hole opening, and lead-shaped blade, though just as importantly, it also began a history of innovation that's become baked into the brand's identity and MO ever since.

In the more than 40 years that have passed since debuting the C01 Worker, Spyderco has become one of the most respected names in the knife space, with a reputation for delivering high-quality, utilitarian knives that are engineered from the ground up for hard use. Its prolonged success also enabled Spyderco to massively expand its catalog to include an ever-growing assortment of different fixed blades, folders, and other small accessories such as tools, pens, and keychains. Also armed with a slew of noteworthy patents, trademarks, and industry awards, Spyderco now features a worldwide distribution network and manufacturing facilities in Japan, Italy, Taiwan, and, of course, its home country of America.

**Ex. A, p. 32**

## STANDING OUT FROM THE CROWD
What Exactly Makes Spyderco & Its Knives So Special?

Carried by everyone from active military personnel to industrial workers to EDC enthusiasts, Spyderco's knives have developed a world-class reputation for a plethora of different reasons. First off, rather than being penned to look elegant or aggressive, the Colorado company designs all of its knives with a primary focus on utility. Not only are these highly-calculated knives engineered to lend themselves to everything from fine and delicate cutting tasks to hard use, but as true workhorses, they've also been designed to make maintenance as streamlined and easy as possible — a fact that's frankly unsurprising considering that Spyderco's knives are actually made to be used and aren't just show pieces or "drawer queens."

These designs are made all the more impressive by the fact that Spyderco brings them to life utilizing high-end materials and meticulous manufacturing standards. As touched on above, another defining trait of the brand is its dedication to innovation. This has not only lead to a myriad of major breakthroughs and firsts, but has also resulted in Spyderco constantly striving to push the envelop, with even its best-designed, most-popular blades being slowly but steadily tweaked and improved over time. From the texturing and ergonomics of its handles to the profiles and thickness of its blades, just looking at Spyderco's knives leaves zero doubt about the fact that these blades are designed with a focus utility, performance, and functionality over everything.

Another aspect that makes Spyderco so revered is its standards for build quality. While admittedly nicer on its more high-end models, Spyderco has developed a much-deserved reputation for churning out fixed blades and folders that benefit from ultra-tight tolerances and super-stringent quality control standards. This is made possible through hand assembly and finishing, which massively elevates the quality of these items. So, once you add up its stellar designs, top-notch build quality, and use of premium materials, it becomes blatantly clear why the Spyderco name carries so much weight in the knife community. Interestingly, it doesn't end there, as there are a few additional factors that further separate Spyderco from other knife makers on the market.

On top of meticulously crafting knives, Spyderco's factory also offers a slew of other supplementary services such as free cleaning and sharpening, as well as reassembly and removal of integral pocket clips, just to name a few. What's more, if you happen to chip or snap the tip of your Spyderco's blade — which seldom happens, though when it does is typically a result of the knife being dropped or being utilized as a pry tool — the knife can then be sent to the Spyderco factory which will re-grind and/or re-profile the blade (and can also re-serrate it, too, if desired). It's also very much worth pointing out that Spyderco stands behind each and every knife that leaves its factory with a lifetime warranty against defects in material and workmanship — an element that, wen combined with the services the company's factory offers, practically guarantees a lifetime of use.

## UNPACKING AN IDENTITY
How Does Spyderco Differ From Brands Like Benchmade & Microtech?

There are a great many similarities between Spyderco and other eminent

American knife makers like Benchmade or Microtech. Spyderco's designs tend to put a major premium on utility over all else, with looks taking a backseat to functionality. This highly utilitarian nature is largely based on a well-proven existing formula — the foundation for which was laid by the C01 Worker — that includes a now instantly-recognizable look that screams "Spyderco" — unlike a great many Benchmade or Microtech knives that can't easily be identified without seeing a logo (or proprietary locking mechanism). In addition to guiding Spyderco's selection of premium materials, this utility-trumps-all ethos also means that the Golden, Colorado company seldom produces ultra-top-shelf show knives — like Benchmade does with its Gold Class or Microtech with its Signature Series and Marfione Customs lines.

Spyderco also caters to a more working-class demographic, with high-quality, high-priced knives often purchased for work duties, along with a lesser expensive lineup of sub-$100 folders that still make for fantastic workhorse blades. And it's because it makes both high-end and more affordable knives, coupled with the fact that it produces its knives in so many model variants, all with differing handle colors, blade shape, and edge types, that Spyderco's collective catalog is much larger than Benchmade's, with the former's being comprised of more than 300 knives while the latter's consists of less than 100.

Another very blatant manner in which Spyderco differs from Benchmade and Microtech is in its choice of locking mechanisms, with Spyderco typically employing its signature compression lock (or a lock back on its less expensive models) while Benchmade and Microtech opt for their own proprietary AXIS and RAM-LOK mechanisms (at least on their folding knives). Likewise, Benchmade's folding knives are widely known for their use of thumb-stud setups while a bonafide Spyderco hallmark is undoubtedly the brand's thumb-hole openings. In general, Spyderco's more high-end knives also tend to boast thicker blades than their Benchmade-produced counterparts.

## SPYDERCO TENACIOUS



| PROS | CONS |
|---|---|
| ⊕ Features Spyderco's signature leaf-shaped blade & thumb-hole opener | ⊖ Made in China |
| ⊕ Cheaper, smaller alternative to PM2 | |
| ⊕ Offers fantastic value | |
| ⊕ 3.39″ 8Cr13MoV blade boasts 0.122″ thickness | |
| ⊕ Offered in over 20 model variants | |

**Ex. A, p. 34**

**Best Affordable/Entry–Level Pick:** Probably one of the most adored folding pocket knives in the world, the Tenacious can be found on the hip of anyone who desires quality craftsmanship at a reasonable price. Capable of going tip to tip against more expensive knives thanks to its 8Cr13MoV blade steel and G-10 handle, it comes with a 0.76 blade-to-handle ratio, which is respectable, though the heavier handle shifts the weight a little and can feel awkward to some. It's quick and hearty, but not quite as deadly slender as most of Spyderco's lineup, making this a working knife. With a decent blade thickness of 0.122", this accessibly-priced workhorse of a folder legitimately offers some of the best bang-for-your buck in the entire knife space. Spyderco also produces the Tenacious in more than 20 different variants, all ranging in handle material, finish, and edge type.

> PURCHASE FROM AMAZON: $58

**Blade Steel:** 8Cr13MoV
**Blade Length:** 3.39"
**Handle Material:** G-10
**Overall Length:** 7.76"
**Lock:** Liner Lock

## SPYDERCO DRAGONFLY 2



PHOTO: AMAZON

| PROS | CONS |
|---|---|
| ⊕ Affordable yet well-built compact folding knife | ⊖ Can be awkward in larger hands |
| ⊕ Has excellent ergonomics & grip despite small size | ⊖ Small size can limit utility |
| ⊕ Very easy to clean, assemble/disassemble & sharpen | |
| ⊕ Made in Japan | |
| ⊕ Also has Spyderco's signature leaf-shaped blade & thumb-hole opener | |

**Best Compact Pick:** It's easy to discount the Dragonfly 2 as another undersized folding knife that doesn't give you the grip necessary to really accomplish much, but that's a window shopping mistake you shouldn't make. The Japanese-made VG-10 stainless blade is light and begs to be used. In addition to its blade steel being sourced there, this entire knife is also made and assembled in Japan. A hair under 5.5 inches all told, it

**Ex. A, p. 35**

virtually disappears into your pocket, but can handle heavy work when it comes out thanks to the resiliency of the craftsmanship. This is also owed to the fact that, despite its size, the second-gen Dragonfly sports FRN handles with Spyderco's patented bi-directional texturing, as well as jimping at the spine and choil — items that collectively afford the Dragonfly 2 stellar grip. In typical Spyderco fashion, this knife is offered in a wide array of model variants. With a delicate curve, few small knives feel quite as good in your hand, whatever your size.

PURCHASE FROM AMAZON: $73

**Blade Steel:** VG-10
**Blade Length:** 2.27"
**Handle Material:** FRN
**Overall Length:** 5.60"
**Lock:** Back Lock

## SPYDERCO DELICA 4



PHOTO: AMAZON

| PROS | CONS |
|---|---|
| ➕ Very easy to clean, assemble/disassemble & sharpen | ➖ Is easy to over-tighten when reassembling |
| ➕ Made in Japan | |
| ➕ FRN handle has Spyderco's patented bi-directional texturing | |
| ➕ Also has Spyderco's signature leaf-shaped blade & thumb-hole opener | |
| ➕ Wide availability of upgrades & aftermarket parts | |

**Best Classic Pick:** The Delica 4 is most commonly the choice of the everyday carry crowd, mostly because it is made to be utilitarian, pulled out again and again for everything from cutting bales on a farm to fast fights on the mean streets of Chicago. Jimping on the spine along with the FRN (Fiberglass Reinforced Nylon) handle with bi-directional texture lets you use it from any angle for any purpose without it slipping out of your grip. It's just 2.5 ounces with screwed-together construction that is about as stiff as it gets outside of a full tang fixed blade. First released in 1990 alongside the Endura, the now-fourth-gen Delica has garnered a large enough following that there's now a wide range of available aftermarket parts and mods for the Delica 4 such as custom titanium scales. The Delica 4 is another one of the models that Spyderco produces in several

**Ex. A, p. 36**

dozen different variants, as well, including with different blade shapes and edges, along with the normal selection of handle material and finishes.

PURCHASE FROM AMAZON: $79

**Blade Steel:** VG-10
**Blade Length:** 2.875"
**Handle Material:** FRN
**Overall Length:** 7.125"
**Lock:** Lock Back

### SPYDERCO PARA 3



PHOTO: BLADE HQ

| PROS | CONS |
|---|---|
| ⊕ Smaller, more compact & EDC-friendly version of the legendary PM2<br>⊕ Made in America<br>⊕ Blade composed of Spyderco-exclusive CPM SPY27 steel<br>⊕ Shorter 3" blade still measures 0.14" thick<br>⊕ Wide array of available aftermarket upgrades | ⊖ While it offers better grip, FRN handle feels cheaper than G-10 scales (also available on the Para 3) |

**Best Overall EDC Knife:** With a shorter 3.00" blade and an overall length of just 7.27", the Spyderco Para 3 is a more compact version of the PM2 that's been reconfigured to be more conducive to everyday carry use — while retaining the qualities and characteristics that have made the Para Military 2 so revered. Made in America, the Para 3 features a beefy 0.14-inch-thick blade that's composed of Crucible Industries' CPM SPY27 blade streel — a Spyderco-exclusive construction that's essentially a modified version of the S35VN/S45VN formula. Unsurprisingly, as a more EDC-focused alternative to the already legendary PM2, the Para 3 boasts a wide array of available aftermarket upgrades and mods, plus is offered in a pretty significant number of different factory-built model variants.

PURCHASE FROM BLADE HQ: $130

**Blade Steel:** CPM SPY27
**Blade Length:** 3.00"
**Handle Material:** FRN

**Ex. A, p. 37**

**Overall Length:** 7.27"
**Lock:** Compression Lock

## SPYDERCO MANIX 2



PHOTO: AMAZON

| PROS | CONS |
|---|---|
| ⊕ Features excellent build quality | ⊖ Ball-bearing lock makes assembly & maintained more difficult/complex |
| ⊕ Has ultra-smooth action & deployment | |
| ⊕ Leaf-shaped blade measures 0.13" thick | |
| ⊕ Made from premium materials | |
| ⊕ Fitted w/ ball-bearing lock | |

**Best Workhorse Pick:** The Manix 2 bears the same basic dimensions as the Tenacious in terms of length, but it is nearly a full ounce heavier. This is thanks in part to the hollow saber grind and the full liners. It also uses CPM S30V steel, which is an advanced powder metallurgy stainless steel made specifically for blade constructions that can hold a very fine edge and fight off corrosion with the best of them. On the handle you'll find very heavy texturing to accommodate the weightier knife and give you better traction when using it — the same material and setup found on the Para Military 2, and for the same reasons. Another major highlight on this knife is its use of a ball-bearing locking mechanism, which provides an ultra-sturdy lockup while being incredibly easy to use. A huge paracord-level lanyard hole makes it perfect for camping as much as EDC. This knife does come at a more premium price point, though it no doubt represents a massive jump up in quality over knives like the Delica and Dragonfly, with a much thicker and more high-end blade, a more premium handle and locking mechanism, and a markedly smoother and more flickable action and deployment.

**PURCHASE FROM AMAZON: $148**

**Blade Steel:** CPM S30V
**Blade Length:** 3.375"
**Handle Material:** G-10
**Overall Length:** 8.00"
**Lock:** Ball-Bearing Lock

## SPYDERCO CHAPARRAL

**Ex. A, p. 38**



PHOTO: AMAZON

| PROS | CONS |
|---|---|
| ⊕ Spyderco's signature formula w/ a gentlemen's knife influence | ⊖ Wire pocket clip feels cheap compared to rest of knife |
| ⊕ Features excellent build quality | ⊖ Uses back lock |
| ⊕ Crafted around carbon fiber handle | |
| ⊕ Jimping on blade spine affords solid grip under hard use | |
| ⊕ Blade composed of ultra-premium CTS-XHP | |

**Best Gentlemen's Knife:** What happens when you take Spyderco's signature workhorse formula and give it a dapper, upscale redux with some major gentlemen knife influence? The answer is the Spyderco Chaparral. Not only does it feature a less aggressive, more understated appearance that allows it to better fly under the radar, but the Colorado company's normal G-10 or FRN and VG-10 or S30V constructions have been stepped up to carbon fiber scales paired with a super-premium CTS-XHP blade steel. It also has slightly smaller dimensions at under 6.5" overall — granted this shortened length allows the Chaparral to weigh in at a very svelte 2.50oz. With that said, these deviations from the brand's typical MO don't mean the knife sacrifices on performance — or build quality. Sadly, in lieu of a compression or ball-bearing lock, this other-wise top-shelf knife comes equipped with a back-lock.

**PURCHASE FROM AMAZON: $165**

**Blade Steel:** CTS-XHP
**Blade Length:** 2.81"
**Handle Material:** Carbon Fiber
**Overall Length:** 6.375"
**Lock:** Lock Back

## SPYDERCO SAGE 5



PHOTO: AMAZON

| PROS | CONS |
|---|---|
| ✚ Has Spyderco's signature lock, leaf-shaped blade, & thumb-hole opener | ⊖ Wire pocket clip feels cheap compared to rest of knife |
| ✚ Engineered specifically for EDC use | ⊖ Is made in Taiwan |
| ✚ Features excellent build quality | |
| ✚ Equipped w/ Spyderco's compression lock | |
| ✚ Has lightweight G-10 & carbon fiber handle | |

**Best Upgrade Pick:** Using a black pocket clip against the carbon fiber exterior, the Sage has a decidedly understated look. Instead of flash, the Sage focuses on precision with a CPM-S30V steel blade that is flat ground for exact cutting in any circumstance. Though it uses a linerlock, it isn't just any liner lock, and sees its blade kept firmly in place via the brand's signature compression locking mechanism — also famously found on the PM2. Revered by knife enthusiasts, this mechanism has proven not to move in the slightest, even after years of constant carry, so there's no travel or play to worry about. Since the handle is technically G-10 with carbon fiber atop it, you can debate whether or not it's a true carbon fiber knife, though what you can't debate is the fact that this dual material selection has resulted in a remarkably rugged yet lightweight set of scales that feel excellent in the hand. The more study 3.03" blade also gives this model a slightly more unique look while still obviously being a Spyderco. Sadly, despite its premium pricing, the Sage 5 is made in Taiwan — though you'd admittedly never know it based on the knife's build quality and overall fit and finish.

**PURCHASE FROM AMAZON: $196**

**Blade Steel:** CPM S30V
**Blade Length:** 3.03"
**Handle Material:** Carbon Fiber & G-10
**Overall Length:** 7.20"
**Lock:** Compression Lock

## SPYDERCO PARA MILITARY 2

**Ex. A, p. 40**



PHOTO: SPYDERCO

| PROS | CONS |
|---|---|
| ➕ Unequivocally one of the greatest EDC knives of all time | ➖ Is very much on the larger side for EDC use |
| ➕ Made in America | ➖ Very aggressive-looking appearance |
| ➕ Has Spyderco's signature lock, leaf-shaped blade, & thumb-hole opener | |
| ➕ Excellent materials & build quality | |
| ➕ Handle has great ergonomics & sturdy compression lock | |
| ➕ Wide availability of upgrades & aftermarket parts | |

**Best Tactical/Self-Defense Pick:** In 2010 Spyderco introduced its second-generation Para Military knife, and while the company didn't know it at the time, it had just debuted what would quickly become one of the most legendary and revered everyday carry knives in history. Also known simply as the "PM2," the Para Military 2 boasts top-notch construction and build quality and ticks just about every box one could possibly hope for when shopping for an EDC knife. With a full-size 4.82-inch handle, a 3.24-inch blade length, and a blade thickness of 0.145", the PM2 simply looks and feels like a knife made specifically for hard use — whether that tactical or industrial. The PM2's immense popularity has not only resulted in Spyderco producing the knife in a massive number of different model variants, but its success has also given way to a nearly unparalleled selection of available aftermarket parts and upgrades for this icon of an EDC knife.

**PURCHASE FROM SPYDERCO: $265**

**Blade Steel:** CPM S45VN
**Blade Length:** 3.24"
**Handle Material:** G-10
**Overall Length:** 8.24"
**Lock:** Compression Lock

## THE BEST BENCHMADE POCKET KNIVES FOR EDC



If you enjoyed this deep dive into Spyderco, then you'll almost certainly appreciate our guide to the best Benchmade knives for EDC, where we count down our top picks from the Oregon City outfit while also delving into what makes its knives so expensive and so special.

ADVERTISEMENT



## FROM OUR PARTNERS



STYLE
This Retro-Inspired Sherpa Jacket Is Relwen's Coziest Winter Essential Yet
Presented by Huckberry

WATCHES
Dango's CR-01 Chrono Brings Vintage Motorsport Energy To Your Wrist
Presented by Dango

KNIVES & MULTI-TOOLS
The Leatherman Rebar Packs 17 Tools Into a Bombproof Frame, And Now It's 20% Off
Presented by Leatherman

Ex. A, p. 42

## MORE KNIVES & MULTI-TOOLS

  

GEAR

**6 Surefire Holiday EDC Gifts from Dango**

By Ethan Brehm

GEAR

**The 8 Best Holiday Gifts from Nike This Year**

By Ethan Brehm

BAGS

**GORUCK and the Legendary Mike Vallely Just Built the Toughest Skate Pack Ever**

By Ethan Brehm

  

KNIVES & MULTI-TOOLS

**Inspired by the Original PST, the Rebar Shows Why Leatherman Still Runs the Category**

By Ethan Brehm

KNIVES & MULTI-TOOLS

**Titaner's 5-in-1 Shrike Blurs the Line Between Scalpel Blade and Pocket Multi-Tool**

By Ethan Brehm

GEAR

**Stealthy EDC: 10 Blackout Everyday Carry Essentials**

By Ian Rebello

ADVERTISEMENT





INFORMATION

ABOUT

ADVERTISE

CONTACT

CAREERS

POLICIES

PRIVACY

COOKIES

TERMS

AFFILIATE DISCLOSURE

SIGN UP FOR OUR NEWSLETTER

Enter your email

SUBSCRIBE

**HICONSUMPTION**

Captured by FireShot Pro: 09 December 2025, 12:15:40
https://getfireshot.com

Ex. A, p. 43



Page 1
The Best Pocket Knives of 2025 | Tested & Rated
https://www.outdoorgearlab.com/topics/camping-and-hiking/best-pocket-knife

**GearLab** REVIEWS YOU CAN RELY ON

Men's   Women's   Footwear   Hike/Camp   Climb   Bike   Snow   Paddle   Fitness   Travel

We buy all the products we test — *no freebies* from companies. If you purchase through our links, we may earn a commission, which helps support our testing.

Camping Gear  /  Pocket Knife Reviews

Review    Compare    Buying Advice    How We Tested

# The Best Pocket Knives of 2025

We put 22 top-rated pocket knives from Benchmade, Kershaw, Spyderco, Gerber, and others through head-to-head testing to find the best knife.



By Kyle Hameister · Review Editor   ·   Updated October 28, 2025

Contributions From: Jeff Dobronyi & Jediah Porter

A pocket knife can provide some great usability throughout your day. We test models to determine blade quality, handle ergonomics, and portability.

Since 2013, we've tested 49 unique pocket knives, putting them through the wringer while exploring backcountry terrain, camping, hunting, preparing food, and doing basic everyday activities like opening packages. We compare key characteristics to evaluate important metrics like blade integrity, ergonomics, portability, and construction quality.

The best knife we have tested is the Benchmade Mini Barrage 585. It is meticulously crafted with a compact design that's convenient to carry yet substantial enough to handle almost any task. The Benchmade Osborne has perhaps an even better blade, packaged in a stunning design that is both elegant and sharp (pun intended).

If you are looking for the best value, the CIVIVI Button Lock Elementum II can't be beat. It doesn't have all the little details that give the pair of Benchmade models our top awards, but it still has top-tier blade steel at about a third of the price.

**Table of Contents**
- Our Picks of Pocket Knives
  - Best Overall Pocket Knife
  - Stylish High Performer
  - Best Bang for your Buck
  - Best on a Tight Budget
  - High Performance Heritage Design
- How We Tested
- Why Trust GearLab
- Analysis and Test Results
  - What's the Best Value?
  - Blade and Edge Integrity
  - Ergonomics
  - Portability
  - Construction Quality
- How to Select a Pocket Knife
  - What Will You Use It For?
  - What's Your Budget?

*Editor's Note: We updated our pocket knife review on October 28, 2025, to add direct quotes from our testers about their experiences with these knives.*

**Related:** Best Multi Tools

## Top 22 Pocket Knives



Displaying 1 - 22 (scroll right)     < Previous | Compare | Next >

| | #1 Compare ☐ | #2 Compare ☐ | #3 Compare ☐ | #4 Compare ☐ | #5 Co |
|---|---|---|---|---|---|
| | Benchmade Mini Barrage 585 | Benchmade 940 Osborne | Benchmade 15032 North Fork | Spyderco Para Military 2 G-10 | Kershaw Link |
| Awards | EDITORS CHOICE — Best Overall Pocket Knife | EDITORS CHOICE — Stylish High Performer | TOP PICK — High Performance Heritage Design | | TOP PICK — Best Heavy Duty K |
| Price | $190 List — Check Price at Amazon | $300 List — Check Amazon (on sale) | $230 List — Check Price at Amazon | $265 List — Check Price at Amazon | $200 List — Check Amazon (o |
| Overall Score ▾ | 86 | 86 | 84 | 84 | |
| Star Rating | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★½ | ★★★★½ |
| Bottom Line | An immaculately constructed knife in a form-factor that is easy to carry and large enough for virtually every task | A work of art that doubles as a workhorse tool | Featuring a heritage-inspired wooden handle, this is one of the best and most beautiful knives we have ever tested | A flagship product for a reason, with a nearly flawless all-around performance that fits fully in most hands despite its compact designation | This top perform large blade and n construction, per day use |
| Pros | Incredible blade quality, assisted open, perfect combination of compactness/functionality | Reverse Tanto blade, all metal construction, slim | Elegant wooden handle, simple, great feel in the hand | Ergonomically advanced, 4-position clip, compression lock | Excellent blade q solid construction grip design |
| Cons | Pricey, blade lock mechanism not intuitive | Poor leverage when opening, cost, shallow thumb rise | Expensive, stiff opening action, Axis lock | Unwieldy signet ring, "cheap" feeling handle, excessively stiff clip | Heavy and bulky, opening requires force |
| Rating Categories | Benchmade Mini Barr... | Benchmade 940 Osborne | Benchmade 15032 Nor... | Spyderco Para Milit... | Kershaw Link |
| Blade and Edge Integrity (30%) | 9.0 | 10.0 | 9.0 | 9.0 | |
| Ergonomics (25%) | 9.0 | 7.0 | 8.0 | 9.0 | |
| Portability (20%) | 7.0 | 8.0 | 7.0 | 6.0 | 5.0 |
| Construction Quality (25%) | 9.0 | 9.0 | 9.0 | 9.0 | |
| Blade Style | Drop point, plain edge | Reverse Tanto | Drop point, plain edge | Full flat grind, plain edge | Drop point, plain |
| Blade Length | 2.75 in | 3.33 in | 2.85 in | 3.05 in | 3.31 in |
| Blade Material | 154CM stainless steel | CPM MagnaCut stainless steel | CPM S30V stainless steel | CPM S45VN stainless steel | CPM MagnaCut s steel |

Show Full Specification Details ▾

## Our Picks of Pocket Knives

**Best Overall Pocket Knife**

Benchmade Mini Barrage 585



EDITORS CHOICE

Check price at Amazon

| 86 OVERALL SCORE | BLADE AND EDGE INTEGRITY | 9.0 |
|---|---|---|
| | ERGONOMICS | 9.0 |
| | PORTABILITY | 7.0 |
| | CONSTRUCTION QUALITY | 9.0 |

Ex. A, p. 45



**PROS**
- Legendary blade construction
- Smooth assisted opening
- Compact-yet-usable size

**CONS**
- Expensive
- Locking mechanism is not intuitive

Built for precision with a design that has maintained top status for years, the Benchmade Mini Barrage 585 houses a 2.75-inch blade that arrives razor-sharp and is paired with the LifeSharp sharpening service to sweeten the deal — just cover the shipping costs, and Benchmade will sharpen and return the blade to its factory specifications for life. The Mini Barrage's Valox thermoplastic composite handle fits in the palm well, and its rounded edges slide easily in and out of your pocket. *"The pocket clip is strong, and I love that it's modular. You can swap and wear it on either side,"* our lead tester noted. An assisted opening system tied into the proprietary Axis lock reliably snaps the blade to READY status and is deployable by either hand. The blade can be locked in the closed position (one of only a few with this feature in our tested lineup, including the **Kershaw Leek** and **SOG Twitch II**) for extra peace of mind while carrying it in a pocket or bag.

**SPECIFICATIONS**

| | |
|---|---|
| Blade Style | Drop point, plain edge |
| Blade Length | 2.75 in |
| Blade Material | 154CM stainless steel |
| Weight | 3.50 oz |
| Length Closed | 4.00 in |

Unfortunately, the locking mechanism can be difficult to *unlock* the first few times, but this can be a plus if you like the added security. The **Mini Barrage 585** is also quite short compared to other top performers. If you're not into the compact size, we recommend checking out the Spyderco Para Military 2 G-10, which has a bigger handle and delivers a stellar in-hand performance, albeit at a bit higher cost. A slightly more affordable option that sports a similar rounded grip style is the also excellent Benchmade Griptilian, though it has a manual AXIS open action. The Mini Barrage is pricey, but less so than other top performers, and we firmly believe its value will be realized over its long lifespan.

**Read more:** Benchmade Mini Barrage 585 review



The lock on the Mini Barrage is industry-leading, while the action of the blade is engaged by a spring assist mechanism.

Credit: Kyle Hameister

**Stylish High Performer**
Benchmade 940 Osborne





Check price at Amazon

Check price at REI

| 86 OVERALL SCORE | BLADE AND EDGE INTEGRITY | 10.0 |
|---|---|---|
| | ERGONOMICS | 7.0 |
| | PORTABILITY | 8.0 |
| | CONSTRUCTION QUALITY | 9.0 |

**PROS**

- Top-notch MagnaCut blade steel
- Beautiful styling
- Axis Lock

**CONS**

- Unassisted open action
- Thumb-stud positioning

The Benchmade 940 Osborne has been a longtime staple in the knife community for a reason. Sure, it sports much of what makes Benchmade famous: unmatched build quality, the Lifesharp program, and the excellent Axis lock, among them. But what separates the Osborne is its timeless aesthetic. Widely lauded for its beauty, we appreciate the variety of colorways, finishes, and material upgrades it offers. The handle comes in a few material choices, but we prefer the sophisticated satin sheen of the anodized aluminum. The aluminum slides smoothly into a pocket and gives a good grip while in use. It's lightweight like many of the plastic handle options out there, but still gives that solid feel that only metal can. However, the blade is undoubtedly Osborne's most striking feature. The reverse tanto shape and unique swedge grind make this blade instantly recognizable, and enduringly useful.

**SPECIFICATIONS**

| Blade Style | Reverse Tanto |
|---|---|
| Blade Length | 3.33 in |
| Blade Material | CPM MagnaCut stainless steel |
| Weight | 2.7 oz |
| Length Closed | 4.5 in |

The Benchmade 940 doesn't have a built-in opening assist, and the thumb stud sits just a bit too close to the handle to get enough leverage to open the blade one-handed. Due to its slim profile and light weight, this is one of the more classic EDC (everyday carry) knives out there. However, the Osborne doesn't sacrifice utility to earn its EDC moniker. Its full 3.33" blade is among the longer offerings in our lineup, and the 4.5" handle will comfortably fit all but the largest hands. This is *nearly* the perfect EDC, but the Kershaw Leek is just a hair better.

**Read more:** Benchmade 940 Osborne review



The Osborne is sleek and approachable, angular and striking.

Credit: Kyle Hamelster



**Best Bang for your Buck**
CIVIVI Button Lock Elementum II



| | | |
|---|---|---|
| **71** OVERALL SCORE | BLADE AND EDGE INTEGRITY | 8.0 |
| | ERGONOMICS | 6.0 |
| | PORTABILITY | 7.0 |
| | CONSTRUCTION QUALITY | 7.0 |

**PROS**
- Button lock
- Lots of color & material options
- Great steel for the price

**CONS**
- Thick for an 'EDC' option
- Plastic handle feels cheap

The CIVIVI Button Lock Elementum II is the first knife from the Chinese maker that we have been legitimately impressed with. The original Elementum had some major design flaws, but since the update, the difference could not be more stark. From the outside, the Elementum II doesn't look much different than its predecessor. It has a similar shape and length, with a non-assisted flipper open action that reveals a Nitro-V stainless steel blade of 2.77 inches in length. The main upgrades are in the lock and the blade steel. The **Elementum** now features an excellent button lock, which is easy to disengage yet also inherently safer than the liner lock of its predecessor (and of roughly 70% of the pocket knife market). The knife is slightly thicker to accommodate this mechanism, but overall, it's an acceptable trade-off. The really impressive feature of this knife, though, is its blade steel alloy. Nitro-V is among the top knife steels produced today (competing with the top dogs in our lineup like the Bugout), and knife of this quality at this price point is a real gem.

**SPECIFICATIONS**

| | |
|---|---|
| Blade Style | Drop point, plain edge |
| Blade Length | 2.77 in |
| Blade Material | Nitro-V stainless steel |
| Weight | 3.15 oz |
| Length Closed | 4.15 in |

The main divisive feature of this knife is the G10 Composite scaled handle. The texture is pleasant while giving just the right amount of grip, but it doesn't have the same heft that you get from a metal handle. If you're on the hunt for a truly inexpensive knife and don't mind average performance in use, the Gerber Paraframe Mini is hard to beat. Or, the **CRKT Drifter** may cost just a bit more but delivers better in-hand performance and a greater overall value for a budget product. You'll have to choose if the Elementum's aesthetics suit your own sensibilities, but the actual knife metrics can't be ignored. It is a beautifully functional knife offering quality steel for a steal of a price.

**Read more:** CIVIVI Button Lock Elementum II review



The blade centering is great, and there's even slightly little to no play in the hinge. The Elementum II feels well

The blade centering is great, and there's surprisingly little-to-no play in the hinge. The Elementum II feels well built.

Credit: Kyle Hameister

## Best on a Tight Budget
CRKT Drifter



BESTBUY

Check price at Amazon

| 68 OVERALL SCORE | | |
|---|---|---|
| BLADE AND EDGE INTEGRITY | | 5.0 |
| ERGONOMICS | | 8.0 |
| PORTABILITY | | 9.0 |
| CONSTRUCTION QUALITY | | 6.0 |

**PROS**

➕ Recurve blade

➕ Prominent finger guard

➕ Portable EDC option

**CONS**

➖ Some play in the pivot

➖ Tip-down pocket carry orientation

The CRKT Drifter is also a great value and our great choice for anyone on a tight budget, but it is a very different knife from another high-value option, the **Elementum II**. To start, it's nearly a full ounce lighter than the CIVIVI and nearly a quarter inch thinner, but the blade length is still about the same at 2.75 inches. The Drifter's D2 stainless steel is typical for what we see in budget knives. The G10 fiberglass laminate handle is also a familiar and reliable material seen on multiple models in our lineup, including high scorers like the **CIVIVI Button Lock Elementum II**. A couple of things we really liked in this model include the recurved shape of the edge side of the blade, a great choice for carving and slicing along rounded or non-uniform materials, and the knife's unassisted flipper, which is not only great for quick opens but can also double as a formidable finger guard when open.

**SPECIFICATIONS**

| | |
|---|---|
| **Blade Style** | Recurve blade, plain edge |
| **Blade Length** | 2.75 in |
| **Blade Material** | D2 stainless steel |
| **Weight** | 2.20 oz |
| **Length Closed** | 3.65 in |

The **CRKT Drifter** is a budget knife. It has a bit of play in the pivot if you crank enough, and it is on the small side in hand at only 3.65 inches long (among the smallest we tested) and may not be comfortable to wield for some users. However, we would argue that a well-performing knife this small and light makes for a great candidate worthy of carrying every day. Even if it is not the lightest or thinnest option we've tested across the board, all things considered, we think it deserves your consideration for a place in your pocket. If you're in the market for even smaller, especially portable knives, consider the Leatherman Skeletool KB or Gerber Paraframe Mini.

**Read more:** CRKT Drifter review



The Drifter is definitely compact, but the extra-large finger guard and recurve blade are some of the surprising features we love.

Credit: Kyle Hameister

### High Performance Heritage Design
#### Benchmade 15032 North Fork

TOP PICK

Check price at Amazon

| 84 OVERALL SCORE | | |
|---|---|---|
| BLADE AND EDGE INTEGRITY | | 9.0 |
| ERGONOMICS | | 8.0 |
| PORTABILITY | | 7.0 |
| CONSTRUCTION QUALITY | | 9.0 |

**PROS**
- Heritage look with wooden handle
- Well-built
- Usable yet compact

**CONS**
- Expensive
- Blade lock is hard to clean out

Exceptionally well made with a more traditional look, we love the Benchmade 15032 North Fork. Although ostensibly a hunting knife, at a weight of only 3.25 ounces and a closed length of 3.91 inches, our lead tester, Kyle Hameister, is quick to point out, *"It's portable enough to basically disappear in your pocket."* Users of the North Fork can feel confident that their knife has an impressive all-around blade. Unsurprisingly, it's made with one of the best knife steel alloys available - CPM S30V - which is known to be characteristically balanced, offering good edge retention and corrosion resistance while also ensuring it can be easily sharpened. The orange accents incorporated into the handle are a nice design touch, and two sets of pronounced ridges along the spine of the blade (jimping) give ample anchor positions for a thumb pad to provide added pressure on top of the blade for tough cutting tasks.

**SPECIFICATIONS**

| Blade Style | Drop point, plain edge |
|---|---|
| Blade Length | 2.85 in |
| Blade Material | CPM S30V stainless steel |
| Weight | 3.25 oz |
| Length Closed | 3.91 in |

The knife features Benchmade's famous Axis blade lock. However, in this case, it's a non-assisted version, which is less convenient. But in theory, it is easier to clean out the knife after messy tasks. That said, we ultimately recommend the field-swappable 2.31-inch scalpel blade of the Havalon Piranta as our hunter's companion of choice to ensure you won't need to worry about sharpening anything deep in the wilderness. The Piranta is smaller and won't feel as comfortable in hand, but it is easier to clean out than the North Fork and weighs a significant 43% less. It's worth mentioning the **CRKT Drifter** again, as it's one of the only popular recurve-bladed knives we've seen. A recurve blade can be particularly helpful when dressing a kill, as it helps 'lock' onto the cutting surface. It was a feature originally included in the first generation of the North Fork but has now been lost in the updated version. Still, the **North Fork** is a beautiful high-end knife that we feel is perhaps a little shoehorned under

the 'hunting knife' label. Although it has a longer blade at 2.85 inches, we prefer it as an EDC instead.

**Read more:** Benchmade North Fork review



Our simple whittling test could be considered "beneath" the capabilities of the North Fork, if its razor sharp blade weren't so satisfying to use.

Credit: Kyle Hameister

**Best Lightweight Knife**
Benchmade 535 Bugout



TOP PICK

Check price at Amazon

Check price at REI

| 78 OVERALL SCORE | BLADE AND EDGE INTEGRITY | 8.0 |
|---|---|---|
| | ERGONOMICS | 7.0 |
| | PORTABILITY | 8.0 |
| | CONSTRUCTION QUALITY | 8.0 |

| PROS | CONS |
|---|---|
| ⊕ Lightweight | ⊖ Flexy handle |
| ⊕ Full function | ⊖ Thin handle |
| ⊕ Smooth hinges and lock | |

The Benchmade 535 Bugout is the best knife we know of for self-propelled outdoor adventures. Longtime top manufacturer Benchmade made this knife precisely for carrying in the backcountry, with a lightweight and low-profile design. It's also a great EDC, too. This smaller knife still sports a top-quality, full-size 3.04-inch blade that opens, locks, and closes with predictable smoothness. And, at only 1.90 ounces and 4.25 inches in length with a 0.40-inch width, it makes an ideal choice to toss in a bag or pocket on the go.

**SPECIFICATIONS**

| | |
|---|---|
| Blade Style | Drop point, plain edge |
| Blade Length | 3.04 in |
| Blade Material | CPM S30V stainless steel |
| Weight | 1.90 oz |
| Length Closed | 4.25 in |

The lightweight design of the **535 Bugout** comes with one pretty notable concession: the handle is a tad flexible. It is built entirely of plastic (technically, a Grivory thermoplastic composite) but constructed without an internal skeleton liner, as seen on most other knives.

**Ex. A, p. 51**

The result is decently stable, but this isn't the tool for intense cutting tasks. If you need a knife for regular, work-heavy days, then we recommend a couple of Benchmade cousins, the **Mini Barrage** and **North Fork**. In contrast, the Victorinox Classic SD Swiss Army is an option we'd consider carrying on longer camp trips; even though the knife isn't impressive (at all), it would ensure you are equipped with a mini multi-tool. But the Bugout is still one of the lightest knives we have tested, and if this is your top priority, then it's a reliable option.

**Read more:** Benchmade 535 Bugout review



The Bugout is so lightweight, you'll want it with you at all times for odd jobs like helping to secure a broken taillight.

Credit: Kyle Hameister

**Best Heavy Duty Knife**

Kershaw Link

| | | |
|---|---|---|
| | TOPPICK | |
| | Check price at Amazon *(on sale)* | |

| **83** OVERALL SCORE | BLADE AND EDGE INTEGRITY | 10.0 |
|---|---|---|
| | ERGONOMICS | 8.0 |
| | PORTABILITY | 5.0 |
| | CONSTRUCTION QUALITY | 9.0 |

| PROS | CONS |
|---|---|
| ✚ Long, sturdy blade | ➖ Heavy and bulky |
| ✚ Rock solid construction | ➖ Expensive |
| ✚ Comfortable grip | |

The Kershaw Link features a thick, compound-ground blade of high-quality steel and an ergonomic grip that makes big cutting jobs easier. *"Whenever I face a daunting task like preparing kindling without an axe, this is the knife I reach for,"* our lead tester says. Now offered in arguably the best all-around knife steel alloy known to man, MagnaCut, the Link is even more worthy of its $200 price tag. Exceptionally tough and corrosion resistant, its only 'weakness' is an average edge retention rating compared with other top steels. If edge retention is important to you, know that the Link is also offered with CPM 20CV, known for its top-tier hardness and edge retention. Either option will stay sharper and won't bend or flex under pressure better than just about any other knife out there. Beyond the blade, the overall construction is bomber, and the large anodized aluminum grip feels secure, safe, and ergonomic. This is a superb option if you need a knife to carry on the construction job site or just want a trustworthy blade for your camping or outdoor kit.

**SPECIFICATIONS**

| Blade Style | Drop point, plain edge |
|---|---|
| Blade Length | 3.31 in |
| Blade Material | CPM MagnaCut stainless steel |
| Weight | 4.75 oz |
| Length Closed | 4.38 in |

The major downsides to the **Link** are bulk, weight, and cost, all reasonably associated with such a burly knife. The full weight and closed size is *absolutely* noticeable in a pocket or backpack. This is the heaviest option in our lineup and among the longest knives, too. If you are looking for a smaller knife for everyday use or occasional one-off needs, a more compact option like the **Kershaw Leek**, **Benchmade 535 Bugout**, or **Benchmade Mini Barrage 585** is likely a better option. Considering the price tag attached to the Link, it is a serious investment, but one that we're sure will pay off in the long run for those who regularly turn to a pocket knife to get the job done.

**Read more:** Kershaw Link review



The Link is so solidly built that we feel comfortable using it in heavy duty use cases, akin to a larger fixed knife.
Credit: Kyle Hameister

## Best Everday Carry
Kershaw Leek



| 72 | BLADE AND EDGE INTEGRITY | 7.0 |
|---|---|---|
| OVERALL SCORE | ERGONOMICS | 6.0 |
| | PORTABILITY | 8.0 |
| | CONSTRUCTION QUALITY | 8.0 |

**PROS**
- Constructed like a work of art
- Adaptable assisted opening
- Very portable

**CONS**
- Thin handle doesn't allow for high torque
- Fragile blade

The Kershaw Leek packs a pedigreed blade into a compact 7-inch (open), 3-ounce assisted-opening knife that costs roughly half the price of other high-end options. The Sandvik 14C28N stainless steel alloy blade comes sharp and defect-free from the factory. Like the assisted opening on other models such as the **Link**, the Leek can be opened with either thumb via the blade studs or via a well-tuned flipper tab along the spine. It is *quick* to open,

**Ex. A, p. 53**

impressively well built, super portable, and reasonably priced, positioning the Leek as a strong competitor to the more expensive **Benchmade 535 Bugout** and **Benchmade Mini Barrage 585** models to become your everyday companion.

SPECIFICATIONS

| | |
|---|---|
| Blade Style | Drop point, plain edge |
| Blade Length | 2.90 in |
| Blade Material | Sandvik 14C28N stainless steel |
| Weight | 3.00 oz |
| Length Closed | 4.00 in |

The **Leek** is undeniably sleek and beautiful. But while most of our testers appreciated the thin profile for carrying, others *really* disliked the handle design, feeling that it compromised overall utility. The knife is excellent for light cutting, but lead tester Kyle Hameister confirms, *"I wouldn't trust it for anything heavier-duty — both the handle and blade are just too thin."* It's not meant for heavy slicing or prying – we even watched the tip deform slightly in real time during more intense testing. For a knife with a similar (but slightly thicker) shape and profile, the **CIVIVI Elementum II** can better stand up to more medium-duty tasks, and it sells for a little more than half the price. Or if you want a truly heavy-duty option for bigger jobs, take a look at the **Kershaw Link** — that's exactly what it was made for.

**Read more:** Kershaw Leek review



Thin and impossibly fast, the Kershaw Leek may just be the perfect EDC (everyday carry) pocket knife.
Credit: Kyle Hameister

**Best Knife for Hunting**
Havalon Piranta Original

 

| | | |
|---|---|---|
| **68** OVERALL SCORE | BLADE AND EDGE INTEGRITY | 7.0 |
| | ERGONOMICS | 6.0 |
| | PORTABILITY | 7.0 |
| | CONSTRUCTION QUALITY | 7.0 |

PROS
- Blade is interchangeable
- Scalpel blade
- Easy to clean, open profile

CONS
- Blade connection can be unreliable
- Narrow handle

Every ounce counts, and that's why we recommend the Havalon Piranta Original as the best hunting knife. The crowning feature of this hunt-ready knife is its smart, swappable blade. Twelve spare blades ship with the knife and are designed to easily pop on and off the stud in seconds, making it a breeze to swap blades whenever one dulls. Field dressing and processing anything but the smallest wild game can dull a blade partway through the process. Some bring a sharpening kit, some carry multiple sharpened knives, while others simply forge on with an unsafe, dull blade. There's no question the Piranta option is *much* easier than any of those other choices.

SPECIFICATIONS

| Blade Style | Interchangeable scalpel blades |
|---|---|
| Blade Length | 2.31 in |
| Blade Material | S30V stainless steel |
| Weight | 1.85 oz |
| Length Closed | 3.79 in |

While other high-end knife companies offer blade sharpening services with their hunt-ready options, like the North Fork, Havalon keeps prices low on its knives by providing accessory blades; it's up to you what option you prefer and where and how you want to absorb the extra cost. With the **Piranta's** scalpel-style blades, you can work with a finer edge than any permanent knife blade. However, the interchangeable blades *can* rattle or even pop off the blade stud if you pry too much, which can be disconcerting when bearing down on the knife or cutting through a kill that you plan to eat later. The narrow handle on this lightweight knife can also feel a little less than adequate for tough cutting. The similarly lightweight **Benchmade 535 Bugout** offers better ergonomics, and you can have the company hone your knife back to factory standard when your hunting season is through. For anyone not interested in the time and effort needed for sharpening, the choice is clear: the interchangeable blades of the Piranta are a game changer when it comes to dressing game.

**Read more:** Havalon Piranta Original review



The Havalon Piranta features quick-change scalpel blades, easily swappable in the field with the included blade change tool, or by carefully prying off with some pliers.

Credit: Kyle Hameister

## Compare Products

| Compare | select up to 5 products to compare | | |
|---|---|---|---|
| ✔ | Score | Product | Price |
| ☐ | 86 | **Benchmade Mini Barrage 585** <br> *Best Overall Pocket Knife* | $190 <br> EDITORS CHOICE |
| ☐ | 86 | **Benchmade 940 Osborne** <br> *Stylish High Performer* | $300 <br> EDITORS CHOICE |
| ☐ | 84 | **Benchmade 15032 North Fork** <br> *High Performance Heritage Design* | $230 <br> TOP PICK |
| ☐ | 84 | **Spyderco Para Military 2 G-10** | $265 |

**Ex. A, p. 55**

| | | | |
|---|---|---|---|
| ☐ | 83 | **Kershaw Link**<br>*Best Heavy Duty Knife* | $200 `TOP PICK` |
| ☐ | 79 | Zero Tolerance 0450 Sinkevich Carbon Fiber | $285 |
| ☐ | 78 | **Benchmade 535 Bugout**<br>*Best Lightweight Knife* | $200 `TOP PICK` |
| ☐ | 72 | **Kershaw Leek**<br>*Best Everday Carry* | $125 `TOP PICK` |
| ☐ | 72 | Spyderco Delica 4 | $126 |
| ☐ | 71 | **CIVIVI Button Lock Elementum II**<br>*Best Bang for your Buck* | $77 `BEST BUY` |
| ☐ | 71 | Benchmade Griptilian | $160 |
| ☐ | 68 | **CRKT Drifter**<br>*Best on a Tight Budget* | $50 `BEST BUY` |
| ☐ | 68 | **Havalon Piranta Original**<br>*Best Knife for Hunting* | $65 `TOP PICK` |
| ☐ | 68 | Kershaw Blur Glassbreaker | $185 |
| ☐ | 67 | SOG Twitch II | $60 |
| ☐ | 63 | Outdoor Edge RazorLite EDC | $35 |
| ☐ | 62 | Petzl Spatha | $44 |
| ☐ | 61 | Gerber Paraframe Mini | $17 |
| ☐ | 61 | Leatherman Skeletool KB | $40 |
| ☐ | 53 | Albatross EDC Tactical | $17 |
| ☐ | 48 | Opinel No. 8 | $22 |
| ☐ | 41 | Victorinox Classic SD Swiss Army | $24 |



In order from left to right by size, the Kershaw Leek, the Mini Barrage, and the Kershaw Link.

Credit: Kyle Hameister

## How We Tested

This review started with a thorough combing of the knife market. We considered upwards of 100 models before selecting **22 of the best pocket knives** for side-by-side testing. We purchased each one at retail price from the same retailers you would, and we never take payment from manufacturers, which helps keep our review free from bias. We used a combination of controlled tests and general daily use – each model is evaluated across four rating metrics. Daily use ranged from routine tasks like simple camping food preparation and opening packages to more specialized applications like home improvements and automotive repairs. We used them to whittle, cut materials like rope and webbing, and even bore holes with the blade's tip.

We used **four different rating metrics** to score these knives:

- Blade and Edge Integrity *(30% of overall score rating)*
- Ergonomics *(25% of overall score)*
- Portability *(20% of overall score)*
- Construction Quality *(25% of overall score)*

See our full How We Test article for more in-depth information on our testing processes.



We put these pocket knives to the test through performing various day-to-day tasks.

Credit: Kyle Hameister

## Why Trust GearLab

Aside from testing gear, Review Editor Kyle Hameister's main thing is Industrial Design. From building prototypes in his shop in Colorado to (sometimes literally) running around on product installs, his day-to-day is wonderfully diverse, and a well-chosen pocket knife is a necessary tool of the trade. As our resident product design expert, Kyle also leads up the testing in our multi-tools review and contributes to our robot vacuums and 3D printers lineups (among others) over at our sister site, Tech Gear Lab.

He builds upon the testing experience of Senior Review Editors Jediah Porter and Jeff Dobronyi who both work as certified IFMGA/American Mountain Guides. Professional mountain guiding changes with the seasons: backcountry skiing and ice climbing during the winter, ski mountaineering in the spring, alpine climbing in the summer, and rock climbing in the fall. This variable line of work requires having the right tool for the job, which always includes a solid pocket knife.





Our testers know a lot about knives, and after handling them for hours upon hours, they know which are the absolute best.

## Analysis and Test Results

The pocket knife landscape is incredibly broad. There are knives with single-digit prices, or you could spend five figures on a collectible-grade knife. We focus on the broad middle of pocket knives. Our lineup includes knives that fold for easy carry, have blades between one and four inches in length, are commonly available at various retail outlets, and are optimized for daily or outdoor carry. We also comment extensively on a knife's utility in day-to-day life.

**Price vs. Value Comparison**

*Worse Value*

*Better Value*

Overall Rating (0-100)

## What's the Best Value?

Pocket knives are unique in that they can be both high-performance tools and collector's items. Price and quality can certainly correlate, but sometimes, part of what you're paying for is name recognition. A collector is going to buy a knife based largely on aesthetics, and their value considerations will be different than those looking for an actively used cutting tool. We'll focus on knives for the latter, and when it comes down to it, the best value is a representation of *price versus performance*.



Side-by-side of the Benchmade Mini Barrage and the Gerber Fast Draw. The similarities abound between these two knives: similar resin handle scales, lock upgrades over a standard liner-lock, size, weight, blade style, and spring assist opening speed. The difference is in the quality of craftsmanship.

Credit: Kyle Hameister

The CIVIVI Elementum II can't be beat in the value category. Roughly 2.5x cheaper than the

The CIVIVI Elementum II can't be beat in the value category. Roughly 2/3 cheaper than the Mini Barrage(!), the Elementum punches up with its fantastic button lock and blade steel choice. The **Kershaw Leek** is pretty spendy at over $100, but the steel quality, portability, and stellar assist-open function push it to compete with options well above its price range. The same can be said for the Spyderco Delica 4 and the CRKT Drifter — our current budget value award winner. If you're looking to buy someone their very first pocket knife, it's tough to beat the value of the ultra-classic (and cheap) Victorinox Classic Swiss Army knife with its added tool features.



The Gerber Paraframe Mini is fantastically priced for how well built it is. Solid and portable, this value option will serve you well, but won't bum you out (much) if lost.

Credit: Kyle Hameister

### Blade and Edge Integrity

In this metric, we're talking about the specific blade steel alloy used, and how that directly relates to characteristics like *sharpness*. However, many materials can be made sharp, and we're more interested in related but distinctly different characteristics. A blade's hardness, toughness, edge retention, and corrosion resistance are all functions of the raw material, treatment, knife geometry, and blade maintenance. These things balance to deliver actual performance and, yes, sharpness.



**Blade and Edge Integrity Rating**

| Knife | Rating |
|---|---|
| Kershaw Link | 10.0 |
| Benchmade 940 Osborne | 10.0 |
| Benchmade Mini Barrage 585 | 9.0 |
| Spyderco Para Military 2 G-10 | 9.0 |
| Benchmade 15032 North Fork | 9.0 |
| Zero Tolerance 0450 Sinkevich Car... | 9.0 |
| Benchmade 535 Bugout | 8.0 |
| CIVIVI Button Lock Elementum II | 8.0 |
| Outdoor Edge RazorLite EDC | 7.0 |
| SOG Twitch II | 7.0 |
| Havalon Piranta Original | 7.0 |
| Kershaw Blur Glassbreaker | 7.0 |
| Benchmade Griptilian | 7.0 |
| Spyderco Delica 4 | 7.0 |
| Kershaw Leek | 7.0 |

**Ex. A, p. 59**



To start, accept the reality that *every* knife will need to be periodically sharpened if it gets regular use and doesn't sit in a trophy case. Different blade steel alloys and designs will hold a sharp edge longer, but all will eventually need some TLC. There are professional knife-sharpening services and many commercially available sharpening kits for home use. Some companies, like Benchmade, offer a blanket sharpening service. All you have to do is cover shipping, and they'll sharpen these premium knives for the life of the product.



Although you'll find a super-sharp factory edge on the Benchmade Mini-Barrage, Benchmade's *"LifeSharp"* program ensures you'll never run the risk of a dull blade.
Credit: Megan Seel

But it all comes back to the alloy, the specific blend of metals chosen to deliver the desired characteristics the designer is looking for. All of our reviewed knives are made of some type of stainless steel. Steel is ferrous (iron-containing), and when that iron is mixed (i.e., "alloyed") with certain metals such as carbon or chromium, it creates a new material that has a variety of desirable properties.

A blade must be hard enough to resist the abrasion of the material it is cutting, and soft enough to deflect slightly (rather than break or crack) in the face of significant forces. Too hard, and the brittle steel can chip while also being nearly impossible to sharpen. Too soft, and the steel will lose its edge rapidly. It must resist corrosion in the face of a wide array of commonly encountered substances, from water to more acidic liquids like citrus juice.

**Blade Design Comparison**

| | Blade Length (Measured) | Blade Style | Blade Material | Closed Blade Lock |
|---|---|---|---|---|
| **Kershaw Blur Glassbreaker** | 3.40 in | Drop point, hybrid plain/serrated edge | Sandvik 14C28N stainless steel | No |
| **Spyderco Tenacious G-10** | 3.40 in | Drop point, hybrid plain/serrated edge | 8Cr13MoV stainless steel | Yes |
| **Kershaw Link** | 3.31 in | Drop point, plain edge | CPM 20CV steel | No |
| **Opinel No. 8** | 3.30 in | Clip point, plain edge | Sandvik 12C27 stainless steel | Yes |

Ex. A, p. 60

| Zero Tolerance Sinkevich | 3.20 in | Drop point, plain edge | S35vn stainless steel | No |
| Spyderco Para Military 2 | 3.05 in | Full flat grind, plain edge | CPM S45VN stainless steel | No |
| Benchmade Bugout | 3.04 in | Drop point, plain edge | CPM S30V stainless steel | No |
| Kershaw Leek | 2.90 in | Drop point, plain edge | Sandvik 14C28N stainless steel | Yes |
| Gerber Fast Draw | 2.88 in | Drop point, plain edge | 440 stainless steel | Yes |
| Benchmade North Fork | 2.85 in | Drop point, plain edge | CPM S30V stainless steel | No |
| CIVIVI Elementum II | 2.77 in | Drop point, plain edge | Nitro-V stainless steel | No |
| Benchmade Mini Barrage | 2.75 in | Drop point, plain edge | 154CM stainless steel | Yes |
| CRKT Drifter | 2.75 in | Recurve blade, plain edge | D2 stainless steel | No |
| Petzl Spatha | 2.70 in | Drop point, hybrid plain/serrated edge | Sandvik 12C27 stainless steel | No |
| SOG Twitch II | 2.60 in | Drop point, plain edge | AUS-8 stainless steel | Yes |
| Spyderco Delica 4 | 2.50 in | Clip point, plain edge | VG-10 stainless steel | No |
| Albatross EDC Tactical | 2.50 in | Drop point, plain edge | 440 stainless steel | No |
| Havalon Piranta Original | 2.31 in | Interchangeable scalpel blades | S30V stainless steel | No |
| Leatherman Skeletool KB | 2.30 in | Drop point, plain edge | 420HC stainless steel | No |
| Gerber Paraframe Mini | 2.20 in | Drop point, plain edge | High carbon stainless steel | No |
| Victorinox Swiss Army | 1.29 in | Drop point, plain edge | Proprietary stainless steel (between 440A and 420) | No |

There is a dizzying array of steel types. We're slowly seeing more and more knives – and not just the ones with premium price tags – move past the standard (and outdated) alloys used for decades. High-end alloys like 154CM and S30V are popular in Benchmade offerings like the Griptilian. The S35VN steel of the **Zero Tolerance 0450 Sinkevich Carbon Fiber**, the Nitro-V alloy of the **CIVIVI Elementum II**, and the 14C28N alloy used in the **Leek** are all truly world-class steels. The relatively new MagnaCut alloy, however, is now widely considered the cream of the crop, the best all-around performing option these days. We have been lucky enough to test several MagnaCut knives, in the recent upgrades of the workhorse **Link** and classic Osborne.



Whittle testing the Opinel No. 8

Credit: Jediah Porter

These days, decent knife steel is so common and inexpensive that all branded knives (and

even most truck stop or flea market knives) will be made with *good enough* steel. Manufacturers of high-quality knives proudly advertise the alloy used, usually with a stamp right on the blade. We've found that it's a pretty safe bet that if the manufacturer is willing to tell you what the blade steel is, it is well above average.



You know it is a high-end product when it has a serial number. This Zero Tolerance knife offers incredible steel to boost its blade integrity.

Credit: Jediah Porter

The hardening method is just as important as the raw material. Once a manufacturer chooses the steel for a knife, it is shaped and then hardened in some variation of a heating-and-cooling process, called tempering. The process is the same for almost any blade, even kitchen knives. Unsurprisingly, we especially like budget knives produced by companies that also make high-end kitchen knives or other fixed blade options (which is how CIVIVI started out). A company like this might downgrade the steel to hit a price point, but it doesn't make sense to tool up an independent heat treatment infrastructure.



The full flat grind of the Spyderco Para Military 2 G-10 is striking as much as it is useful. This blade would be good as a wedge, splitting stubborn material with a twist of the wrist.

Credit: Kyle Hameister

The specific shape of a blade and the grind of its edge also dictate the tasks a particular knife is best suited to perform. The blade of the hybrid tactical **Kershaw Blur Glassbreaker** is sharpened to a steeper angle for excellent wedging properties, for example. On the other hand, the **Victorinox Classic SD's** tiny blade starts thin and is sharpened thinner, making for a very sharp yet fragile edge. The **CRKT Drifter**, Opinel No. 8, **Benchmade Bugout**, and **Petzl Spatha** are similarly slender.





The Nitro-V steel alloy used on the CIVIVI Elementum II is one of the best steels you can find on a knife these days. Renown for it's great combination of toughness/ edge retention, and corrosion resistance.

Credit: Kyle Hameister

Many knives aimed at all-around performance, like the **North Fork** and **Mini Barrage**, have blade geometry that splits the difference between the above extremes. This classic shape offers a fairly tall surface through the main body of the blade, with a slight drop from the spine down to the tip and a similar sweep up from the belly of the edge side.



The Benchmade 535 Bugout has a classic blade shape: a drop-point tip, slight swedge grind along the top, and a deep, sweeping belly.

Credit: Kyle Hameister

Some manufacturers go the other direction, including the shorter but taller blade on the **Spyderco Para Military 2**, which features a full flat grind for a uniform surface to press material flat with (think: crushing a garlic clove) as well as wedge stubborn materials apart. The grinds, facets, and angles cut all serve a purpose. The **Piranta** is also worth mentioning, with its interchangeable blades. Havalon was a longtime producer of scalpel blades before they started also making pocket knives (and a few multi-tools). These scalpel blades are undoubtedly the thinnest and sharpest of any in our tested lineup. They can do this because it doesn't need to be resharpened at home, and if it breaks in use, you can just slide on a new one. It does sport a tiny handle, though, and it's worth taking a look at the other changeable blade option we've tested, the Outdoor Edge RazorLite EDC. This knife may feel and look cheap, but it'll get the job done while offering a full-handed grip and the versatility of a variety of blade shape options.



As with steel hardness, there is no single perfect edge finish. If the angle is too narrow, the blade's leading edge will be prone to chips. If the angle on that leading edge is too broad, it doesn't feel nearly as sharp in actual use. Rest assured that knife manufacturers have this largely figured out, and generally sharpen their knives to the optimal angle range.



The North Fork will serve you well in the wilderness

Credit: Kyle Hameister

As mentioned, *drop-point* or *clip-point* shapes are the most common we've seen on consumer-focused knives. Note that many products in our test and elsewhere are offered in several combinations of materials and features, including plain edge or serrated. Serrated blades can definitely be a benefit, effectively producing a sawing motion that is useful for cutting rope and webbing, while straight-edge blades are easier to sharpen. The GearLab team generally prefers plain edge blades, but a serrated blade has its place. For example, the hybrid blade of the **Petzl Spatha** is great for its niche in the climbing industry.

We do want to make a special note of the Osborne here too: it has a unique *reverse tanto* blade shape, which helps keep some weight and strength all the way to the tip. That shape alone helps make it a heavy-duty working tool as well as a slim pocket carry option.





The Benchmade Osborne has a rare (and useful) reverse tanto blade shape, and comes in a variety of fantastic steels — shown here with MagnaCut and a Battlewash finish.

Credit: Kyle Hameister

## Ergonomics

Regardless of the blade itself, heavy (and safe) cutting requires a sturdy handle that fills the user's grip, a well-designed thumb rise, and proper material selection. In many ways, portability and ergonomics are direct competitors, so it can be important to understand the build of a knife.

**Pocket Knife Ergonomics vs Portability**

| | Ergonomics | Portability |
|---|---|---|
| CRKT Drifter | 8 | 9 |
| Benchmade Mini Barrage | 9 | 7 |
| Benchmade North Fork | 8 | 7 |
| Benchmade Bugout | 7 | 8 |
| Spyderco Delica 4 | 7 | 8 |



An ergonomic knife should have a long, rounded-profile handle that fills a loosely clenched fist. The most comfortable-to-use knives tended to be the least portable, and vice versa. Even our beloved **Osborne**, which does a great job blending portability with heavy-duty capability, is still not fantastic in the ergonomics department since the handle is so slim, and the thumb rise is a little too shallow to feel totally secure.

**Handle Design and Function Comparison**

| | Closed Thickness w/o Pocket Clip (Measured) | Open Blade Lock Mechanism | Handle Material | Opening Style |
|---|---|---|---|---|
| **Opinel No. 8** | 0.80 in | Virobloc ring | Beech wood | Flipper |
| **Benchmade Mini Barrage** | 0.56 in | AXIS Assist (proprietary) | Valox thermoplastic composite | Assisted, ambidextrous thumb stud |
| **Benchmade North Fork** | 0.53 in | AXIS lock (proprietary) | Stabilized wood | Ambidextrous thumb stud |
| **CIVIVI Elementum II** | 0.52 in | Button lock | G10 fiberglass laminate | Flipper (non-assisted) |
| **Kershaw Link** | 0.50 in | Liner lock | Anodized aluminum | Flipper (assisted) |
| **Petzl Spatha** | 0.50 in | Lock back | Nylon | Ambidextrous thumb hole; ridged traction ring |
| **Spyderco Tenacious G-10** | 0.50 in | Liner lock | G10 fiberglass laminate | Ambidextrous thumb hole |
| **Spyderco Para Military 2** | 0.46 in | Compression lock | G10 fiberglass laminate | Ambidextrous thumb hole |
| **Gerber Fast Draw** | 0.45 in | Sliding lock/safety | Glass-filled nylon | Assisted, ambidextrous thumb stud |
| **Zero Tolerance Sinkevich** | 0.40 in | Frame lock | Carbon fiber | Back of knife finger tab |

| Sinkevich | | | | finger tab |
|---|---|---|---|---|
| Benchmade Bugout | 0.40 in | AXIS lock (proprietary) | Grivory thermoplastic composite | Ambidextrous thumb stud |
| Spyderco Delica 4 | 0.40 in | Lock back | Fiberglass reinforced nylon | Ambidextrous thumb hole |
| Kershaw Blur Glassbreaker | 0.40 in | Liner lock | Anodized aluminum | Assisted, ambidextrous thumb stud |
| SOG Twitch II | 0.40 in | Lock back | Anodized aluminum 6061-T6 | Assisted, ambidextrous thumb studs, back kick |
| Albatross EDC Tactical | 0.40 in | Liner lock | Stainless steel | Assisted, flipper |
| Havalon Piranta Original | 0.36 in | Frame lock | Stainless steel with G10 inlay | Ambidextrous thumb stud |
| Victorinox Swiss Army | 0.34 in | None | Plastic | Fingernail |
| CRKT Drifter | 0.33 in | Liner lock | G10 fiberglass laminate | Flipper (non-assisted), ambidextrous thumb stud |
| Kershaw Leek | 0.31 in | Frame lock | 410 stainless steel | Flipper (assisted), ambidextrous thumb stud |
| Leatherman Skeletool KB | 0.30 in | Liner lock | Steel | Thumb hole |
| Gerber Paraframe Mini | 0.29 in | Frame lock | Stainless steel | Fingernail |

The tool also needs to be easy to open and smooth to deploy and stow. The locking mechanisms should be intuitive and straightforward, and one-handed blade deployment is best. So-called 'assisted opening knives' are the easiest to use. In most cases, we prefer this segment of the market, which includes examples like the **Mini Barrage** and many **Kershaw** products, among others. Knives for backcountry use and hunting are some notable exceptions since the more complicated mechanisms of assisted-open knives are tougher to clean out. In these cases, a flipper-open (like the **Drifter**) or thumb stud option may serve you best.



Most knives are manual open, but many are assist-open (will pop open one handed with a nudge), or fully automatic (opens with a push of a button). The Osborne is technically a manual open knife, but with some practice can be flicked open one handed without much issue.

Credit: Kyle Hameister

The assisted opening function requires at least a bit of a learning curve. For instance, deploying an assisted-opening blade is best done with one hand. In fact, opening with one hand is actually easier than opening the same knife with two hands. For this reason, some users seek assisted-opening models that also come equipped with a closed-blade lock in order to ensure there's no chance of opening the knife blade unintentionally. While unintended deployments are rare, it's comforting to know most assisted knives include such a lock as a safety precaution. The *only* assisted knife we tested that doesn't lock closed is the **Kershaw Blur**.

**Ex. A, p. 66**



**Local Laws & Regulations**

Note local knife regulations frequently include restrictions tied to models with the *assisted opening* feature, and some of the knives we have reviewed in our lineup may be illegal to carry or possess in some states or jurisdictions. For this same reason, we have also chosen not to test models in an even more restricted, but prominent sub-section of the market: *Out-the-Front* (OTF) knives (essentially fully automatic pocket knives with blades that shoot out and back through one end of the handle). We advise all shoppers to check out the state-by-state laws on knife possession and carry restrictions before making a final purchase.

The humble pocket clip is a ubiquitous feature on almost every pocket knife these days, but there is a long-standing debate surrounding this feature. Ideally, the clip is oriented so that your tool can be pulled from the pocket and thumbed open without regripping — namely, a 'tip-up' carry. This is the fastest to deploy, and our testing team's preference. **Benchmade** and **Zero Tolerance** knives are often made this way, but overall, we've noticed this style only occupies about 50% of the market.



The Benchmade Griptilian sold out portability for a full, rounded handle. The diamond texture on the scales and aggressive ridges in the thumb rise certainly give a great grip, but goes well past the point of comfort.
Credit: Kyle Hameister

Another emerging trend is the modular clip. Most models now at least allow you to swap your clip to the other side of the knife to accommodate lefties, But we're seeing more and more offer 4-position clips that not only allow you to switch sides but also choose if the knife sits tip-up or tip-down in the pocket. Spyderco products are great in this regard, including the Para Military 2, and Delica 4.



Upgrades made between the Gen 1 Elementum (Top), and Gen 2. The opening flipper action is easier, smoother, and has a nice metallic "*Clink*" into place. The button lock is better than it's predecessors liner lock, though it did require the it's scales to grow thicker to accommodate.
Credit: Kyle Hameister

The **Classic SD** is the only knife in this lineup that offers multiple tools, not just a knife blade. While you can't open any of the features with one hand, you should be able to engage each of them with even the most closely trimmed fingernails. The **Opinel No. 8** also opens with a fingernail slot. All other knives have some form of one-handed opening.





Opening the Opinel requires two hands. This is a little more primitive than some of the newer offerings.
Credit: Jediah Porter

One-handed opening options include a thumb stud, thumb hole, and flippers. All have their pros and cons. A thumb stud is the easiest to work with, but it adds protrusions from the knife that can snag in and out of a pocket. A thumb hole, such as the signature ring seen on Spyderco knives like the **Delica 4**, is inherently ambidextrous and removes such excess material and weight from the blade. The **Petzel Spatha** is unique, as it opens with a unique ribbed ring inside the hinge that can be managed with gloved or bare hands.



You can open the Spatha a variety of ways. That grey circle moves with the blade; you can use it to open the blade, which is especially handy with gloves on.
Credit: Jediah Porter

The **Leatherman Skeletool KB** is the only knife we have tested that has a one-handed opening but is not designed to be ambidextrous. Its thumb hole is only accessible from one side. Right-handers will have no problem with it; lefties will have to adjust. Finally, a finger flick opening using a flipper on the back of the blade is inherently ambidextrous, fast, and accessible, ultimately one of our favorite options. Flipper knives include the Zero Tolerance 0450, **Elementum II**, and **Leek**, among others.



The Link's thumb rise is well suited to give continuous cutting pressure, and the handle is comfortable and sits fully in your hand. This knife is meant to be used all day, everyday.
Credit: Kyle Hameister

The **Opinel No. 8** has unique ergonomics. The wooden handle, nearly perfectly round, feels nice in hand, and is more than adequate for light-duty tasks like cutting food. A more oval

nice in hand, and is more than adequate for light-duty tasks like cutting food. A more oval-shaped handle profile, like that of the Benchmade 15032 North Fork, is preferred for more substantial use, like extended whittling or cutting of rope and webbing. We also love the grip shape of the **Kershaw Link**, which is perfectly shaped to fit the user's hand for comfortable all-day use.



The Para Military 2 sports Spyderco's signature 'Signet' blade ring in lieu of a thumb stud or flipper like many folder knives. Note also the excellent patented compression blade lock (an upgraded liner lock, on the spine).
Credit: Kyle Hameister

With a somewhat outdated shape, the **Spyderco Delica 4** is a longtime player on the market. The handle is narrower than ideal, while the wide blade sticks out and takes up pocket space. The wide blade accommodates the thumbhole, which assists in opening the blade. While this is a convenient and ergonomically friendly way to open the knife, it feels more substantial than necessary in our pockets.



The Gerber Paraframe Mini is too small and the liner lock is far too stiff, making it difficult to close.
Credit: Kyle Hameister

### Portability

A pocket knife is only as good as it is handy. Will it be there for you when you need it? Will you leave a bulky, heavy knife at home more often than not? On the flip side, extra-small knives floating around in a glove box or crowded jeans pocket can be annoying or too time-consuming to dig out. The most portable knives in our test were either relatively small or had a low profile and a pocket clip that could be configured in the user's ideal arrangement.



Portability Rating

| | |
|---|---|
| Victorinox Classic SD Swiss Army | 10.0 |
| Gerber Paraframe Mini | 9.0 |
| Leatherman Skeletool KB | 9.0 |
| CRKT Drifter | 9.0 |
| Benchmade 940 Osborne | 8.0 |



The **Victorinox Classic SD** is the most portable knife we have tested, and stands out for its tiny stature while weighing under a single ounce. The **Kershaw Link** is Godzilla in comparison. However, bulk and weight can be justified by some in these cases for their function and versatility.



Small options like these are easily portable, with the Victorinox even able to attach to your keychain.

With both large and small knives in the review, the middle-of-the-line options like the **Mini Barrage** and Delica 4 are our overall favorites. For most users, the Mini Barrage's 6.93-inch length (only 4 inches when closed) with a 2.75-inch blade is manageable while still being functional and easily pocketed at 3.50 ounces. **The North Fork** captured our attention with very similar measurements and performance results.



Other Benchmade options focus on portability by going with slim handles (though they are both full length): The **Osborne** weighs 2.7 oz, while the **Bugout** weighs only 1.90 ounces. For a full-sized knife, that's our pick for the best lightweight knife we've tested. The **CRKT Drifter** and SOG Twitch II are inexpensive options with a similarly small stature for everyday carry, both with reliable blades. The **Para Military 2** is our biggest knife tested, while the **Kershaw Link** is the heaviest. Both are likely to appeal most to those in need of a heavy-duty blade for job sites or high-demand outdoor pursuits rather than casual home or everyday use.





| Knife | Weight |
|---|---|
| Opinel No. 8 | 1.50 oz |
| Petzl Spatha | 1.50 oz |
| Havalon Piranta Original | 1.85 oz |
| Benchmade 535 Bugout | 1.90 oz |
| CRKT Drifter | 2.20 oz |
| Spyderco Delica 4 | 2.30 oz |
| Zero Tolerance 0450 Sinkevich Car... | 2.40 oz |
| SOG Twitch II | 2.60 oz |
| Outdoor Edge RazorLite EDC | 2.70 oz |
| Benchmade 940 Osborne | 2.70 oz |
| Kershaw Leek | 3.00 oz |
| CIVIVI Button Lock Elementum II | 3.15 oz |
| Benchmade 15032 North Fork | 3.25 oz |
| Benchmade Mini Barrage 585 | 3.50 oz |
| Albatross EDC Tactical | 3.80 oz |
| Spyderco Para Military 2 G-10 | 3.85 oz |
| Kershaw Blur Glassbreaker | 4.00 oz |
| Benchmade Griptilian | 4.00 oz |
| Kershaw Link | 4.75 oz |

A growing market knife makers are targeting these days is called EDC, or 'everyday carry' (i.e., a knife suitable for everyday use). Such utility has ostensibly always been *the reason* to carry a pocket knife, but it's a surprisingly tough task designing a high-performing knife that's slim enough to be EDC worthy. Again, this market tends to be on the hunt for a thin knife (not necessarily *small*) that is easily portable while sturdy enough to tackle a wide range of jobs. For this purpose, our test team thinks the **Leek**, the **Benchmade 535 Bugout**, and the **Skeletool KB** are among your best bets.



Pocket clips can make a world of difference for everyday carry. The Benchmade Mini-Barrage 585 (right) is way too strong to slip over a pocket edge easily, and sits significantly higher than the Benchmade 535 Bugout (Left).
Credit: Kyle Hameister

We'll mention again that there exists an almost fundamental rift between a *portable* knife and a *comfortable-to-use* knife. A thin, light knife like the **CRKT Drifter** will virtually disappear in a pocket but won't fully fill out a fist when gripped tight. Conversely, a larger knife like the **Spyderco Para Military 2** will feel much more secure in the hand and when used to slice through tougher material due to both its size and weight. But at 3.85 ounces (versus the 2.2 ounces of the CRKT Drifter), it's going to feel a lot more substantial in your pocket as well and may be less pleasant to carry on an everyday basis.



Three of our favorite portable knives. The Benchmade Osborne (top) is a 'full-sized' knife with a slim but longer handle which 4 fingers can wrap around. The Kershaw Leek (middle) and CRKT Drifter are similarly slim, but shorter.

Credit: Kyle Hameister

## Construction Quality

The manufacturing quality of everything but the blade varied far more than the blade's quality in the models we tested. Our evaluation of these knives' construction quality was mainly subjective but equally applied across the board. Does it *feel* sturdy and confidence-inspiring? When this assessment came up short for a given pocket knife, it inevitably followed that some aspect of the knife's mechanical function would act finicky.



**Construction Quality Rating**

| Knife | Rating |
|-------|--------|
| Benchmade Mini Barrage 585 | 9.0 |
| Benchmade 940 Osborne | 9.0 |
| Spyderco Para Military 2 G-10 | 9.0 |
| Benchmade 15032 North Fork | 9.0 |
| Zero Tolerance 0450 Sinkevich Car... | 9.0 |
| Kershaw Link | 9.0 |
| Benchmade 535 Bugout | 8.0 |
| Kershaw Leek | 8.0 |
| SOG Twitch II | 8.0 |
| Benchmade Griptilian | 8.0 |
| Gerber Paraframe Mini | 7.0 |
| Kershaw Blur Glassbreaker | 7.0 |
| Havalon Piranta Original | 7.0 |
| CIVIVI Button Lock Elementum II | 7.0 |
| Spyderco Delica 4 | 7.0 |
| CRKT Drifter | 6.0 |



Handle, hinges, and locking mechanisms revealed the attention paid to detail. Sturdy parts and materials, tight design, close manufacturing tolerances, and carefully thought-out construction stood out immediately and only increased how much we noticed as time and usage wore on. Overall, construction quality was adequate, with no outright failures or breakages during testing. Cheap options like the **Outdoor Edge RazorLite EDC** and **Opinel No. 8** can't hold a candle to the top-tier manufacturers.



Benchmade products are well known for rock solid construction. We'd trust the Mini Barrage seen here to stand up to just about anything you throw at it.

Credit: Kyle Hameister

Locking mechanisms are the best window to construction quality. Well-made knives like Kershaw's **Leek** and **Link** open and close smoothly every time. These knives both employ *liner locks* though — that is, locks built into the skeleton liner of the handle. Many (most) knives on the market have liner locks, which we are happy to see manufacturers slowly moving away from, since liner locks are inherently dangerous in that your finger is in the path of the folding blade when it's disengaged. Instead, we prefer button-style locks, like on the **Elementum II**, or the axis-style locks on Benchmades, like the **North Fork**. These are on the side of the handle, designed so that your fingers are out of the way when closing.

It is generally more difficult to optimize construction quality with a small knife. The miniaturized components don't leave much room for error. A testament to our high selection standards, the small knives we test are better than average for their size. The **Classic SD** seems to escape some of the other small knives' issues — all its components work well and smoothly. None of the features on the Classic lock, which likely saves some hassle. The **Skeletool KB** is right here, too; it is small but well-made.





The carbon fiber handle sets the Zero Tolerance 0450 apart in our lineup. No matter how you look at it, this knife represents the highest end of construction quality.

Credit: Jediah Porter

The **Opinel No. 8** has a unique construction. With only five parts (handle, blade, hinge pin, and two collars that serve as the locking mechanism), it's primitive, but its overall build is clean enough. The result is a light and reliable but a little uninspiring classic folding pocket knife. Opening and locking require two hands.



Here the "Virobloc" ring of the Opinel is turned to allow the blade to close and open through its slot.

Credit: Jediah Porter

  If you're looking for versatile tools for your next hunting or camping adventure, our gear experts have also bought and tested everything from fully-stocked first aid kits and top-rated axes to fishing rods. We've also comprehensively reviewed fire pits for your backyard.

### How to Select a Pocket Knife

Faced with the dizzying array of options available on the pocket knife market today, where does one even start in making a choice? First, know that most knives are designed with a specific use or task in mind, and your best bet is to start by understanding your own needs before making a choice. Material selection, size, shape, and cost are all specific considerations from user to user.

  For a more in-depth discussion on all things to consider when shopping for a new pocket knife, refer to our dedicated Buying Advice article.

### What Will You Use It For?

The major benefits of a folding blade over a fixed-blade knife are convenience and portability. Within that framework, though, there's a huge variety of options available. A knife collector may be more interested in displaying a knife for its beauty rather than using it as a tool. Certain brands, such as CIVIVI, have built a loyal following by offering models in a huge variety of colorways and material combinations.



**Ex. A, p. 75**



The Drifter's factory edge arrives sharp enough to cut delicate onions without eliciting tears.
Credit: Kyle Hameister

A keychain-sized knife can essentially disappear in a pocket and be useful for opening packages or trimming the occasional thread from your hem. An Everyday Carry (EDC) knife will be sized for 3-4 full fingers to fit on a handle while still being light and thin enough to sit unobtrusively in a pocket day after day.

Larger, heavier knives are going to have handles sculpted to fill a fist more fully and, generally, have upgraded materials to hold up to heavy-duty tasks. Then, you have options that are geared specifically to specialized tasks, which will have unique blade shapes or features. A recurve blade will help in field dressings on hunting knives, and edge serrations are helpful for 'sawing' type tasks like cutting through rope. Assisted-opening knives will deploy extra fast, and swappable blades will allow you to keep a blade sharp without requiring manual sharpening.

**Need something heavier duty?**
Check out our folding saw review. Folding saws can be useful when hunting, gathering firewood, or doing pruning and limbing tasks around the yard.

## What's Your Budget?

You generally get what you pay for, though there's value to be found at all tiers of the price spectrum. We've noticed that cost is most strongly correlated to the specific blade steel used, but even a lower-end knife will usually still have a stainless steel blade specifically designed as a knife steel, so there are plenty of great knives that are affordable in the $30-50 range.

Costs jump quickly as exotic alloys are used instead, which offer relatively minor improvements in edge retention, corrosion resistance, and toughness. Handle materials can bump costs up for special editions like carbon fiber, but generally don't have the variety or performance improvements seen on blade materials. Certain other features, like assisted-opening blades and safer blade locks, will add $50-100 to the price tag as well.

Ultimately, upgrades like this can easily push unit costs past $200 for a higher-end knife, but many users will undoubtedly find that to be well worth it. Be sure to check out our individual award-winner reviews for more in-depth breakdowns of what we learned from testing to help you make the right decision for your ultimate knife.



The Benchmade North Fork is beautiful, but pricey.
Credit: Kyle Hameister

## Conclusion

The spectrum of available pocket knives is immense. We have carved out the important features of knives that fall in the middle of this spectrum and always work to organize our findings better. Hopefully, what we have found and shared will help you make your final selection with confidence.



**Ex. A, p. 76**



The hobbyist pocket knife industry is thriving - there's no better time to be in the market for a new tool.
Credit: Kyle Hameister

*—Kyle Hameister, Jeff Dobronyi, and Jediah Porter*

## Recommended Pocket Knives





**Benchmade Mini Barrage
585**

$190 List
Check Price at Amazon



**Benchmade 940 Osborne**

$300 List
Check Amazon *(on sale!)*



**CIVIVI Button Lock
Elementum II**

$77 List
Check Amazon *(on sale!)*



**CRKT Drifter**

$50 List
Check Price at Amazon

See the review: Best Pocket Knives

## You Might Also Like



How to Choose a Pocket Knife



Multi-tool Knives



How to Clean A Pocket Knife



How to Sharpen a Pocket Knife



Camping Cookware



Fishing Reels



Backpacking Stoves



Sporks



Backpacking Sleeping Bags





How can we improve GearLab? Got feedback?
 Let us know!

GearLab is reader-supported. We buy all the products we test — no freebies from manufacturers.
If you click on our links, we may earn a commission, which helps support our testing work.

Material on GearLab is copyrighted. Reproduction without permission is prohibited.
All trademarks property of their respective owners
Privacy | Cookies | Terms

Captured by FireShot Pro: 09 December 2025, 11:21:00
https://getfireshot.com

**Ex. A, p. 77**