# EXHIBIT B

**Generated on:** This page was generated by TSDR on 2025-12-15 12:39:14 EST

**Mark:** SPYDERCO

# SPYDERCO

| | |
|---|---|
| **US Serial Number:** 74657799 | **Application Filing Date:** Apr. 10, 1995 |
| **US Registration Number:** 1965458 | **Registration Date:** Apr. 02, 1996 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Nov. 24, 2025

**Publication Date:** Jan. 09, 1996

## Mark Information

**Mark Literal Elements:** SPYDERCO

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**International Registration Number:** 1170966

**International Application(s) /Registration(s) Based on this Property:** A0036905/1170966

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** knives, namely hunting, fishing, pocket, folding and sporting knives; sharpening stones

| | |
|---|---|
| **International Class(es):** 008 - Primary Class | **U.S Class(es):** 023, 028, 044 |
| **Class Status:** ACTIVE | |
| **First Use:** 1981 | **Use in Commerce:** 1981 |

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes |
| **Filed ITU:** No | **Currently ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No |

**Ex. B, p. 1**

| | | | |
|---|---|---|---|
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** SPYDERCO, INC.

**Owner Address:** 820 SPYDERCO WAY
Golden, COLORADO UNITED STATES 80403

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** COLORADO

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** Caroline E. Bryce | | **Docket Number:** 3086-10-4 | |
| **Attorney Primary Email Address:** cbryce@sheridanross.com | | **Attorney Email Authorized:** Yes | |

### Correspondent

**Correspondent Name/Address:** Caroline E. Bryce
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, COLORADO United States 80202

**Phone:** 303-863-9700

**Correspondent e-mail:** cbryce@sheridanross.com docketing@sheridanross.com zgriego@sheridanross.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 24, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 24, 2025 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Nov. 24, 2025 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 24, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 13, 2025 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 02, 2025 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 27, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Dec. 27, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 27, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 27, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 08, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 08, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 08, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 08, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 13, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 13, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 13, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 13, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 30, 2020 | NOTICE OF SUIT | |
| Jun. 25, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 25, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 25, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 20, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 20, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

Ex. B, p. 2

| | |
|---|---|
| Jan. 15, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jan. 02, 2018 | NOTICE OF SUIT |
| May 12, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| May 12, 2015 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) |
| May 12, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| May 11, 2015 | TEAS SECTION 8 & 9 RECEIVED |
| Apr. 24, 2012 | NOTICE OF SUIT |
| Sep. 29, 2011 | NOTICE OF SUIT |
| Jun. 08, 2007 | CASE FILE IN TICRS |
| Apr. 02, 2007 | REVIEW OF CORRESPONDENCE COMPLETE |
| Mar. 26, 2007 | PAPER RECEIVED |
| Jul. 27, 2006 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Jul. 27, 2006 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jul. 17, 2006 | ASSIGNED TO PARALEGAL |
| Apr. 03, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Apr. 03, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Apr. 03, 2006 | PAPER RECEIVED |
| Jan. 26, 2002 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Dec. 07, 2001 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Apr. 02, 1996 | REGISTERED-PRINCIPAL REGISTER |
| Jan. 09, 1996 | PUBLISHED FOR OPPOSITION |
| Dec. 08, 1995 | NOTICE OF PUBLICATION |
| Sep. 28, 1995 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 25, 1995 | ASSIGNED TO EXAMINER |
| Sep. 08, 1995 | ASSIGNED TO EXAMINER |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Nov. 24, 2025

**Ex. B, p. 3**

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28 and 44**

**Reg. No. 1,965,458**

# United States Patent and Trademark Office

Registered Apr. 2, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## SPYDERCO

SPYDERCO, INC. (COLORADO CORPORA-TION)
4565 NORTH HIGHWAY 93
GOLDEN, CO 80403

FOR: KNIVES, NAMELY HUNTING, FISH-ING, POCKET, FOLDING AND SPORTING KNIVES; SHARPENING STONES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 0-0-1981; IN COMMERCE 0-0-1981.

SER. NO. 74-657,799, FILED 4-10-1995.

MARY CRAWFORD, EXAMINING ATTORNEY

**Ex. B, p. 4**