# EXHIBIT C

**Generated on:** This page was generated by TSDR on 2025-12-15 12:40:00 EST

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** 74650054 | | **Application Filing Date:** | Mar. 22, 1995 |
| **US Registration Number:** 1957810 | | **Registration Date:** | Feb. 20, 1996 |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Oct. 02, 2025

**Publication Date:** Nov. 28, 1995

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a fanciful representation of a spider.

**Design Search Code(s):** 03.23.12 - Spider webs; Spiders; Tarantulas
03.23.24 - Stylized insects, spiders, and micro-organisms

# Related Properties Information

**International Registration Number:** 1171903

**International Application(s) /Registration(s) Based on this Property:** A0036906/1171903

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** knives, namely hunting, fishing, pocket, folding and sporting knives; sharpening stones

| | | | |
|---|---|---|---|
| **International Class(es):** 008 - Primary Class | | **U.S Class(es):** | 023, 028, 044 |

**Class Status:** ACTIVE

| | | |
|---|---|---|
| **First Use:** 1981 | **Use in Commerce:** | 1981 |

**Ex. C, p. 1**

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

**Owner Name:** Spyderco, Inc.

**Owner Address:** 820 SPYDERCO WAY
Golden, COLORADO UNITED STATES 80403

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** COLORADO

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Caroline E. Bryce | **Docket Number:** | 3086-10-5 |
| **Attorney Primary Email Address:** | cbryce@sheridanross.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

**Correspondent Name/Address:** Caroline E. Bryce
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, COLORADO United States 80202

**Phone:** 3038639700

**Correspondent e-mail:** cbryce@sheridanross.com docketing@sheridanross.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 02, 2025 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 02, 2025 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Oct. 02, 2025 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 02, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jun. 09, 2025 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 20, 2025 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 27, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Dec. 27, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 27, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 27, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 08, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 08, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 08, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 08, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 13, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 13, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 13, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 13, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 30, 2020 | NOTICE OF SUIT | |
| Jun. 25, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |

Ex. C, p. 2

| | |
|---|---|
| Jun. 25, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jun. 25, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jun. 25, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jun. 25, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Jan. 20, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jan. 20, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jan. 15, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jan. 02, 2018 | NOTICE OF SUIT |
| May 14, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED |
| May 14, 2015 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) |
| May 14, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| May 11, 2015 | TEAS SECTION 8 & 9 RECEIVED |
| Sep. 29, 2011 | NOTICE OF SUIT |
| Jan. 22, 2009 | NOTICE OF DESIGN SEARCH CODE MAILED |
| Aug. 17, 2006 | CASE FILE IN TICRS |
| Jun. 21, 2006 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Jun. 21, 2006 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Jun. 12, 2006 | ASSIGNED TO PARALEGAL |
| Mar. 01, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Mar. 01, 2006 | PAPER RECEIVED |
| Jun. 16, 2001 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Apr. 06, 2001 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Feb. 20, 1996 | REGISTERED-PRINCIPAL REGISTER |
| Nov. 28, 1995 | PUBLISHED FOR OPPOSITION |
| Oct. 27, 1995 | NOTICE OF PUBLICATION |
| Sep. 05, 1995 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 30, 1995 | EXAMINER'S AMENDMENT MAILED |
| Aug. 21, 1995 | NON-FINAL ACTION MAILED |
| Aug. 14, 1995 | ASSIGNED TO EXAMINER |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  PUBLICATION AND ISSUE SECTION          **Date in Location:**  Oct. 02, 2025

**Ex. C, p. 3**

Int. Cl.: 8

Prior U.S. Cls.: 23, 28 and 44

**United States Patent and Trademark Office**

Reg. No. 1,957,810

Registered Feb. 20, 1996

## TRADEMARK
### PRINCIPAL REGISTER



SPYDERCO, INC. (COLORADO CORPORA-TION)
4565 NORTH HIGHWAY 93
GOLDEN, CO 80403

FOR: KNIVES, NAMELY HUNTING, FISHING, POCKET, FOLDING AND SPORTING KNIVES; SHARPENING STONES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 0–0–1981; IN COMMERCE 0–0–1981.

THE MARK CONSISTS OF A FANCIFUL REPRESENTATION OF A SPIDER.

SER. NO. 74–650,054, FILED 3–22–1995.

SARAH LEE, EXAMINING ATTORNEY

Ex. C, p. 4