# EXHIBIT D

**Generated on:** This page was generated by TSDR on 2025-12-15 12:37:28 EST

**Mark:**

| | |
|---|---|
| **US Serial Number:** 74624039 | **Application Filing Date:** Jan. 23, 1995 |
| **US Registration Number:** 2033317 | **Registration Date:** Jan. 28, 1997 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 04, 2016

**Publication Date:** Nov. 05, 1996

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the configuration of a portion of the goods, namely a circular through hole formed in the body of a knife blade

**Acquired Distinctiveness Claim:** In whole

**Design Search Code(s):** 23.01.02 - Bayonets; Harpoons; Hunting knives; Knives, daggers; Spears

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** knives, namely hunting, fishing, pocket, folding and sporting knives

| | |
|---|---|
| **International Class(es):** 008 - Primary Class | **U.S Class(es):** 023, 028, 044 |
| **Class Status:** ACTIVE | |
| **First Use:** 1981 | **Use in Commerce:** 1981 |

# Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes |

**Ex. D, p. 1**

| | | | |
|---|---|---|---|
| **Filed ITU:** No | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Spyderco, Inc.

**Owner Address:** 820 SPYDERCO WAY
Golden, COLORADO UNITED STATES 80403

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** COLORADO

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Caroline E. Bryce

**Docket Number:** 3086-10-1

**Attorney Primary Email Address:** cbryce@sheridanross.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Caroline E. Bryce
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, COLORADO United States 80202

**Correspondent e-mail:** cbryce@sheridanross.com rbrunelli@sheridanross.com docketing@sheridanross.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 27, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Dec. 27, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 27, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 27, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 08, 2024 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Nov. 08, 2024 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 08, 2024 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 08, 2024 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 13, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 13, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 13, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 13, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 30, 2020 | NOTICE OF SUIT | |
| Jun. 25, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 25, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 25, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 20, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 20, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 15, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 02, 2018 | NOTICE OF SUIT | |
| Jun. 04, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 04, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jun. 04, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |

Ex. D, p. 2

| Jun. 04, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Mar. 18, 2016 | TEAS SECTION 8 & 9 RECEIVED |
| May 13, 2014 | NOTICE OF SUIT |
| Apr. 02, 2007 | REVIEW OF CORRESPONDENCE COMPLETE |
| Mar. 26, 2007 | PAPER RECEIVED |
| Mar. 22, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) |
| Mar. 22, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| Mar. 09, 2007 | ASSIGNED TO PARALEGAL |
| Jan. 29, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED |
| Jan. 29, 2007 | PAPER RECEIVED |
| Dec. 29, 2006 | CASE FILE IN TICRS |
| Dec. 03, 2002 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Oct. 11, 2002 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Oct. 11, 2002 | PAPER RECEIVED |
| Jan. 28, 1997 | REGISTERED-PRINCIPAL REGISTER |
| Nov. 05, 1996 | PUBLISHED FOR OPPOSITION |
| Oct. 04, 1996 | NOTICE OF PUBLICATION |
| Jul. 18, 1996 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 03, 1996 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Mar. 04, 1996 | NON-FINAL ACTION MAILED |
| Oct. 30, 1995 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jun. 14, 1995 | NON-FINAL ACTION MAILED |
| Jun. 06, 1995 | ASSIGNED TO EXAMINER |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  GENERIC WEB UPDATE          **Date in Location:**  Jun. 04, 2016

**Ex. D, p. 3**

Int. Cl.: 8

Prior U.S. Cls.: 23, 28 and 44

Reg. No. 2,033,317

## United States Patent and Trademark Office

Registered Jan. 28, 1997

## TRADEMARK
## PRINCIPAL REGISTER



SPYDERCO, INC. (COLORADO CORPORA-
TION)
4565 NORTH HIGHWAY 93
GOLDEN, CO 80403

FOR: KNIVES, NAMELY HUNTING, FISH-
ING, POCKET, FOLDING AND SPORTING
KNIVES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).
FIRST USE 0-0-1981; IN COMMERCE
0-0-1981.

THE MARK CONSISTS OF THE CONFIGU-
RATION OF A PORTION OF THE GOODS,
NAMELY A CIRCULAR THROUGH HOLE
FORMED IN THE BODY OF A KNIFE BLADE
SEC. 2(F).

SER. NO. 74–624,039, FILED 1–23–1995.

ANTHONY R. MASIELLO, EXAMINING AT-
TORNEY

Ex. D, p. 4