# EXHIBIT E

**Ladybug® 3 – Spyderco**
**https://spyderco.com/products/ladybug®-3**
**15-December-2025**



# LADYBUG® 3

~~$67.00~~   $50.25   Save $16.75

Shipping calculated at checkout.

LBKS3

E D G E   T Y P E

PlainEdge        SpyderEdge

C O L O R

Black        Foliage Green        Purple

ADD TO CART



Captured by FireShot Pro: 15 December 2025, 09:39:28 AM
https://getfireshot.com

**Ex. E, p. 1**

Para® 3 Maxamet® – Spyderco
https://spyderco.com/products/para®-3-maxamet
15-December-2025







## PARA® 3 MAXAMET®

C223GPDGY

~~$354.00~~   $265.50   Save $88.50

Shipping calculated at checkout.

**ADD TO CART**



Captured by FireShot Pro: 15 December 2025, 09:40:42 AM
https://getfireshot.com

**Ex. E, p. 2**