# EXHIBIT F

Best Selling Gifts – Spyderco
https://spyderco.com/collections/best-selling-gifts
15-December-2025



 Spyderco





These are the products Spyderco fans reach for again and again. This curated selection brings together knives, sharpeners, and accessories with not only proven performance, but proven popularity among our most passionate enthusiasts.

Trusted, well-loved, and consistently chosen—these gifts are a sure bet for any Spyderco fan on your holiday list.

▶ STOCK STATUS

91 products

Sort by:     Best selling

▶ CATEGORY



Captured by FireShot Pro: 15 December 2025, 09:44:21 AM
https://getfireshot.com

**Ex. F, p. 1**

Para® 3 Maxamet® – Spyderco
https://spyderco.com/products/para®-3-maxamet
15-December-2025





## PARA® 3 MAXAMET®

C223GPDGY

~~$354.00~~  $265.50  Save $88.50

Shipping calculated at checkout.

**ADD TO CART**



Captured by FireShot Pro: 15 December 2025, 09:45:49 AM
https://getfireshot.com

**Ex. F, p. 2**

Grasshopper™ Stainless – Spyderco
https://spyderco.com/products/grasshopper™-stainless
15-December-2025



## GRASSHOPPER™ STAINLESS

C138P

$42.00
Shipping calculated at checkout.

**ADD TO CART**



Captured by FireShot Pro: 15 December 2025, 09:49:31 AM
https://getfireshot.com

**Ex. F, p. 3**