# EXHIBIT G

WHY DO SPYDERCO KNIVES HAVE THAT HOLE?
https://gallantry.com/a/blog/spyderco-hole-20210920#
15-December-2025

FREE US SHIPPING ON ALL ORDERS OVER $50



SHOP      COLLECTIONS      EXPLORE      LAST CALL      ARTICLES

SIGN UP      CART (0)



# WHY DO SPYDERCO KNIVES HAVE THAT HOLE?

David Spielman  ·  PRODUCT FEATURES

09/20/2021 6:53pm  ·  4 minute read



Listen to article     1x   10   30   4:30

Captured by FireShot Pro: 15 December 2025, 10:18:15 AM
https://getfireshot.com

Ex. G, p. 1

What does Spyderco do with all them holes? »
https://knifenews.com/what-does-spyderco-do-with-all-them-holes/
15-December-2025

# KNIFE**NEWS**
Today's News for Knife People

HOME    SHOT SHOW 2025    ALL NEWS

Search

Home / Knife Companies / What does Spyderco do with all them holes?

# What does Spyderco do with all them holes?

*September 9, 2015*

SHARE    TWEET    SHARE    SHARE



Spyderco's trademark round hole is cut out of every one of their blades. Even their fixed-blades and two-handed openers get the Spyderhole treatment. It's a lot of holes, which means a lot of leftover steel discs. And it's a lot of steel because they are cut out near the thickest part of the blade. **What happens to all the holes?**

As it turns out, most of them get scrapped and sent back to the steel companies that Spyderco works with for recycling. But a small portion are saved from the shop floor and made available for sale in the Spyderco Factory Outlet store – $5 for a bag of 6. Spyderco has also been known to send them to fans who can't make it to Golden – via their contact us page. The holes are unusual collectors' items and a curio from the manufacturing process.

The holes are unfinished, unmarked, and bear the scars of the laser-cutting process used to carve them out. They appeal to Spyderco fans who are left wondering whether one of their holes was once part of one of their blades.

YouTube's cutlerylover reached out to Spyderco and they sent him a bag of them, which he

ADVERTISEMENT

BENCHMADE MINI BUGOUT CARBON FIBER

IN STOCK - FREE SHIPPING

**LATEST NEWS**

### Civivi Voidflare Would Fit Nicely into a Stocking

*December 10, 2025*

Ex. G, p. 2

What does Spyderco do with all them holes? »
https://knifenews.com/what-does-spyderco-do-with-all-them-holes/
15-December-2025



YouTube's cutlerylover reached out to Spyderco and they sent him a bag of them, which he examines up close under a loupe in this video:

| RELATED ITEMS | SPYDERCO | SPYDERHOLE |

← Previous Story
**Spyderco #1: Counting Down the Top Knife Brands**

Next Story →
**Benchmade.com Gets the Face Lift it Needed**

YOU MAY ALSO LIKE...

Fillet Knives, Button Locks, and More: Spyderco Reveal 19

Spyderco Shakes up the Week with Product Reveal No. 18

SHOT SHOW DAY 1: Sports Car-Inspired Edgerati Headlines Spyderco Lineup

7 FACEBOOK COMMENTS

---

Boker Lands a Dace This Winter

December 8, 2025

Buck Stealth Run Merges the Brahma and the Woodsman

December 5, 2025

Inbound Jack Wolf Collab is a Fixed Blade from Melissa Backwoods Miller

December 3, 2025

Civivi's Food-Focused Partake Multitool Can Literally Take the Cake

December 2, 2025

FACEBOOK

DuckDuckGo

**DuckDuckGo blocked this content to prevent Facebook**

Captured by FireShot Pro: 15 December 2025, 10:25:25 AM
https://getfireshot.com

Ex. G, p. 3

**What does Spyderco do with all them holes? »**
https://knifenews.com/what-does-spyderco-do-with-all-them-holes/
15-December-2025



**from tracking you**

We blocked Facebook from tracking you when the page loaded. If you unblock this content, Facebook will know your activity.

Learn More

**Unblock Facebook Content**

**ABOUT KNIFENEWS**

KnifeNews delivers today's news for knife people like us. We report the latest news on new and popular knives, production knife companies, custom makers, innovations, and cover topics that are of interest to the knife carrying community.

Home
Get in Touch
Terms of Use
Privacy Policy

**LATEST**

December 10, 2025
**Civivi Voidflare Would Fit Nicely into a Stocking**

December 8, 2025
**Boker Lands a Dace This Winter**

December 5, 2025
**Buck Stealth Run Merges the Brahma and the Woodsman**

**TAGS**

FEATURED  KNIVES  BENCHMADE  SPYDERCO  BOKER  CIVIVI  WE KNIFE CO.  CRKT  SPONSORED  TOPS  KNIFE BUSINESS  KIZER  KERSHAW  SURVEY  ZERO TOLERANCE  KICKSTARTER  WORK SHARP  KNIFECENTER.COM  BUCK  NICK SHABAZZ  BESTECH  KNIFE GRIPES  READERS' CHOICE AWARDS  KA-BAR  COLD STEEL  OSTAP HEL  SOG  DESIGN MINDS  KNIVESSHIPFREE  GIANTMOUSE  VICTORINOX  GERBER

©knifenews.com 2022

Home  SHOT SHOW 2025  All News

Captured by FireShot Pro: 15 December 2025, 10:25:25 AM
https://getfireshot.com

**Ex. G, p. 4**

Spyderco Knives | Explore All Series and Types of Spyderco
https://www.knifecenter.com/brand/234/spyderco-knives
15-December-2025



Ex. G, p. 5

Spyderco Paramilitary 2 Review: Unveiling a Modern Classic EDC Folding Knife – Blade Protection
https://bladeprotection.com/spyderco-paramilitary-2-review/
15-December-2025

and user experience. My focus will be on the proprietary technologies unique to the brand and the evolutionary steps the design has taken.

## Proprietary Technologies

Spyderco's Paramilitary 2 showcases my commitment to innovation, particularly with the patented **Compression Lock mechanism**. This lock system is designed for safety and efficiency, allowing for quick and secure blade engagement and disengagement with one hand, without the fingers crossing the blade's path.

**Phosphor bronze washers** are employed in the knife's pivot, ensuring smooth and reliable blade deployment. Utilizing phosphor bronze contributes to the longevity of the washers due to their low-friction and wear-resistant properties.

Moreover, the **Spydie Hole**, a trademark round hole, remains an integral part of the knife's identity. It offers an ergonomic and non-slip means to deploy the blade, consistent with the brand's tradition of user-centered design.

## Evolution of Design

The design of the Paramilitary 2 reflects an evolution from its predecessor. Its design enhancements focus on increasing practicality and ergonomic comfort while using high-quality materials.

- The blade length has been optimized for everyday carry, making it large enough for a variety of tasks and yet convenient to carry.
- Handle ergonomics have improved with chamfered edges, providing a more comfortable grip without the aggressiveness of previous textures, preventing wear and tear on pockets.

The design approach aims to support the knife's frequent use scenarios, ensuring it remains a top

Captured by FireShot Pro: 15 December 2025, 10:46:02 AM
https://getfireshot.com

Ex. G, p. 6

Life through the Spydie Hole. Devils Tower, Wyoming. : r/knifeclub
https://www.reddit.com/r/knifeclub/comments/85cs2x/life_through_the_spydie_hole_devils_tower_wyoming/
15-December-2025

reddit

r/knifeclub ✕     Search in r/knifeclub          Get App     Log In     ...

Home
Popular
Explore

RESOURCES  ∧
About Reddit
Advertise
Developer Platform
Reddit Pro  BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choices
Accessibility

r/knifeclub • 8y ago
knifesteve

## Life through the Spydie Hole. Devils Tower, Wyoming.



⬆ 91 ⬇ · 💬 15

ThreatLocker · Promoted                                  ...

Experience a cybersecurity event built on hands-on labs — not slide decks. Threat isolation, ransomware demos, real skills. Zero Trust World • Orlando • March 4–6, 2026 Get $200 off

### New to Reddit?
Create your account and connect with a world of communities.

Continue with Google
Continue with Email
Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/knifeclub • 3d ago
Not too shabby ?
🖼 5
521 upvotes · 84 comments

r/knifeclub • 16h ago
Clean & Simple
206 upvotes · 21 comments

r/knifeclub • 18h ago
Guilty
196 upvotes · 11 comments

r/knifeclub • 3d ago
Your most carried knife this year?
🖼 2
180 upvotes · 121 comments

Captured by FireShot Pro: 15 December 2025, 10:42:42 AM
https://getfireshot.com

Ex. G, p. 7

SOLD Extremely Rare and upgraded Spyderco Vallotton Subhilt. Auto Conversion by Butch! | BladeForums.com
https://www.bladeforums.com/threads/sold-extremely-rare-and-upgraded-spyderco-vallotton-subhilt-auto-conversion-by-butch.2019192/
15-December-2025



Ex. G, p. 8

Shop 100's of Spyderco Knives
https://www.bladehq.com/cat--Spyderco-Knives--109
15-December-2025



Captured by FireShot Pro: 15 December 2025, 10:20:33 AM
https://getfireshot.com

Ex. G, p. 9

BC Coutellerie | BladeForums.com
https://www.bladeforums.com/threads/bc-coutellerie.2022495/#post-22945261
15-December-2025

