# EXHIBIT H





# WARRANTY & REPAIR

*Please complete and print the Spyderco Warranty & Repair Form to include with your item prior to shipping it to us.*

Spyderco, Inc. conducts its business in an honest, fair, and proper manner. Spyderco products are designed and built for use as cutting and sharpening tools. Use of our products outside the scope of their intended purpose is considered abuse and is not covered by warranty. Like all tools, Spyderco knives require proper maintenance to function properly and are subject to normal wear and tear. Knives and other products put to hard use for extended periods of time may eventually reach the end of their service life and should be retired from use and replaced.

**Duration of Coverage**
✓ This warranty covers the owner of a genuine Spyderco product for the life of the product.

**What Does the Warranty Cover/Not Cover?**
✓ Spyderco warrants that all of our genuine products are free from defects in material and workmanship.
✓ This warranty does not cover loss, theft, or any damages caused by accidents, abuse, misuse, improper handling, alterations, neglect, improper sharpening, normal wear and tear, or repairs performed by any service not authorized by Spyderco, Inc.
✓ Shipping to and from Spyderco is the customer's responsibility.  Costs vary depending on weight, size, destination, and shipping speed.
✓ Consequential or incidental damages are not recoverable under this warranty. Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation may not apply to you.
✓ Spyderco's knives are assembled to exacting tolerances by trained technicians, so we discourage end users from disassembling or adjusting our knives. If a knife has been disassembled and reassembled correctly—so as to maintain its proper mechanical function—this warranty remains in full effect. However, if a knife has been disassembled and reassembled in such a way that, in Spyderco's sole determination, the proper mechanical function of the knife has been compromised, it is no longer covered by warranty.
✓ Spyderco's warranty only applies to original, unaltered Spyderco components. Aftermarket parts and accessories added to your knife are not covered by our warranty, nor are Spyderco components that have been altered or modified in any way. If, in Spyderco's sole determination, the installation of an aftermarket part or the modification of an original Spyderco factory part compromised the proper mechanical function of the knife in any way, the knife is no longer covered by warranty.
✓Broken, lost, or bent metal clips are typically not covered by Spyderco's warranty.  For more information, please visit our Replacement Clips page.

**What Spyderco Will Do**
✓ If your Spyderco product fails to function as it was designed, we will examine its condition upon its return to Spyderco, Inc., and determine the cause of the failure.
✓ If we determine there is a defect in the manufacture, materials, or workmanship of your Spyderco product, Spyderco, Inc. will repair or exchange that product with the same or a similar model or one of equal value. The value of the product will be based on the manufacturer's suggested retail price, as published by Spyderco, Inc.
✓ If the problem with a returned product is determined to be caused by reasons other than a defect in manufacture, materials, or workmanship, Spyderco, Inc. will determine whether the product can be repaired and provide a free estimate of the repair service cost. Upon authorization and receipt of payment for the repair and return shipping of the product, we will perform the repair.
✓ If Spyderco is unable to improve the condition of a knife, we will return it to you with the recommendation that it be retired from use. All costs associated with shipping the product are the customer's responsibility.

**Repair Information**
✓ Spyderco offers a variety of sharpening and repair services. Depending on the repairs necessary to restore the function of your knife, a fee may be required. Our fees for the most common types of repairs are as follows:

• Blade sharpening (PlainEdge, SpyderEdge, or CombinationEdge) – No charge for the service; $10.00 for return shipping and handling (of up to four knives).
• Re-grinding of broken blade tip – $20.00 plus $10.00 return shipping and handling.
• Re-profiling a chipped or damaged edge or broken serration teeth – Depending upon the condition of the blade, we may be able to re-profile or re-serrate the edge. If so, the fee is $20.00 plus $10.00 return shipping and handling. Spyderco does not replace knife blades under any circumstances.
• Removal of integral clip and installation of a metal clip – This only applies to older Spyderco models with integral molded clips. The fee for this service is $20.00, plus a $10.00 return shipping and handling fee.
• Reassembly – Knives disassembled by the user can be reassembled to factory specifications, provided all component parts are returned to us or we have stock of any minor parts that might be missing (i.e., screws, washers, etc.). The fee for this service is $20.00, plus a $10.00 return shipping and handling fee.
• Screw loosening – Upon request, Spyderco will loosen screws treated with thread locking compound.  Such knives will be reassembled without treating the screws. We will not completely disassemble knives for our customers. There is no charge for this service, but a $10.00 fee for return shipping and handling is required.
**Fees and return shipping are subject to change at any time.**

**Spyderco Warranty & Repair Form**

*All repair and shipping fees must be paid in U.S. dollars. Payment to be included with the knife may be made in cash or by personal check (U.S. banks only), cashier's check, money order, or credit card.*

✓ If your knife requires other services or you have any questions concerning the repair process, please contact us directly:
Toll-free: **800-525-7770 X 3**
Phone: **303-279-8383 X 3**
E-mail: **customerservice@spyderco.com**

**Where to Send Your Product for Warranty Consideration and Repair**
✓ When sending your knife to us for warranty service or repair, please include the completed **WARRANTY & REPAIR FORM**,  pack it carefully and include a detailed description of the problem and how it occurred. Please also provide a company or individual name, a physical return address (P.O. Boxes allowed, but a physical address is preferred), a daytime phone number, and proof of purchase, if available. We recommend shipping by UPS or registered mail to allow you to track and insure your shipment.  Shipping to and from Spyderco is the customer's responsibility.  Costs vary depending on weight, size, destination, and shipping speed.

Ex. H, p. 1

Warranty & Repair – Spyderco
https://spyderco.com/pages/warranty-repair
15-December-2025

PLEASE SHIP TO:

**SPYDERCO, INC.**
**ATTN: Warranty and Repair**
**820 Spyderco Way**
**Golden, CO 80403 USA**

**State Laws**

✓ This warranty gives you specific legal rights. You may have other rights depending upon your state of residence.

**RELEASE, ASSUMPTION OF RISK, WAIVER OF LIABILITY, AND INDEMNITY AGREEMENT:**

By purchasing or receiving any item produced by Spyderco, Inc., the owner assumes the responsibility to research and comply with all applicable federal, state, local, and international laws related to the possession, ownership, carry, shipment, transport, and use of any Spyderco product.  The owner expressly agrees to indemnify and hold harmless Spyderco, Inc. for all claims resulting directly or indirectly from the purchase, possession, ownership, transportation, or use of the item in violation of applicable federal, state, and local laws or regulations. Spyderco is not liable for the misuse of any Spyderco knife or product purchased either directly from Spyderco or from a reseller. You must be eighteen (18) years of age to purchase Spyderco knives.

Please contact Spyderco, Inc. or visit our website for the most up-to-date information on our products and their availability.

**Counterfeit Statement**

**\*Information on this site is subject to change without notice. Modification of products, materials, measurements, technical specifications, and availability can occur.**

Restricted Item Return Form

## DISCOVER

| | |
|---|---|
| Become a Spyderco Dealer | Media/Press Releases |
| Careers | Military Lottery |
| Request a Catalog | Special Discounts |
| Charitable Partnerships | Spyderco byte e-Newsletter |
| Counterfeit Statement | Spyderco Factory Outlet |
| Dealer Locator | Spydiewiki |
| Engraving Services | |

## COMPANY

Privacy & Security

Terms & Conditions

Shipping & Returns

Accessibility Statement

Sitemap

Spyderco, Inc.
820 Spyderco Way
Golden, CO 80403
USA, Earth
(303) 279-8383
(800) 525-7770

Transparency In Coverage

*This link leads to the machine-readable files that are made available in response to the federal Transparency in Coverage Rule and includes negotiated service rates and out-of-network allowed amounts between health plans and healthcare providers. The machine-readable files are formatted to allow researchers, regulators, and application developers to access and analyze data more easily.*

**RELEASE, ASSUMPTION OF RISK, WAIVER OF LIABILITY, AND INDEMNITY AGREEMENT**

By purchasing or receiving any item produced by Spyderco, Inc., the owner assumes the responsibility to research and comply with all applicable federal, state, local, and international laws related to the possession, ownership, carry, shipment, transport, and use of any Spyderco product. The owner expressly agrees to indemnify and hold harmless Spyderco, Inc. for all claims resulting directly or indirectly from the purchase, possession, ownership, transportation, or use of the item in violation of applicable federal, state and local laws or regulations. Spyderco is not liable for the misuse of any Spyderco knife or product purchased either directly from Spyderco or a reseller. You must be eighteen (18) years of age to purchase Spyderco knives.

© 2025 Spyderco , Inc. All rights reserved. All product names, art and text herein are the property of Spyderco, Inc. and may not be reproduced in part or whole without the sole written permission of Spyderco, Inc. Please note, images shown on Spyderco.com may be of Production Prototypes. Modification of products, materials, measurements, technical specifications and availability can occur.

**Ex. H, p. 2**

Steel Chart - Spyderco
https://spyderco.com/pages/steel-chart
15-December-2025




Spyderco



## STEEL CHART

Spyderco's steel chart provides detailed information on the chemical composition of the many steels we use in our knives. This allows convenient comparison between steels and enables you to better understand blade materials that have similar or vastly different qualities.

Spyderco was one of the first knife manufacturers to include comprehensive information on our blade steels in our catalog and on our website. As we pushed the envelope to feature more high-performance steels in our knives, we also expanded our efforts to educate our customers about those steels. Over the years, we published our steel chart in a variety of different formats, including everything from pocket-sized references to laminated brochures to posters.

Ultimately, we developed the interactive Steel Chart on our website, which allows the quick, easy, side-by-side comparison of multiple steels and the elements they contain. This handy tool, along with the detailed explanations of the effects of each of the alloying elements provided on our Steel Elements page, is one of the best ways of developing your knowledge of blade steels and their unique properties.

Hover over an element name to get information on its purpose in steel.

| | | |
|---|---|---|
| 1095 | 154CM | 20CV |
| 3Cr13 | 420J2 | 420Modified |
| 425Modified | 440A | 440B |
| 440C | 440XH | 5160 |
| 52100 | 7Cr17 | 8Cr13MoV |
| 9Cr14MoV | A2 | AEBL |
| Alleima®12C27 | Alleima®12C27Mod | Alleima®19C27 |
| ATS34 | ATS55 | AUS6 |
| AUS8 | AUS10 | BG42 |
| CobaltSpecial | CPM™3V | CPM4V |
| CPM9V | CPM10V | CPM15V |
| CPM20CV | CPMM4 | CPM®MagnaCut |
| CPM®CruWear® | CPM®REX®121® | CPM®REX®45 |
| CPM®REX®76 | CPM®REX®T15 | CPMS30V |
| CPMS35VN | CPMS45VN | CPMS60V440V |
| CPMS90V420V | CPMS110V | CPMSPY27™ |
| CruWear® | CTS™B52 | CTSB70P |
| CTSB75P | CTSBD1 | CTSBD1N |
| CTSBD30P | CTS204P | CTSXHP |
| CTS20CP | CTS40CP | D2 |

Captured by FireShot Pro: 13 December 2025, 12:13:12 PM
https://getfireshot.com

Ex. H, p. 3

Steel Chart - Spyderco
https://spyderco.com/pages/steel-chart
15-December-2025

| | | |
|---|---|---|
| Elmax | GIN1 | H1 |
| H2 | HAP40 | K390 |
| LC200N | M2 | M390 |
| M398 | Maxamet® | MBS26 |
| MicroMelt®PD1 | MicroMelt®A11PMA11 | MRS30 |
| N690Co | O1 | PMC27 |
| PSF27 | RWL34 | SRS13 |
| SuperBlueSteel | SuperGold2 | SUS310 |
| SUS405 | SUS410 | VToku2 |
| Vascowear | VG10 | VGXEOS |
| W1 | W2 | X15TN |
| Z12UltraBQ | ZMaxPM | ZWearBQ |
| ZWearPM | ZDP189 | |

**\*VG XEOS alloy composition based on Spyderco's analysis.**

## DISCOVER

Become a Spyderco Dealer

Careers

Request a Catalog

Charitable Partnerships

Counterfeit Statement

Dealer Locator

Engraving Services

Media/Press Releases

Military Lottery

Special Discounts

Spyderco byte e-Newsletter

Spyderco Factory Outlet

Spydiewiki

## COMPANY

Privacy & Security

Terms & Conditions

Shipping & Returns

Accessibility Statement

Sitemap

Spyderco, Inc.
820 Spyderco Way
Golden, CO 80403
USA, Earth
(303) 279-8383
(800) 525-7770



Transparency In Coverage
This link leads to the machine-readable files that are made available in response to the federal Transparency in Coverage Rule and includes negotiated service rates and out-of-network allowed amounts between health plans and healthcare providers. The machine-readable files are formatted to allow researchers, regulators, and application developers to access and analyze data more easily.

**RELEASE, ASSUMPTION OF RISK, WAIVER OF LIABILITY, AND INDEMNITY AGREEMENT**
By purchasing or receiving any item produced by Spyderco, Inc., the owner assumes the responsibility to research and comply with all applicable federal, state, local, and international laws related to the possession, ownership, carry, shipment, transport, and use of any Spyderco product. The owner expressly agrees to indemnify and hold harmless Spyderco, Inc. for all claims resulting directly or indirectly from the purchase, possession, ownership, transportation, or use of the item in violation of applicable federal, state and local laws or regulations. Spyderco is not liable for the misuse of any Spyderco knife or product purchased either directly from Spyderco or a reseller. You must be eighteen (18) years of age to purchase Spyderco knives.

© 2025 Spyderco , Inc. All rights reserved. All product names, art and text herein are the property of Spyderco, Inc. and may not be reproduced in part or whole without the sole written permission of Spyderco, Inc. Please note, images shown on Spyderco.com may be of Production Prototypes. Modification of products, materials, measurements, technical specifications and availability can occur.

**Ex. H, p. 4**

What's so Special About Spyderco Knives? | True Shot – True Shot Ammo
https://trueshotammo.com/blogs/true-shot-academy/whats-so-special-about-spyderco-knives
15-December-2025



Country of Origin – United States Founded – 1976 Headquarters – Golden, Colorado Website – spyderco.com

## Origins of Spyderco Knives

Spyderco is a renowned manufacturer of folding knives and sharpening tools that was founded in 1976 by Sal Glesser and his wife, Gail Glesser, in Golden, Colorado, USA. The company has gained a reputation for producing high-quality, innovative knives with distinctive features, such as the trademarked hole in the blade that allows for easy one-handed opening. In 1978, Spyderco settled in Golden, Colorado, and initially started to focus on selling their first product: the Tri-Angle Sharpmaker. This blade was primarily sold at local fairs and trade shows around the country. In 1981, Sal Glesser then introduced their first folding knife, the C01 Worker, which featured a distinctive serrated blade and the now-iconic round hole for easy opening. The blade also featured a clip on the handle for carry at the top of the pocket, and the option of a serrated edge for aggressive cutting performance. These key features propelled the knife industry and helped define the form of the modern folding knife. In 1994, Spyderco introduced the Delica model, which became one of their best-selling knives and remains a popular choice among knife enthusiasts. Spyderco continued to push the boundaries of knife design and introduced new features and materials. This eventually gave Spyderco recognition for its commitment to quality and innovation, and its products became popular among outdoor enthusiasts, military personnel, and law enforcement officers. In the early 2000's, Spyderco expanded its distribution network and gained a significant presence in international markets, solidifying its reputation as a global leader in the knife industry. Throughout its history, Spyderco has maintained a commitment to quality, innovation, and customer satisfaction. The brand has become synonymous with reliable and high-performing knives, earning a dedicated following among knife enthusiasts and professionals worldwide.

## Materials Used in Spyderco Knives

In the knife industry, there are many variations of materials that companies use to construct their blades. Spyderco utilizes a variety of materials in the construction of their knives, including blade steels, handle materials, and other components. Here are some commonly used materials by Spyderco: **VG-10** VG-10 is a stainless steel known for its excellent combination of corrosion resistance, edge retention, and ease of sharpening. It is often used in Spyderco's mid-range and high-end folding knives. **CPM S30V** This steel is a high-quality stainless steel known for its exceptional edge retention, corrosion resistance, and overall performance. It is a popular choice for Spyderco's premium folding knives. **CPM S35VN** is an upgraded version of S30V, offering improved toughness and easier sharpening while maintaining excellent corrosion resistance and edge retention. It is commonly found in Spyderco's higher-end models as well. **CPM 20CV** CPM 20CV is a powdered metallurgy stainless steel known for its excellent edge retention, corrosion resistance, and toughness. It is used in some of Spyderco's premium and limited edition knife series. **CPM M4** This steel is a high-speed tool steel known for its outstanding toughness

Ex. H, p. 5

and wear resistance. Spyderco uses CPM M4 in some of their knives designed for extreme cutting tasks or for users who require superior edge retention. Spyderco continues to innovate and introduce new steels to their lineup, as advancements are made in the industry. They often collaborate with steel manufacturers to develop and incorporate steels with improved performance characteristics into their knives. Therefore, the available steels used by Spyderco may evolve over time.



Spyderco Spydie Chef & Yojimbo 2

### Spyderco Line-Up

Spyderco offers a diverse range of knife models that cater to various applications, user preferences, and budgets. Spyderco continuously updates and expands its knife lineup, introducing new models, variations, and collaborations. The list below represents some of the notable series and lines: **Delica Series** The Delica series is an iconic folding knife from Spyderco. It is lightweight, easy to carry, and available in various blade sizes and handle materials. This model is very popular for everyday carry and offer a combination of performance and affordability. The Delica series offers various blade options to cater to different cutting needs and preferences. Blade shapes can include drop point, tanto, and serrated edges, allowing users to choose the one that best suits their intended use. **Dragon Fly Series** The Spyderco Dragonfly series is well-regarded for its compactness, cutting performance, and quality construction. It has gained popularity among those seeking a small, lightweight, and functional everyday carry knife. The Dragonfly series offers a variety of blade options to suit different preferences and needs. Blade shapes can include drop point, leaf-shaped, or Wharncliffe, providing quality functionality for various cutting applications. Despite their diminutive stature, Dragonfly knives offer excellent cutting precision and versatility.

Spyderco Dragon Fly Series **Tenacious Series** The Spyderco Tenacious series is a popular line of folding knives known for their robust build, reliable performance, and affordable price point. The blades in the Tenacious series are typically made from high-quality stainless steel, such as 8Cr13MoV or CPM S30V, depending on the specific model. The ergonomic design of the Tenacious series ensures a comfortable and secure grip. The handle shape, textured scales, and finger choil contribute to a confident and controlled cutting experience. **The Spyderco Yojimbo 2** One of the newest knife designs in Spyderco's fleet of blades. The Spyderco Yojimbo 2 is a specialized folding knife designed by self-defense expert Michael Janich. It is named after the iconic samurai film "Yojimbo" directed by Akira Kurosawa. The Yojimbo 2 is specifically engineered for personal protection and close-quarters combat. This knife is a purpose-built folding knife that combines specialized design features, high-quality materials, and solid construction. **These are just a few options of knives and series that Spyderco has to offer**. If you want to see their full line-up and inventory, please visit their **website** to get more useful

Ex. H, p. 6

**information**.                                                                                           Left to right: Spydie



Chef | Yojimbo 2 | Stove Pipe | Dragon Fly

## Spyderco Quality Control System

Spyderco maintains a rigorous quality control system to ensure the high standards of their products. The company places a strong emphasis on quality and takes several measures throughout the manufacturing process to ensure that each knife meets their specifications. With them having an in-house production, Spyderco manufactures many of its knives in-house, allowing them to have direct control over the production process. This enables them to closely monitor quality at each stage, from design to final assembly. They also carefully selects the materials used in their knives, including blade steels and handle materials, to ensure their performance, durability, and suitability for the intended application. Spyderco values customer feedback and uses it as an important tool for quality improvement. They have an excellent customer service team that handles inquiries, concerns, and warranty claims promptly. Throughout the manufacturing process, Spyderco employs a system of checks and inspections to monitor the quality of each knife. This includes inspections of blade grinding, heat treatment, handle assembly, and overall fit and finish. By implementing these measures, Spyderco strives to deliver knives of consistent quality, functionality, and reliability. They are committed to meeting the expectations of their customers and maintaining their reputation as a leading manufacturer of high-quality knives.

## Why Are Spyderco Knives So Good?

Spyderco has been one of the most innovative brands in the knife industry. Bringing new designs that knife enthusiasts love and use everyday. Spyderco has a long history of innovation in knife design and features. The introduction of the round hole for one-handed opening, along with their numerous patented locking mechanisms, such as the Compression Lock and Ball Bearing Lock, has revolutionized the way knives are used and carried. Spyderco consistently pushes the boundaries of knife design, integrating new materials and technologies to enhance performance and functionality. Spyderco is known for its unwavering commitment to quality. They maintain strict quality control measures at every stage of production, from material selection to final inspection. The company uses premium materials, collaborates with renowned knife makers, and employs skilled craftsmanship to ensure that their knives meet the highest standards of durability, performance, and fit and finish. Spyderco places a strong emphasis on ergonomics as well. They ensure that their knives feel comfortable and intuitive in hand. The designs are often optimized for ease of use, one-handed operation, and efficient cutting performance. Their knives are renowned for their ergonomic handles, well-placed finger choils, and blade profiles that excel in different cutting tasks. Spyderco actively engages with its customer base, fostering a strong community and gathering feedback. They listen to customer input, address concerns promptly, and continuously improve their products based on user experiences. This customer-centric approach has contributed to a loyal and dedicated following. This transitions to the offering of custom knives for customers. This callobrates with respected custom knife makers and designers to create limited editions and high-end production knives. These knife collaborations bring unique designs, premium materials, and craftsmanship to the market, appealing to knife enthusiasts and collectors. These factors combined have made Spyderco a leader in the knife industry. The brand's commitment to innovation, quality, versatility, and customer satisfaction has set them apart and earned them a well-deserved reputation among knife enthusiasts, professionals, and collectors. Next time you're in True Shot, ask to take a look at our wide variety of Spyderco knives! You will not be disappointed by the design and quality these knives bring to the table. Hey, you might find your next item for your knife collection! **Interested in buying a Spyderco? Please visit our knife section on our website to see what we have in stock! Or, call us at (888) 736-6587 or, you can email us at sales@trueshotammo.com for any questions.**

Share:    𝕏  (F)  (P)  (reddit)  (✉)  (🔗)

## AUTHOR INFORMATION



**Roger Esson**

Roger Esson is an ammunition tester and expert at True Shot.

**Ex. H, p. 7**

What's so Special About Spyderco Knives? | True Shot – True Shot Ammo
https://trueshotammo.com/blogs/true-shot-academy/whats-so-special-about-spyderco-knives
15-December-2025



**DON'T MISS OUT**

Sign up to receive exclusive deals, featured content and reviews.

Enter Email     Subscribe

**SIGN UP FOR TEXTS**

Join to receive FREE shipping, exclusive deals and insider access.

Phone Number     Text Me

Click Again to Confirm.

**REWARDS PROGRAM**

Get rewarded for shopping with us and unlock exclusive perks.

Learn More

**CONTACT US**

1950 E. 3rd Street , Suite 103 Tempe, AZ 85288

(888) 736-6587

sales@trueshotammo.com

**Company**

About Us

Careers

**Partners**

Industry Pro Deal

First Responders

Affiliates

Wholesale

**Orders**

Order Status

Returns

eGift Cards

**Customer Service**

Contact Info

FAQ

Shipping & Handling

State Regulations

Loyalty Rewards

©2025 True Shot Ammo, All Rights Reserved. Powered by Brandography.

}

Captured by FireShot Pro: 15 December 2025, 12:53:44 PM
https://getfireshot.com

**Ex. H, p. 8**