# EXHIBIT I

GershBlades - Etsy
https://www.etsy.com/shop/GershBlades?dd_referrer=#about
15-December-2025

**Items**     **Reviews**     **About**     **Shop Policies**

Search all 72 items

**About GershBlades**



Sales
**251**

On Etsy since
**2017**

USA Made Custom Handmade Knives

This all started with me collecting all different kinds of knives. Until one day, I decided to make a handle for one of the knives I owned. Once the handle was made I figured I should make a sheath for it as well.

The next thing I knew I was buying pre-made blades, all of very good quality, putting handles on them, and making sheaths.

After a period of using somebody else's designs, I finally started making my own complete knives from scratch.

I strongly believe that all of my customers deserve the highest level of service, and I will do my best to treat my customer the way I'd like to be treated myself.

Close

**Shop members**



**Greg**
Owner

I strongly believe that all of my customers deserve the highest level of service, and I will do my best to treat my customer the way I'd like to be treated myself.

**Ex. I, p. 1**



GershBlades - Etsy
https://www.etsy.com/shop/GershBlades?dd_referrer=#about
15-December-2025

**Ex. I, p. 2**

GershBlades - Etsy
https://www.etsy.com/shop/GershBlades?dd_referrer=#about
15-December-2025

**Request Custom Order**

**Contact shop owner**

251 Sales

930 Admirers

Report this shop to Etsy



Indigo Snakehead - Custom Knife in A...
$239.95
FREE shipping



Tiffany Scalpel - Custom Knife in CPM ...
$259.95
FREE shipping
3 people have this in their cart



Maple Scalpel - Custom Knife in AEB-L ...
$239.95
FREE shipping



Red Scalpel - Custom Knife in AEB-L St...
$239.95
FREE shipping
Only 1 available and it's in
1 person's cart



Custom MagnaCut Re-Blade for Bench...
$259.95
FREE shipping



Custom MagnaCut Re-Blade for a Benc...
$284.95
FREE shipping
Only 1 available and it's in
1 person's cart



Custom MagnaCut Re-Blade for Bench...
$239.95
FREE shipping



Custom MagnaCut Re-Blade for Bench...
$249.95
FREE shipping



Custom MagnaCut Re-Blade for a Benc...
$239.95
FREE shipping

Custom MagnaCut Re-Blade for a Benc...
$239.95
FREE shipping



Custom Copper Firestorm Damascus B...
$619.95
FREE shipping



Custom CPM MagnaCut re-Blade for a ...
$239.95
FREE shipping

Ex. I, p. 3

GershBlades - Etsy
https://www.etsy.com/shop/GershBlades?dd_referrer=#about
15-December-2025



**Custom Zipper Damascus Blade for a 7...**
**$394.95**
FREE shipping



**Green Hunter - Custom Hunting Knife i...**
**$309.95**
FREE shipping



**Maple Hunter - Custom Hunting Knife i...**
**$329.95**
FREE shipping



**Dragon Claw - Custom Knife in Copper...**
**$274.95**
FREE shipping
Only 1 available and it's in
1 person's cart



Naked Warrior - Custom knife in CPM



Dragon Paring - Custom Kitchen Knife



Dragon Chef - Custom Kitchen Knife in



Damascus Jewelry - Cross (C01) - USA

**Ex. I, p. 4**