# EXHIBIT J

GershBlades - Etsy
https://www.etsy.com/shop/GershBlades?dd_referrer=#about
15-December-2025

Items          Reviews          About          Shop Policies

Search all 72 items

## About GershBlades

Sales
**251**


On Etsy since
**2017**

### USA Made Custom Handmade Knives

This all started with me collecting all different kinds of knives. Until one day, I decided to make a handle for one of the knives I owned. Once the handle was made I figured I should make a sheath for it as well.

The next thing I knew I was buying pre-made blades, all of very good quality, putting handles on them, and making sheaths.

After a period of using somebody else's designs, I finally started making my own complete knives from scratch.

I strongly believe that all of my customers deserve the highest level of service, and I will do my best to treat my customer the way I'd like to be treated myself.

Close

### Shop members



**Greg**
Owner

I strongly believe that all of my customers deserve the highest level of service, and I will do my best to treat my customer the way I'd like to be treated myself.

Captured by FireShot Pro: 15 December 2025, 01:52:02 PM
https://getfireshot.com

**Ex. J, p. 1**

Custom Knife Making | Gersh Blades
https://web.archive.org/web/20250419201748/https://www.gershblades.com/
15-December-2025



**Ex. J, p. 2**