# EXHIBIT K

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyJycF9jcmVhdGlvbl90aW1lOjAiOiJ7XCIuYW1IXCl6XCJjcmVhdGlvbl90aW1lXClsXCJhcmdzXCl6XCJ7XFxcInN0YXJ0X3IIYXJcKFwiOkxcXCIyMDIzLTFcXFwiLFxcXCJlbmRfeWVhcixcXCl6XFxcIjwMjNcXFwiLFxcXCJlbmRfbW9udGhcXFwiOkxcXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJlbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=
15-December-2025



Captured by FireShot Pro: 15 December 2025, 02:11:37 PM
https://getfireshot.com

**Ex. K, p. 1**

(4) Gersh Blades | Facebook

https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbl90aW1lOjAiOiI7XCIuYW1IXCI6XCIjcmVhdGlvbl90aW1IXClsXCIhcmdzXCI6XCI7XFxcInN0YXJ0X3lYXJcXFwiOkcXClyMDIzLTFcXFwiLFxcXCJIbmRfeWVhckxcXCI6XFxcljwiMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOkcXClyMDIzLTEyXFxclixcXFwic3RhcnRfZGF5XFxcljpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcljpcXFwiMjAyMy0xMi0zMVxcXCI9XCI9n0=

15-December-2025



**Ex. K, p. 2**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGIvbl90aW1lOjAiOiI7XCIuYW1IXCI6XCIjcmVhdGIvbl90aW1IXCIsXCIhcmdzXCI6XCI7XFxcInN0YXJ0X3IYXJcXFwiObccXCIyMDIzLTFcXFwiLFxcXCIIbmRfeWVhcIxcXCI6XFxcIjwMjNcXFwiLFxcXCIIbmRfbW9udGhcXFwiObccXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCIIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCI9XCJ9n0=
15-December-2025



**Ex. K, p. 3**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyJycF9jcmVhdGlvbl90aW1IOjAiOiJ7XCIuYW1IXCI6XCJjcmVhdGlvbl90aW1IXCIsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3IIYXJcXFwiOixcXCIyMDIzLTFcXFwiLFxcXCJIbmRfeWhclxcXCI6XFxcIjMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOixcXCIyMDIzLTEyXFxclixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=
15-December-2025



(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbI90aW1IOjAiOiJ7XCIuYW1IXCI6XCJjcmVhdGlvbI90aW1IXCIsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3IYXJcXFwiOixcXCIyMDIzLTFcXFwiLFxcXCJIbmRfeWVhcIxcXCI6XFxcIjvMJNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOixcXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0»
15-December-2025



(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyJycF9jcmVhdGIvbI90aW1lOjAiOiI7XCIuYW1IXCI6XCJjcmVhdGIvbI90aW1IXCIsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3llYXJcXFwiOixcXCIyMDIzLTFcXFwiLFxcXCJIbmRfeWVhclxcXCI6XFxcIjwJMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOixcXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9In0=
15-December-2025

Spyderco Round Hole Trade Dress on re-blade for Benchmade brand knife handle



(4) Gersh Blades | Facebook

https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGIvbII90aW1IOjAiOiI7XCIuYW1IXCI6XCIjcmVhdGIvbII90aW1IXCIsXCJhcmdzXCI6XCI7XFxcInN0YXJ0X3IIYXJcXFwiOtxcXClyMDIzLTFcXFwiLFxcXCJIbmRfeWVhcIxcXCI6XFxcIjwMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOtxcXClyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=

15-December-2025



(4) Gersh Blades | Facebook

https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eylycF9jcmVhdGlvbl90aW1lOjAiOiI7XCIuYW1IXCI6XCIjcmVhdGlvbl90aW10XCIsXCIhcmdzXCI6XCI7XFxcInN0YXJ0X3IIYXJcXFwiOiocXCIyMDIzLTFcXFwiLFxcXCIIbmRfeWVhcIxcXCI6XFxcIjwMjNcXFwiLFxcXCIIbmRfbW9udGhcXFwiOiocXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfbGF5GF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCIIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCI9XCI9n0=

15-December-2025



(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyJycF9jcmVhdGlvbl90aW1lOjAiOiJ7XCIuYW1IXCI6XCJjcmVhdGlvbl90aW1lXCIsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3IIYXJcXFwiOtxcXClyMDIzLTFcXFwiLFxcXCJIbmRfeWVhcixcXCI6XFxcljwMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOtxcXClyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcljpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcljpcXFwiMjAyMy0xMi0zMVxcXCJ9Xn0=
15-December-2025



Captured by FireShot Pro: 15 December 2025, 02:11:37 PM
https://getfireshot.com

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbl90aW1lOjAiOiI7XCIuYW1IXCI6XCJjcmVhdGlvbl90aW1IXCIsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3IlYXJcXFwiOkccXCIyMDIzXFxcllxcXFwic3RhcnRfbW9udGhcXFwiOkccXCIyMDIzLTFcXFwiLFxcXCJlbmRfeWVhclxcXCI6XFxclJwMjNcXFwiLFxcXCJlbmRfbW9udGhcXFwiOkccXCIyMDIzLTEyXFxclxcXFwic3RhcnRfZGF5XFxcljpcXFwiMjAyMy0xLTFcXFwiLFxcXCJlbmRfZGF5XFxcljpcXFwiMjAyMy0xMi0zMVxcXCl9XCJ9n0=
15-December-2025



5                                    1 share

Like          Comment          Share

Write a comment...

Captured by FireShot Pro: 15 December 2025, 02:11:37 PM
https://getfireshot.com

**Ex. K, p. 10**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbl90aW1lOjAiOiJ7XCIuYW1IXCI6XCIjcmVhdGlvbl90aW1IXClsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3IIYXJcXFwiOtxcXCIyMDIzLTFcXFwiLFxcXCJlbmRfeWVhclxcXCI6XFxcIjwiMjNcXFwiLFxcXCJlbmRfbW9udGhcXFwiOtxcXCIyMDIzLTEyXFxclxcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJlbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9In0=
15-December-2025



**Ex. K, p. 11**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbl90aW1lOjAiOiJ7XCluYW1lXCI6XCJjcmVhdGlvbl90aW1lXCIsXCJhcmdzXCI6XCJ7XFxclnN0YXJ0X3llYXJcXFwiOixcXCIyMDIzLTFcXFwiLFxcXCJlbmRfeWVhcixcXCI6XFxcIjwMjNcXFwiLFxcXCJlbmRfbW9udGhcXFwiOixcXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJlbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=
15-December-2025



Captured by FireShot Pro: 15 December 2025, 02:11:37 PM
https://getfireshot.com

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbl90aW1lOjAiOiJ7XCIuYW1IXCI6XCJjcmVhdGlvbl90aW1IXClsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3llYXJcKFwiOtxcXClyMDIzLTFcXFwiLFxcXCJlbmRfeWVhclxcXCI6XFxclJvMjNcXFwiLFxcXCJlbmRfbW9udGhcXFwiOtxcXClyMDIzLTEyXFxclxcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJlbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0xMVxcXCJ9XCJ9n0»
15-December-2025



(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyJycF9jcmVhdGVhbl90aW1lOjAiOiJ7XCIuYW1IXCl6XCJjcmVhdGVhbl90aW10XClsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3IYXJcKFwiOtxcXCIyMDIzLTFcXFwiLFxcXCJIbmRfeWVhckxcXCl6XFxcIJwMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOtxcXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCI9XCJ9n0=
15-December-2025

Spyderco Round Hole Trade Dress



Captured by FireShot Pro: 15 December 2025, 02:11:37 PM
https://getfireshot.com

(4) Gersh Blades | Facebook

https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyJycF9jcmVhdGlvbl90aW1lOjAiOiJ7XCIuYW1lXCI6XCIjcmVhdGlvbl90aW10XCIsXCIhcmdzXCI6XCJ7XFxcInN0YXJ0X3lYXJcXFwiOkccXCIyMDIzLTFcXFwiLFxcXCJibmRfeWVhckcxCI6XFxcIjwiMjNcXFwiLFxcXCJibmRfbW9udGhcXFwiOkcxCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJibmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=

15-December-2025



Captured by FireShot Pro: 15 December 2025, 02:11:37 PM
https://getfireshot.com

**Ex. K, p. 15**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbl90aW1lOjAiOiI7XCIuYW1IXCI6XCJjcmVhdGlvbl90aW10XCIsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3lYXJcXFwiOixcXCIyMDIzLTFcXFwiLFxcXCJIbmRfeWVhckxcXCI6XFxcIjwMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOixcXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=
15-December-2025



**Ex. K, p. 16**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGIvbII90aW1IOjAiOiJ7XCIuYW1IXCI6XCIjcmVhdGIvbII90aW1IXCIsXCIhcmdzXCI6XCJ7XFxcInN0YXJ0X3IlYXJcXFwiOixcXCIyMDIzLTFcXFwiLFxcXCJIbmRfeWVhcIxcXCI6XFxcIjwMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOixcXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=
15-December-2025



**Ex. K, p. 17**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyJycF9jcmVhdGlvbl90aW1lOjAiOiJ7XCJuYW1lXCI6XCJjcmVhdGlvbl90aW1lXClsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3lYJcXFwiOlxcXClyMDIzLTFcXFwiLFxcXCJlbmRfeWVhcIxcXCI6XFxcIjwMjNcXFwiLFxcXCJlbmRfbW9udGhcXFwiOlxcXClyMDIzLTEyXFxclixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJlbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=
15-December-2025



Gersh Blades · Follow
August 31, 2023 ·

Benchmade Anthem re-blade in Stainless Chad Nichols Damascus... **See more**

Gersh Blades · Follow
September 5, 2023 ·

Benchmade 940 re-blade in CPM MagnaCut... **See more**

Captured by FireShot Pro: 15 December 2025, 02:11:37 PM
https://getfireshot.com

**Ex. K, p. 18**

(4) Gersh Blades | Facebook

https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbI90aW1lOjAiOiI7XCIuYW1IXCI6XCIjcmVhdGlvbI90aW1IXClsXCIhcmdzXCI6XCI7XFxcInN0YXJ0X3IYXJcXFwiOixcXCIyMDIzLTFcXFwiLFxcXCIlbmRfeWVhcIxcXCI6XFxcIjwMjNcXFwiLFxcXCIlbmRfbW9udGhcXFwiOixcXCIyMDIzLTEyXFxcIixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCIlbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=

15-December-2025



**Ex. K, p. 19**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGVbI90aW1IOjAiOiI7XCIuYW1IXCI6XCIjcmVhdGVbI90aW1IXCIsXCIhcmdzXCI6XCI7XFxcInN0YXJ0X3IYXJcXFwiOkcXCIyMDIzXFxclixcXFwic3RhcnRfbW9udGhcXFwiOkcXCIyMDIzLTFcXFwiLFxcXCJlbmRfeWVhckxcXCI6XFxcIjwMjNcXFwiLFxcXCJlbmRfbW9udGhcXFwiOkcXCIyMDIzLTEyXFxclixcXFwic3RhcnRfZGF5XFxcIjpcXFwiMjAyMy0xLTFcXFwiLFxcXCJlbmRfZGF5XFxcIjpcXFwiMjAyMy0xMi0zMVxcXCJ9XCJ9n0=
15-December-2025



Captured by FireShot Pro: 15 December 2025, 02:11:37 PM
https://getfireshot.com