# EXHIBIT L

Green Hunter | Gersh Blades
https://www.gershblades.com/product-page/green-hunter-2
13-December-2025



**Ex. L, p. 1**