# EXHIBIT M

Delica Blade - place your custom order right here | Gersh Blades
https://www.gershblades.com/product-page/delica-blade-place-your-custom-order-right-here
15-December-2025



Captured by FireShot Pro: 15 December 2025, 02:37:35 PM
https://getfireshot.com

Delica Blade - place your custom order right here | Gersh Blades
https://www.gershblades.com/product-page/delica-blade-place-your-custom-order-right-here
15-December-2025

## Delica Blade - place your custom order right here

Order your custom replacement blade for a Spyderco Delica

Please select the steel for your new blade, and include additional details for your custom order in the text field, inlude a link to a picture you'd like your blade to be like as an example (you can find my prior releases in the galleries above)

All blades are made to order and can take up to 10 weeks to build

- CPM MagnaCut Stainless Steel @ 63-64 HRC
- Damascus Stainless by Chad Nichols @ 59-61 HRC

** Completely USA Made
** Blade only

**$190.00**

Pay in 4 interest-free payments of $47.50. PayPal Learn More

Steel *

Select

Blade Style *

Select

Please enter details for your custom order (optional)

0/500

Quantity *

− 1 +

Add to Cart

## CONTACT US

GershBlades@gmail.com

Name

Email

Phone

Address

Subject

Type your message here...

Ex. M, p. 2

Delica Blade - place your custom order right here | Gersh Blades
https://www.gershblades.com/product-page/delica-blade-place-your-custom-order-right-here
15-December-2025



Subscribe Form

Email Address

Submit

©2019 by Gersh Blades. Proudly created with Wix.com

Captured by FireShot Pro: 15 December 2025, 02:37:35 PM
https://getfireshot.com

**Ex. M, p. 3**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=re-blade&filters=eyIycF9jcmVhdGlvbl90aW1lOjAiOiJ7XCIuYW1IXCI6XCIjcmVhdGlvbl90aW10XCIsXCJhcmdzXCI6XCJ7XFxcInN0YXJ0X3IlYXJcIixFwiOkcXCIyMDIzLTFcXFwiLFxcXCJIbmRfeWVhclxcXCI6XFxcIjIwMjNcXFwiLFxcXCJIbmRfbW9udGhcXFwiOkcXCIyMDIzLTEyXFxclixcXFwic3RhcnRfZGF5XFxcljpcXFwiMjAyMy0xLTFcXFwiLFxcXCJIbmRfZGF5XFxcljpcXFwiMjAyMy0xMi0zMVxcXCJ9In0=
15-December-2025

