# EXHIBIT N

Benchmade Gallery | Gersh Blades
https://www.gershblades.com/benchmade-gallery?lightbox=dataItem-mc6ztdwd2
18-December-2025



Captured by FireShot Pro: 18 December 2025, 12:02:40 PM
https://getfireshot.com

**Ex. N, p. 1**

Benchmade Gallery | Gersh Blades
https://www.gershblades.com/benchmade-gallery?lightbox=dataItem-mc6ztdwd3
18-December-2025



Captured by FireShot Pro: 18 December 2025, 12:01:34 PM
https://getfireshot.com

**Ex. N, p. 2**

