# EXHIBIT O

Custom Knife Making | Gersh Blades
https://web.archive.org/web/20231210021209/https://www.gershblades.com/
18-December-2025



Custom Knife Making | Gersh Blades
https://web.archive.org/web/20240412195512/https://www.gershblades.com/
18-December-2025

