# EXHIBIT P

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

**Ex. P, p. 1**

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

**Ex. P, p. 2**

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025





Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025

Ex. P, p. 4

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

Ex. P, p. 6

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Ex. P, p. 11

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

Ex. P, p. 12



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Ex. P, p. 14

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Ex. P, p. 15

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

Ex. P, p. 16

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

Ex. P, p. 17

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



**Ex. P, p. 18**

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

Ex. P, p. 19

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



**Ex. P, p. 21**

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

Ex. P, p. 23

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

**Ex. P, p. 24**

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:10:49 PM
https://getfireshot.com

**Ex. P, p. 25**

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery
18-December-2025



Subscribe Form

Email Address

Submit

©2019 by Gersh Blades. Proudly created with Wix.com