# EXHIBIT Q

(4) Facebook
https://www.facebook.com/profile.php?id=100057873712478#
18-December-2025



**Ex. Q, p. 1**

Gersh Blades (@gershblades) • Instagram photos and videos
https://www.instagram.com/gershblades/
18-December-2025

Instagram

Log In   Sign Up



**gershblades** ⋮

Gersh Blades

**878** posts   **1,152** followers   **318** following

USA Made Custom Knives - visit my site for available knives
or contact me for custom orders


Highlights


Highlights


Highlights



Captured by FireShot Pro: 18 December 2025, 12:50:31 PM
https://getfireshot.com

Ex. Q, p. 2

Gersh Blades (@gershblades) • Instagram photos and videos
https://www.instagram.com/gershblades/
18-December-2025



Gersh Blades (@gershblades) • Instagram photos and videos
https://www.instagram.com/gershblades/
18-December-2025





Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Meta AI   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2025 Instagram from Meta

**Ex. Q, p. 4**

Gersh Blades (u/GershBlades) - Reddit
https://www.reddit.com/user/GershBlades/
18-December-2025



Ex. Q, p. 5

GershBlades (@gershblades) | TikTok
https://www.tiktok.com/@gershblades
18-December-2025



Captured by FireShot Pro: 18 December 2025, 12:52:35 PM
https://getfireshot.com

**Ex. Q, p. 6**

(1) GershBlades | BladeForums.com
https://www.bladeforums.com/members/gershblades.629584/
18-December-2025



Ex. Q, p. 7

(1) GershBlades | BladeForums.com
https://www.bladeforums.com/members/gershblades.629584/
18-December-2025

 **GershBlades** replied to the thread Horny Wharnie in MagnaCut on a Benchmade 710.
Thank you
Nov 5, 2025

 **GershBlades** reacted to fishface5's post in the thread Horny Wharnie in MagnaCut on a Benchmade 710 with 👍 **Like**.
Nice!!!
Nov 5, 2025

 **GershBlades** replied to the thread Horny Wharnie in MagnaCut on a Benchmade 710.
Yes, you can check out my site GershBlades.com. If you have any questions feel free to send me a message.
Nov 5, 2025

 **GershBlades** posted the thread Horny Wharnie in MagnaCut on a Benchmade 710 in Gersh Blades.

    

Nov 5, 2025

 **GershBlades** replied to the thread Received my GERSH Bugout blade today.
Thank you for the review and I am glad you are enjoying the blade.
Nov 5, 2025

 **GershBlades** posted the thread Custom Copper Damascus blade on a Benchmade 781 Anthem in Adam Deville damascus in Gersh Blades.

     

Oct 10, 2025

 **GershBlades** replied to the thread Who is GersH Blades ?.
Hopefully not, it was shipped priority international
Oct 9, 2025

 **GershBlades** replied to the thread Who is GersH Blades ?.
Yes, that's a good blade, hopefully you'll enjoy it
Oct 9, 2025

Captured by FireShot Pro: 18 December 2025, 01:23:14 PM
https://getfireshot.com

**Ex. Q, p. 8**



(1) GershBlades | BladeForums.com
https://www.bladeforums.com/members/gershblades.629584/
18-December-2025

GershBlades reacted to kasumi's post in the thread Who is GersH Blades ? with 👍 **Like**.
Thanks. I look forward to the BUGOUT blade you made for me and is on its way to The Netherlands!
Oct 9, 2025

GershBlades replied to the thread Who is GersH Blades ?.
No cryo right now, just regular tempering
Oct 9, 2025

GershBlades replied to the thread Who is GersH Blades ?.
Based on the AlphaKnifeSupply heat treat schedule - 2150 for 10 minutes and double temper at 300. In my tester it gets 63-64 HRC
Oct 8, 2025

Show older items

✎ Xenforo Default Style

Contact us  Terms and rules  Privacy policy  Help  Home

Community platform by XenForo® © 2010-2024 XenForo Ltd.

Captured by FireShot Pro: 18 December 2025, 01:23:14 PM
https://getfireshot.com

Ex. Q, p. 9