# EXHIBIT R

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=spyderco
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:34:27 PM
https://getfireshot.com

**Ex. R, p. 1**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=spyderco
18-December-2025



**Ex. R, p. 2**

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q=spyderco
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:34:27 PM
https://getfireshot.com

Ex. R, p. 3

GershBlades (@gershblades) | TikTok
https://www.tiktok.com/@gershblades/video/7566668665236639007
18-December-2025



Ex. R, p. 4

Custom Blade for a Spyderco Wolfspyder in CPM MagnaCut Blade Only Available Now | Gersh Blades
https://www.gershblades.com/product-page/custom-blade-for-a-spyderco-wolfspyder-in-cpm-magnacut-blade-only-available-now
18-December-2025



### Custom Blade for a Spyderco Wolfspyder in CPM MagnaCut Blade Only Available Now

SKU: wolfspyder

Replacement CPM MagnaCut blade for a Spyderco Wolfspyder

- Completely USA Made
- CPM MagnaCut Stainless Steel
- Hardened to 63-64 HRC

Blade only.
Available Now.
Knife handle for fit show only, not included.

$225.00

Starting at $21.49/mo or as low as 0% APR. PayPal Learn More

Quantity *

−  1  +

Add to Cart

Captured by FireShot Pro: 18 December 2025, 01:47:07 PM
https://getfireshot.com

**Ex. R, p. 5**

Spyderco Gallery | Gersh Blades
https://www.gershblades.com/spyderco-gallery?lightbox=dataItem-mc6zrxxd11
18-December-2025



Captured by FireShot Pro: 18 December 2025, 01:32:23 PM
https://getfireshot.com

**Ex. R, p. 6**