# EXHIBIT S

Magnacut Re-blade for Benchmade 940 - USA Made Gershblades Custom Knife CPM Magnacut Stainless Steel - Blade Only - Etsy
https://www.etsy.com/listing/1397215198/magnacut-re-blade-for-benchmade-940-usa/?show_sold_out_detail=1&ref=nla_listing_details
18-December-2025



**$189.95**

MagnaCut re-blade for Benchmade 940 - USA Made GershBlades Custom Knife CPM MagnaCut Stainless Steel - Blade Only

**GershBlades** ✦ ★★★★★

✓ Returns & exchanges accepted

**Item details** ⌃

Replacement CPM MagnaCut blade for the Benchmade 940

- Completely USA Made
- CPM MagnaCut Stainless Steel
- Hardened to 61-62 HRC

Blade only. Available Now. Knife handle for fit show only, not included.

Follow me on Instagram @gershblades

Less

⚑ Report this item to Etsy

### Reviews for this item (1)

★★★★★  5  [This item]

 🟢 **Billy Cargile**  Mar 19, 2023



Absolutely perfect 940 reblade in MagnaCut. It is an amazing shape, beautifully executed, fit is perfect, the overall quality is really impressive. The blade arrived quickly, razor sharp, wearing the great GersH logo on the front and that super sexy "CPM MagnaCut" on the backside. This was my first GersH blade, but it definitely will not be my last. Keep up the incredible work, I can't wait to buy more of your excellent blades!

•••

**Meet your seller** ⌄

View shop registration details

Photos from reviews

**Ex. S, p. 1**

(4) Gersh Blades - Stainless Damascus custom re-blade for a Benchmade... | Facebook
https://www.facebook.com/permalink.php?story_fbid=pfbid02oCptxySoDT4F45hGjdeZigAHx4pZGusJbtGK3K5Qxcv6iKrdihC%7Q6Xd43ZpZx4I&id=100057873712478
18-December-2025



Captured by FireShot Pro: 18 December 2025, 02:57:05 PM
https://getfireshot.com

Ex. S, p. 2

(4) Gersh Blades - My first Spyderco PM2 MagnaCut re-blade, more... | Facebook
https://www.facebook.com/permalink.php?story_fbid=pfbid0spPiijSo9gt9psZsg7dgmCrG6ZGmE1moxmYv3KbTe3uWqV7KPArxwKKT3g3WV8nRl&id=100057873712478
18-December-2025



**Ex. S, p. 3**