# EXHIBIT T

(4) Gersh Blades - Amboyna Paring - CPM MagnaCut Stainless steel... | Facebook
https://www.facebook.com/permalink.php?story_fbid=pfbid02SpdJfroMmwoSiZZqt8iDJd9k5q8WnrSPaLkv5Ir77zZNnAdiQjwnadqkZ3hZvfFXl&id=100057873712478
18-December-2025



**Ex. T, p. 1**

(4) Gersh Blades - CPM MagnaCut - one of the toughest knife making... | Facebook
https://www.facebook.com/permalink.php?story_fbid=pfbid02u24s4p4z51TgZa1KhrBPfiKKHknbM3kAF3Zo1eCiTA1eofanF1AgNTCXiSgifti6oMl&id=100057873712478
18-December-2025



Ex. T, p. 2

Gersh Blades (u/GershBlades) - Reddit
https://www.reddit.com/user/GershBlades/submitted/
18-December-2025



Captured by FireShot Pro: 18 December 2025, 03:44:02 PM
https://getfireshot.com

**Ex. T, p. 3**