# EXHIBIT U

Gersh Blades (u/GershBlades) - Reddit
https://www.reddit.com/user/GershBlades/submitted/
18-December-2025

reddit

u/GershBlades ✕    Search in u/GershBlades

Get App    Log In    ⋯

195    40    Share

r/GershBlades · 4 mo. ago    Join    ⋯

### Custom MagnaCut blade on a Spyderco Bodacious

0:05 / 0:29

1    0    Share

Gersh Blades
ARTISANALLY CRAFTED KNIVES

Gersh Blades    ⋯

⊕ Follow

>> Custom knife maker - 100% made by me, 100% USA made << * Open for custom orders, please contact me * * My availbale knives are listed on my site GershBlades.com *

3,347
Karma

785
Contributions

2 y
Reddit Age

4
Active in >

SOCIAL LINKS

gershblades    GershBlades

GershBlades.com    r/GershBlades

MODERATOR OF THESE COMMUNITIES

r/GershBlades
57 members    Join

TROPHY CASE

Two-Year Club

Verified Email

r/benchmade · 4 mo. ago    Join    ⋯

### Custom Mini Crooked River Damascus reblade

Captured by FireShot Pro: 18 December 2025, 04:06:42 PM
https://getfireshot.com

(1) Who is GersH Blades ? | BladeForums.com
https://www.bladeforums.com/threads/who-is-gersh-blades.1988209/#post-23243223
18-December-2025



Captured by FireShot Pro: 18 December 2025, 03:59:32 PM
https://getfireshot.com

Ex. U, p. 2

(4) Gersh Blades | Facebook
https://www.facebook.com/profile/100057873712478/search?q="100% made by me"&filters=eyJyZWNlbnRfcG9zdHM6MCl6Intclm5hbWViclpcInJlY2VudF9wb3N0c1wiLFwiYXJnc1wiOlwiXCJHiwicnBfY3JlYXRpb25fdGltZTowIjoie1wibmFtZVwiOlwiY3JlYXRpb25fdGltZVwiLFwiYXJnc1wiOlwie1xcXClzdGFydF95ZWFyXFxcljpcXFwiMjAyNVxcXClsXFxclnN0YXJ0X21vbnRoXFxcljpcXFwiMjAyNS0xXFxclxcXFwiZW5kX3llYXJcXFwiOlxcXCJWMDI1XFxclxcXFwiZW5kX21vbnRoXFxcljpcXFwiMjAyNS0xXFxclsXFxclnN0YXJ0X2RheVxcXCl6XFxcljpcXFwiMjUtMS0xXFxclxcXFwiZW5kX2RheVxcXCl6XFxcljiwMjUtMTltMzFcXFwiXFwifSJ9
18-December-2025

