# EXHIBIT V

12/9/25, 2:49 PM
This is the newest addition to my social media presence | BladeForums.com



**GershBlades**

Knifemaker / Craftsman / Service Provider

Joined:  Aug 26, 2023
Messages:         171

Jan 30, 2024                                                    #19

> David Mary said: ⤴
>
> Welcome GershBlades ! Nice looking work!
>
> The only question I have is related to the possible pitfall of using of the round hole, which is a Spyderco Trademark, and to my understanding, is typically not used unless an agreement has been reached with them.

That I have no idea, but I do remember hearing that their try to trademark it was thrown out... a hole is a hole 🙂

👍 Mick Boardman and 358

---

**David Mary**

pass the mustard - after you cut it

Moderator

Knifemaker / Craftsman / Service Provider

Joined:    Jul 23, 2015
Messages:        18,069

Jan 30, 2024                                                    #20

I tried my hand on a small number of reblades a couple years ago and used a non-circular opening hole based on this idea. I really don't know, just mentioning in the hope of helping avoid any trouble, if indeed it is trouble. If not, then great.

Again, great looking blades with what looks like outstanding geometry. Every success to you!

Contact us   Terms and rules   Privacy policy   Help   Home

Community platform by XenForo® © 2010-2024 XenForo Ltd.

| 1 | 2 | Next ▸ |

You must log in or register to reply here.

Share: f  𝕏  in  reddit  P  t  ⊘  ✉  🔗

Ex. V, p. 1

(1) This is the newest addition to my social media presence | Page 2 | BladeForums.com
https://www.bladeforums.com/threads/this-is-the-newest-addition-to-my-social-media-presence.1970970/page-2
18-December-2025



Captured by FireShot Pro: 18 December 2025, 04:36:42 PM
https://getfireshot.com

**Ex. V, p. 2**