# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00178-CNS-CYC

SPYDERCO, INC., a Colorado corporation,

     Plaintiff,

v.

GERSH BLADES INC., a New York corporation,

     Defendant.

---

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

---

This matter is before the Court on Plaintiff Spyderco, Inc.'s (Spyderco) Unopposed Motion for Entry of Consent Judgment and Permanent Injunction (Motion). ECF No. 11. This Court, having considered this Motion, and being otherwise fully advised in the premises, hereby ORDERS, ADJUDGES, AND DECREES as follows:

### I.    Jurisdiction and Venue

This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. Venue is proper in this District under 28 U.S.C. § 1391.

### II.    Findings of Fact and Conclusions of Law

By consent of the Parties, the Court finds that Spyderco owns all right, title, and interest in the trademarks, Registration Nos. 2,033,317; 1,965,458; and 1,957,810 (the Marks). *See* ECF Nos. 1-2, 1-3, 1-4. Spyderco has alleged that Defendant Gersh Blades Inc.'s (Gersh) use of the Marks constitutes infringement and unfair competition. The

Parties have entered into this Consent Judgment voluntarily, with full knowledge of its legal consequences, and waive any right to appeal.

### III.    Permanent Injunction

Gersh, its officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this Order, are PERMANENTLY ENJOINED from:

- Using the Marks, or any mark confusingly similar thereto, on any knives, blades, or related hardware;

- Taking any action, either directly or indirectly, to invalidate or render unenforceable the Marks or any other Spyderco trademark; and

- Disparaging Spyderco, its products, officers, or intellectual property in any public forum, social media, or marketing materials.

### IV.    Retention of Jurisdiction

This Court shall retain jurisdiction over the Parties and the subject matter of this litigation for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction.

### V.    Dismissal and Costs

All remaining claims in this action are hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED this 2nd day of April 2026.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge